Form B1 (Official Form 1) - (Rev. 1/08)                                                          2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sexy Hair Concepts, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, ano trade names):<br>Sexy Hair | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 52-2355406 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>21551 Prairie Street<br>Chatsworth, CA          ZIP CODE 91311 | Street Address of Joint Debtor (No. & Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this* form
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

_____

**Nature of Business** (Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity** (Check **one** box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which** the Petition is Filed (Check **one** box.)

☐ Chapter 7        ☒ Chapter 11        ☐ Chapter 15 Petition for Recognition
☐ Chapter 9        ☐ Chapter 12            of a Foreign Main Proceeding
                   ☐ Chapter 13        ☐ Chapter 15 Petition for Recognition
                                           of a Foreign Nonmain Proceeding

**Nature of Debts** (Check **one** box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."        ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☒ A plan is being filed with this petition
☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (Rev. 1/08)                                                      2008 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): | **FORM B1**, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case.)* | Sexy Hair Concepts, LLC | |

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: Ecoly International, Inc. | Case Number: | Date Filed: |
| District: Central District of California | Relationship: Affiliate | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)               Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

In re Sexy Hair Concepts, LLC
Voluntary Petition

Pending Bankruptcy Case Filed by Affiliate of Debtor

| Affiliate | District |
|---|---|
| Luxe Beauty Midco Corporation | Central District of California |

Form B1 (Official Form 1)  (Rev. 1/08)

2008 USBC, Central District of California

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.  [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  /s/ Scott F. Gautier
Signature of Attorney for Debtor(s)
Scott F. Gautier
Printed Name of Attorney for Debtor(s)
Peitzman, Weg & Kempinsky LLP
Firm Name
10100 Santa Monica Blvd., Suite 1450
Address
Los Angeles, CA 90067

(310) 552-3100
Telephone Number

12/21/2010          211742
Date                Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ T. Scott Avila
Signature of Authorized Individual
T. Scott Avila
Printed Name of Authorized Individual
Chief Restructuring Officer
Title of Authorized Individual
12/21/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❑   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

❑   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (CA State Bar Number 211742)<br>Peitzman, Weg & Kempinsky, LLP<br>10100 Santa Monica Blvd, Suite 1450, Los Angeles, CA 90067<br>T: 310-552-3100, F: 310-552-3101<br><br>☒ *Attorney for:* Sexy Hair Concepts, LLC | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Sexy Hair Concepts, LLC<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>CHAPTER: 11<br><br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists       Date Filed: <u>December 21, 2010</u>
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: Declaration to T. Scott Avila in Support of "First Day" Motions    Date Filed: <u>December 21, 2010</u>

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      December 21, 2010
Signature of Authorized Signatory of Filing Party      Date

T. Scott Avila
*Printed Name of Authorized Signatory of Filing Party*

Chief Restructuring Officer
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____      December 21, 2010
Signature of Attorney for Filing Party      Date

Scott F. Gautier
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

## WRITTEN CONSENT OF MANAGING MEMBER
## OF
## SEXY HAIR CONCEPTS, LLC

Ecoly International, Inc. ("Ecoly" or "Member"), the sole and managing member of Sexy Hair Concepts, LLC ("SHC" or "Company"), hereby adopts the following resolutions, as authorized by applicable law, the Bylaws of Ecoly, and the Operating Agreement of the Company:

**WHEREAS**, Luxe Beauty Midco Corporation ("Midco"), Ecoly, and SHC's (collectively, the "Companies") liabilities far exceed their assets and defaults have been declared by the Companies' senior secured lenders ("Senior Secured Lenders") and subordinated note holders ("Subordinated Lenders");

**WHEREAS**, the Senior Secured Lenders have refused to enter into a forbearance agreement with the Companies and, pursuant to a letter dated December 9, 2010, intend to foreclose on the assets of SHC no later than January 14, 2011, if the Senior Secured Lenders debt is not paid in full, and where the Board of Directors of the Member ("Board") has been advised by counsel that such foreclosure could take place upon only 10 days notice;

**WHEREAS,** for the past year, the Companies have unsuccessfully attempted to reach a consensual resolution of their insolvency related issues with the Senior Secured Lenders, Subordinated Lenders and other stakeholders;

**WHEREAS**, this attempt at consensual resolution has resulted in disputes and threats among the Companies, the Senior Secured Lenders, the Subordinated Lenders and other stakeholders, and has not revealed any source for a refinancing of the Companies or a restructuring of their debt;

**WHEREAS**, no buyer has been identified that is willing to purchase substantially all of the assets of SHC outside of a chapter 11 bankruptcy case on terms and conditions that are acceptable;

**WHEREAS**, the Companies' management has indicated that the business may begin to suffer operating and financial difficulties if there is continued uncertainty with respect to the Companies' future;

**WHEREAS**, SHC is a defendant in a time-consuming and expensive industry-wide class action lawsuit, and where the Companies would benefit from the automatic stay, pursuant to 11 U.S.C. § 362, afforded by filing a chapter 11 bankruptcy case;

**WHEREAS**, management believes that the Companies are able to operate on a cash flow positive basis through a chapter 11 process;

**WHEREAS**, the Companies have been preparing to file and operate as debtors-in-possession in a chapter 11 case for the past five months in connection with the investigation of a reorganization or 363 sale process;

**WHEREAS**, the Companies' options within a chapter 11 case would allow for resolution of the Companies' insolvency related issues to maximize value for all creditors and stakeholders and would provide a forum for each creditor and stakeholder to exercise their respective rights and remedies;

**WHEREAS**, the Company' has received an offer from a plan sponsor ("Plan Sponsor") to consummate a plan of reorganization on terms reviewed by the Board and heavily negotiated by the Company that provides for the highest and best value for all stakeholders; and

**WHEREAS**, the Member has determined, for the foregoing reasons, that it is in the best interests of the Company, its creditors, stakeholders and other interested parties, for the Company to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**THEREFORE, IT IS:**

**RESOLVED,** that the Company is hereby authorized to file voluntary petitions for relief under chapter 11 of the Bankruptcy Code; and it is

**RESOLVED**, that the Company is hereby authorized to employ Peitzman, Weg & Kempinsky LLP, to represent the Company as bankruptcy counsel, Imperial Capital, LLC, to serve as the Company's investment banker, and CRG Capital Partners, LLC, to serve as the Company's financial and restructuring advisors, and such other professional persons as may be necessary; and it is

**RESOLVED**, that T. Scott Avila, in his capacity as Chief Restructuring Officer of the Company, may execute and verify or certify, on behalf of the Company, a petition under chapter 11 and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as he shall determine is appropriate, and in connection therewith:

a.   Execute and file, or cause to be executed and filed, all petitions, schedules, lists, statements and other papers, and to take or direct any and all action that he deems necessary, proper or desirable in connection with the chapter 11 case for the Company with view toward the successful completion of the case;

b.   Maximize value to creditors and other stakeholders through a plan of reorganization or liquidation or a sale of substantially all of the Companies' assets pursuant to Bankruptcy Code section 363;

c.   Engage the current proposed investor as the Plan Sponsor on terms substantially as set forth in the investment agreement and plan of reorganization provided to the Board on December 15, 2010;

d.   Execute a debtor-in-possession financing agreement with the Senior Secured Lenders on terms substantially as set forth in the debtor-in-possession financing agreement negotiated by the Company;

e.   Take or direct all actions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform, or cause to be performed, all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver, or cause to be executed and delivered, all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that after filing the chapter 11 bankruptcy case, the Company's current officers, Karl-Heinz Pitsch, as Chief Executive Officer, and Mark Milner, as Chief Financial Officer, will continue to operate the Company in the ordinary course of business.


Dated: December 17, 2010                    By: Ecoly International Inc.,
                                                a California corporation


                                            _____
                                            /John G. Ball


                                            _____
                                            Michael Frow


                                            _____
                                            Marilyn Sylvestre

d.      Execute a debtor-in-possession financing agreement with the Senior Secured Lenders on terms substantially as set forth in the debtor-in-possession financing agreement negotiated by the Company;

e.      Take or direct all actions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform, or cause to be performed, all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver, or cause to be executed and delivered, all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that after filing the chapter 11 bankruptcy case, the Company's current officers, Karl-Heinz Pitsch, as Chief Executive Officer, and Mark Milner, as Chief Financial Officer, will continue to operate the Company in the ordinary course of business.

Dated: December 17, 2010                    By: Ecoly International Inc.,
                                                 a California corporation


                                            _____
                                            John G. Ball

                                            _____
                                            Michael Frow

                                            _____
                                            Marilyn Sylvestre

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (State Bar No. 211742)<br>Peitzman, Weg & Kempinsky, 10100 Santa Monica, Blvd, Los Angeles, CA 90067<br>Phone: 310-552-3100, Fax: 310-552-3101<br><br>■ *Attorney for:* Sexy Hair Concepts, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Sexy Hair Concepts, LLC<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, T. Scott Avila _____, the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ■ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the debtor corporation

2. a.    ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

    Ecoly International, Inc.

  b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ T. Scott Avila _____    12/21/10 _____
Signature of Attorney or Declarant    Date

T. Scott Avila _____
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Scott F. Gautier (CA State Bar No. 211742)
*sgautier@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
Thor D. McLaughlin (CA State Bar No. 257864)
*tmclaughlin@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Proposed Counsel for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No.: |
|---|---|
| SEXY HAIR CONCEPTS, LLC, | Chapter 11 |
| Debtor. | **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(d); DECLARATION OF T. SCOTT AVILA** |

The above-captioned debtor  (the "Debtor"), hereby submits the attached List of Creditors

Holding 20 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the

"List").   The List does not include (1) persons who come within the definition of "insider" set forth in

11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured

deficiency places the creditor among the holders of the 20 largest unsecured claims.

The List was prepared by the Debtor based upon the ongoing review of its books and records.

The List, therefore, is subject to amendment if additional information becomes known as a result of the

ongoing review of the books and records.

Dated: December 21, 2010                   PEITZMAN, WEG & KEMPINSKY LLP


By: ___/s/ Scott F. Gautier_____
                        Scott F. Gautier
            Proposed Attorneys for Debtor and Debtor-in-Possession

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF SCOTT AVILA

I, Scott Avila, declare as follows:

1.      I am the Chief Restructuring Officer for the Debtor in the above-captioned matter.  The attached List of Creditors Holding 20 Largest Unsecured Claims (the "List") is true and correct to the best of our information and belief based upon our review of the Debtor's books and records.  If additional information becomes known as a result of the ongoing review of the Debtor's books and records, the List will be promptly amended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of December, 2010, at Los Angeles, California.


_____/s/ T. Scott Avila_____
T. Scott Avila
Chief Restructuring Officer
of Sexy Hair Concepts, LLC

In re Sexy Hair Concepts, LLC

| (1) Name of creditor & mailing address | (2) Name, telephone & address of contact | (3) Nature of claim | (4) Contingent, unliquidated, disputed, subject to set off | (5) Amount |
|---|---|---|---|---|
| Northwestern Mutual Life Insurance Company 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202 | | Subordinated debt | Disputed | $25,000,000.00 |
| Kik Custom Products Dept CH 14106 Palatine, IL 60656-1471 | | Vendor | | $1,156,936.08 |
| 220 Laboratories 2375 Third Street Riverside, CA 92507 | | Vendor | | $539,030.76 |
| Design Worx Packaging 31 Orchard Street Lake Forest, California 92630 | | Vendor | | $417,314.54 |
| Cosway Company, Inc. Dept. 0876 Los Angeles, CA 90084-0876 | | Vendor | | $359,429.23 |
| PDA Group 24935 Ave Kearney Valencia, CA 91355 | | Vendor | | $246,031.71 |
| Aware Products Cust. # 470174 9250 Mason Ave. Chatsworth, CA 91311 | | Vendor | | $230,447.92 |

Twenty Largest Unsecured Creditors
Page 1 of 3

In re Sexy Hair Concepts, LLC

| (1) Name of creditor & mailing address | (2) Name, telephone & address of contact | (3) Nature of claim | (4) Contingent, unliquidated, disputed, subject to set off | (5) Amount |
|---|---|---|---|---|
| CCL Container P.0. Box 95563 Chicago, IL 60694 | | Vendor | | $52,853.46 |
| Laural Packaging Group 743 Via De La Paz Pacific Palisades, CA 90272 | | Vendor | | $43,509.83 |
| Coronet Printing 9260 Owensmouth Chatsworth, CA 91311 | | Vendor | | $28,901.89 |
| C.H. Robinson Worldwide Inc. P.O. Box 9121 Minneapolis, MN 55480-9121 | | Vendor | | $27,607.49 |
| Condensa SA Avenida Marathon 2879 Santiago, Chile | | Vendor | | $23,351.45 |
| Premier Logistics Inc. 10911 Cherry Street, Suite #201 Los Alamitos, CA 90720 | | Vendor | | $9,075.00 |
| Diplomat Packaging Co. 13010 Bradley Avenue Sylmar, CA 91342 | | Vendor | | $4,114.32 |
| Bradley Component Supplies 545 E. Banning Street Compton, CA 90222 | | Vendor | | $2,748.98 |

Twenty Largest Unsecured Creditors
Page 2 of 3

In re Sexy Hair Concepts, LLC

| (1) Name of creditor & mailing address | (2) Name, telephone & address of contact | (3) Nature of claim | (4) Contingent, unliquidated, disputed, subject to set off | (5) Amount |
|---|---|---|---|---|
| Canadian Sales Agency 1 Valleybrook Drive, Suite 305 Toronto, Ontario M3B 2S7 | | Vendor | | $1,173.00 |
| Hairart Inc. 400 West 157th Street Gardena, CA 90248 | | Vendor | | $1,169.86 |
| Progressive P.O. Box 30108 Tampa, FL 33630 | | | | $331.67 |
| Jennifer Watson 2233 W 21st Street Los Angeles, CA 90018 | | | | $160.00 |
| Christyn C. Hannigan 571 Windsor Dr. Fox Lake, IL 60020 | | | | $107.16 |

1 | Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
2 | Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
3 | Thor McLaughlin (State Bar No. 257864)
*tmclaughlin@pwkllp.com*
4 | PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
5 | Los Angeles, CA  90067
Telephone: (310) 552-3100
6 | Facsimile:  (310) 552-3101

7 | Proposed Counsel for Debtors and Debtors in Possession

8

9 |                    UNITED STATES BANKRUPTCY COURT

10 |                    CENTRAL DISTRICT OF CALIFORNIA

       SAN FERNANDO VALLEY DIVISION

11 | In re:                                    | Case No.:

12 | Sexy Hair Concepts, LLC                   | Chapter 11

13

14 |             Debtor and Debtor in Possession | **LIST OF EQUITY SECURITY HOLDERS
                                                   PURSUANT TO FEDERAL RULE OF
15                                                 BANKRUPTCY PROCEDURE 1007(a)(3);
                                                   DECLARATION OF T. SCOTT AVILA**
16

17

18 |        The above-captioned debtor hereby submits the attached List of Equity Security Holders

19 | pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3).

20

21 | Dated: December 21, 2010          PEITZMAN, WEG & KEMPINSKY LLP

22

23 |                                   By:    /s/ Scott F. Gautier
                                      Scott F. Gautier
24 |                                   Thor D. McLaughlin
                                      Proposed Counsel for Sexy Hair Concepts, LLC
25

26

27

28

## DECLARATION OF T. SCOTT AVILA

I, T. Scott Avila, declare as follows:

1.      I am the Chief Restructuring Officer of the Debtor in the above-captioned matter. The attached List of Equity Security Holders is true and correct to the best of my knowledge, information and belief based upon my review of the Debtor's books and records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this <u>21</u> of December, 2010 at Los Angeles, California.


    /s/ T. Scott Avila
T. Scott Avila
Chief Restructuring Officer
Sexy Hair Concepts, LLC

In re Sexy Hair Concepts, LLC

## List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class |
|---|---|
| Ecoly International, Inc. 21551 Prairie Street Chatsworth, CA 91311 | Sole managing member of the Debtor |

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (CA State Bar 211742)<br>Thor D. McLaughlin (CA State Bar 257864)<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Tel: (310) 522-3100<br>Fax: (310) 552-3101 | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br>    Sexy Hair Concepts, LLC | CHAPTER 11<br><br>CASE NUMBER |
| Debtor. | (No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

        9232 Eton Ave.
        Chatsworth, CA 91311

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

        21551 Prairie Street
        Chatsworth, CA 91311

3.    Disclose the current business address(es) for all corporate officers:

        21551 Prairie Street          CRG Partners Group, LLC
        Chatsworth, CA 91311       11835 West Olympic Boulevard
                                 East Tower, Suite 650E
                                 Los Angeles, CA 90064

4.    Disclose the current business address(es) where the Debtor's books and records are located:

        21551 Prairie Street
        Chatsworth, CA 91311

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*                                    **VEN-C**

| In re | CHAPTER 11 |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | CASE NUMBER |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

      21551 Prairie Street
      Chatsworth, CA 91311

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

    None

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

      T. Scott Avila
      Chief Restructuring Officer
      11835 West Olympic Blvd.
      East Tower, Suite 650E
      Los Angeles, CA 90064

8.    Total number of attached pages of supporting documentation:    0

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the  21st  day of  December , 20 10 , at  Los Angeles , California.

  T. Scott Avila                                                        /s/ T. Scott Avila
*Type Name of Officer*                                              *Signature of Declarant*

  Chief Restructuring Officer
*Position or Title of Officer*

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

In re Ecoly International, Inc.; chapter 11 case; filed 12/21/10; Central District of California, San Fernando Valley Division

In re Luxe Beauty Midco Corporation; chapter 11 case; filed 12/21/10; Central District of California, San Fernando Valley Division

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles , California.

/s/ T. Scott Avila

Debtor

Dated 12/21/10

Joint Debtor

January 2009

F 1015-2.1

1 Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
2 Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
3 Thor D. McLaughlin (State Bar No. 257864)
*tmclaughlin@pwkllp.com*
4 PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
5 Los Angeles, CA  90067
Telephone: (310) 552-3100
6 Facsimile:  (310) 552-3101

7 Proposed Counsel for the Debtor and Debtor in Possession

8

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Sexy Hair Concepts, LLC, a California limited liability company,<br><br><div align="center">Debtor and Debtor in Possession</div> | Case No.:<br><br>Chapter 11<br><br>**DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES** |

Sexy Hair Concepts, LLC (the "Debtor") hereby submits its Schedules of Assets and Liabilities (the "Schedules").  The Debtor operates a hair care product design and distribution business.  Since November, 2008, and January, 2009, respectively, the business has been managed by Karl-Heinz Pitsch, as Chief Executive Officer, (the "CEO") and Mark Milner, as Chief Financial Officer, who are responsible for maintaining the books and records associated with the business.  In addition, T. Scott Avila was hired in October, 2009 as the Chief Restructuring Officer to help manage the Debtor.  Based on the information available to these executives, the Debtor has attempted to provide complete and accurate information, but no assurance can be made that the information is complete and accurate, as the books and records of the Debtor have not been audited or verified.  The Debtor is, however, continuing to review and update the books and records and other financial information, and the information provided in the Schedules may need to be augmented or corrected in the future.  Nothing contained in or omitted from the Schedules constitutes or should be deemed an

admission by the Debtor, and the Debtor reserves the right to amend the Schedules periodically to the extent necessary to reflect new or additional information.

Any failure to designate a claim or lien listed on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or lien is not "disputed," "contingent," or "unliquidated."  The Debtor reserves the right to dispute, or to assert offsets or defenses to, (i) any claim reflected on the Schedules as to amount, liability, priority, or classification, or (ii) any lien reflected on the Schedules as to validity, priority, or extent, or to otherwise subsequently designate any claim or lien as "disputed," "contingent," or "unliquidated." Similarly, the designation of a contract or lease as "executory" does not constitute an admission by the Debtor that such contract or lease exists or is in fact "executory," and the Debtor reserves the right to dispute that such contract or lease exists or is in fact "executory."

Dated: December 21, 2010                    PEITZMAN, WEG & KEMPINSKY LLP

                                            By:     /s/ Scott F. Gautier
                                                    Proposed Counsel for the Debtor and
                                                    Debtor in Possession

Form B6 - Summary (12/07)                                                                        2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | Y | 1 | $ 0.00 | | |
| B- | Personal Property | Y | 7 | $78,000,000 | | |
| C- | Property Claimed as Exempt | N | 0 | | | |
| D- | Creditors Holding Secured Claims | Y | 1 | | $ 62,750,475.60 | |
| E- | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Y | 8 | | $246,341.62 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Y | 6 | | $ 28,144,330.35 | |
| G- | Executory Contracts and Unexpired Leases | Y | 15 | | | |
| H- | Codebtors | Y | 1 | | | |
| I- | Current Income of Individual Debtor(s) | N | — | | | $ — |
| J- | Current Expenditures of Individual Debtors(s) | N | — | | | $ — |
| | **TOTAL** | | 3 9 | $ 78,000,000 | $91,141,147.57 | |

Form B6A (12/07)                                                                                    2007 USBC, Central District of California

In re
  Sexy Hair Concepts, LLC                                                      Case No.:

                                                      Debtor.                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ➤ | | |

(Report also on Summary of Schedules.)

| In re | | |
| --- | --- | --- |
| Sexy Hair Concepts, LLC | Case No.: | |
| Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
| --- | --- | --- | --- | --- |
| 1. Cash on hand. | | Petty Cash located at 21551 Prairie St., Chatsworth, CA 91311 | | $712.00 (approx.) |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank, N.A. Checking Account, No:152306014449 Payroll Account, No: 152306014498 Lockbox Account No: 511467 | | $1,422,837.68 $0 $0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See attached Schedule B-3 | | $264,021.10 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached Schedule B-9 | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

| In re | Case No.: | |
|-------|-----------|--|
| Sexy Hair Concepts, LLC | | |
| | Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.   Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. | Accounts receivable. | | Accounts Receivable | | $6,175,072.62 |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. | Patents, copyrights, and other intellectual property. Give particulars. | | Registered Trademarks, Common Law Marks, Patent, and Domain Names. | | $263,220.84 |
| 23. | Licenses, franchises, and other general intangibles. Give particulars. | | Additional goodwill indicated by proposed investment agreement* | | $57,046,583.87 |

*General intangibles represents difference between proposed consideration under the investment agreement and book value of assets to be delivered thereunder.

| In re | Case No.: |
|-------|-----------|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Freightliner Truck located at 21551 Prairie St., Chatsworth, CA 91311 | | $27,949.17 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furnishings and fixtures, and leasehold improvements located at 21551 Prairie St., Chatsworth, CA 91311 | | $590,281.81 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machines, equipment, computers, printers, molds, tools, and dies located at 21551 Prairie St., Chatsworth, CA 91311 | | $1,516,119.54 |
| 30. Inventory. | | Inventory - See Attached Schedule B-30 | | $10,651,695.76 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See attached Schedule B-35 | | $41,500.00 |

_____4_____ continuation sheets attached          Total ➤  | $ 78,000,000 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re Sexy Hair Concepts, LLC
Schedule B

## Schedule B-3
### Security Deposits

| Name | Address | Address 2 | City | ZIP Code | State | Amount |
|---|---|---|---|---|---|---|
| **BLUE BALL ENTERPRISES** | 9201 GAZETTE AVENUE | | CHATSWORTH | 91311 | CA | $64,494.89 |
| **CRG PARTNERS GROUP LLC** | 2 ATLANTIC AVE | | BOSTON | 2110 | MA | $325,000 |
| **ERVIN COHEN & JESSUP LLP** | 9401 WILSHIRE BLVD, 9TH FL | | BEVERLY HILLS | 90212 | CA | $14,526.21 |
| **IMPERIAL CAPITAL** | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | 90067 | CA | $260,000 |
| **PEITZMAN, WEG & KEMPINSKY LLP** | 10100 SANTA MONICA BLVD | SUITE 1450 | LOS ANGELES | 90067 | CA | $300,000 |
| **CROWE HORWATH LLP** | 15233 VENTURA BLVD., 9TH FLOOR | | SHERMAN OAKS | 91403 | CA | $50,000 |
| **Kurtzman Carson Consultants LLC** | 2335 Alaska Avenue | | El Segundo | 90245 | CA | $26,500 |

In re Sexy Hair Concepts, LLC
Schedule B

## Schedule B-9
## Interest in Insurance Policies

1.      Insurance Policy between Sexy Hair Concepts, LLC, and Chartis Specialty Insurance
        Company, numbered 01-423-78-37, dated December 17, 2009.

        a.    $32,977.33 premium still on books, no further premium due.

2.      Insurance Policy between Sexy Hair Concepts, LLC, and OneBeacon America Insurance
        Company, numbered 719-01-20-68-0000, effective March 11, 2010 to March 11, 2011.

        a.    $6,035.34 current value of premium on books, premiums still due of $11,773.15

3.      Insurance Policy between Sexy Hair Concepts, LLC, and The St. Paul Travelers
        Companies, Inc., numbered GB09400794, effective March 11, 2010 to March 11, 2011.

        a.    $ 761.98 premium on books, premiums still due of  $383.27

4.      Insurance Policy between Sexy Hair Concepts, LLC, and Mt. Hawley Insurance
        Company, numbered MQE0201593, effective March 11, 2010 to March 11, 2011.

        a.    $14,443.88 current value of premium still on books, premiums still due of $0

5.      Insurance Policy between Sexy Hair Concepts, LLC, and Illinois Union Insurance
        Company, numbered PPL G24878600 001, effective March 11, 2010 to March 11, 2011.

        a.    $784.13 premium still on books, premium still due of $2,566.80.

In re Sexy Hair Concepts, LLC
Schedule B

## Schedule B-30
## Inventory

| Description | Location | Value |
|---|---|---|
| Inventory | Sexy Hair Concepts, LLC<br>21551 Prairie St.,<br>Chatsworth, CA 91311 | $7,740,391.75 |
| Total | | $7,740,391.75 |

### Inventory Located at Debtor's Suppliers

| Description | Location | Value |
|---|---|---|
| Inventory | 220 Labs<br>2375 3rd Street<br>Riverside, CA 92507-3306 | $253,320.49 |
| Inventory | Aware Products<br>9250 Mason Ave.<br>Chatsworth, CA 91311 | $178,931.69 |
| Inventory | Cosway Co.<br>20633 Fordyce Ave.,<br>Carson, CA 90810 | $591,647.56 |
| Inventory | Designworx<br>31 Orchard Road<br>Lake Forest, California 92630 | $13,475.06 |
| Inventory | Joar Labs<br>4115 San Fernando Rd<br>Glendale, CA 91204 | $374,329.01 |
| Inventory | KIK Custom Products<br>2030 Old Candler Rd.<br>Gainesville, Georgia | $885,556.69 |
| Inventory | La Dove, Inc.<br>5701 Miami Lakes Drive<br>Miami, FL 33014 | $5,356.43 |
| Inventory | Diplomat Packaging Co.<br>13010 Bradley Ave.<br>Sylmar, CA 91342 | $43,837.28 |
| Inventory | JOVA Labs<br>9940 Remmet Ave.<br>Chatsworth, CA 91311 | $1,384.24 |
| Inventory | River Plate<br>8944 Balcom Ave.<br>NORTHRIDGE, CA 91325 | $2,226.20 |
| Inventory | MACPACK<br>24935 Kearney Ave.,<br>Valencia, CA 91355 | $561,239.36 |
| Total | | $10,651,695.76 |

In re Sexy Hair Concepts, LLC
Schedule B

## Schedule B-35

1.  Accounts Receivable Other
    a.  $41,500 (Due for Territory Rights)
        i.  European Beauty Distribution, Via Poggio Gagliaro N14, Montescudaio,
            IT 56040

| In re | | |
|---|---|---|
| Sexy Hair Concepts, LLC | | Case No.: |
| | Debtor. | (If known) |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Bank of Montreal, as Administrative Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603 | X | | Date Claim Incurred: 4/9/08<br>Description: All assets<br><br>Value $ 78,000,000 | | | | Not less than $62,580,138.16 | |
| Last four digits of ACCOUNT NO.<br><br>NMHG Financial Services<br>P.O. Box 35701<br>Billings, MT 59107 | | | Date Claim Incurred: 10/30/09<br>Description: All property leased by lessor to lessee<br><br>Value $ 69,317.04 (est.) | | | | $55,620.24 (subject to investigation and verification) | |
| Last four digits of ACCOUNT NO.<br><br>Wells Fargo Bank, N.A.<br>300 Tri State Intl. Ste. 400<br>Lincolnshire, IL 60069 | | | Date Claim Incurred: 10/22/2008<br>Description: All property leased by lessor to lessee<br><br>Value $ 109,807.35 (est.) | | | | $114,717.20 (subject to investigation and verification) | |

_0_ Continuation Sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) ➤ | $ 62,750,475.60 | |
| Total (Use only last page) ➤ | $ 62,750,475.60 | |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re
    Sexy Hair Concepts, LLC
                                    Debtor.

Case No.: _____
                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**:  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**:  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒  **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**:  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**:  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**:  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

Form B6E - (Rev. 12/07)

Case 2:10-bk-25922-GM    Doc 1    Filed 12/21/10    Entered 12/21/10 10:57:29    Desc
Main Document    Page 35 of 250

In re
Sexy Hair Concepts, LLC

Debtor.

Case No.:

(If known)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**:  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**:  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**:  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


 *Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____6_____ Continuation Sheets attached

Form B6E - (Cont.)(12/07)

In re
   Sexy Hair Concepts, LLC

Debtor.

Case No.:

(If known)

Case 2:10-bk-25922-GM    Doc 1    Filed 12/21/10    Entered 12/21/10 10:57:29    Desc
Main Document    Page 36 of 250

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions - 11 U.S.C. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No.<br><br>Employee accrued vacation and/or sick pay<br>See Attachment E-1 | | | | | | | $246,341.62 | $246,341.62 | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |

Sheet no. __1__ of __6__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) ➤ | $ 246,341.62 | $ 246,341.62 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) ➤ | $ 246,341.62 | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $246,341.62 | $ |

In re Sexy Hair Concepts, LLC
Schedule E

**Attachment E-1**

| Name | Hire Date | Leave Type | Vacation | Sick | Expense Reimbursement |
|---|---|---|---|---|---|
| **AGUIRRE, OSCAR G** | 7/5/2005 | Vacation | 1,500.41 | - | |
| | | Sick | - | 725.24 | |
| **ALVAREZ, ARACELI** | 12/14/2009 | Vacation | 857.52 | - | |
| | | Sick | - | 361.77 | |
| **AMEZCUA, MARLENE** | 11/27/2006 | Vacation | 2,824.21 | - | |
| | | Sick | - | 1,751.59 | |
| **ARIAS TAMAYO, JUAN M** | 4/19/2010 | Vacation | 241.92 | - | |
| | | Sick | - | 344.12 | |
| **BAKER, LISA A** | 12/1/2003 | Vacation | 1,625.26 | - | |
| | | Sick | - | 186.66 | |
| | | Expense Reimbursement | | | 2,079.96 |
| **BARRIENTOS, JUAN F** | 9/20/2010 | Vacation | - | - | |
| | | Sick | - | - | |
| **BELTRAN DEL RIO, LUISANNA** | 12/17/2007 | Vacation | 643.71 | - | |
| | | Sick | - | - | |
| **BICKAR, CHERI M** | 10/1/2008 | Vacation | 2,159.31 | - | |
| | | Sick | - | 1,287.60 | |
| | | Expense Reimbursement | | | 4,804.48 |
| **BRANDT, RENEE M** | 2/21/2008 | Vacation | 2,540.42 | - | |
| | | Sick | - | 1,267.44 | |
| **BURNETT, ALICIA R** | 9/15/1994 | Vacation | 7,431.70 | - | |
| | | Sick | - | 387.71 | |
| **CAMPORREDONDO, DOREEN A** | 6/18/2007 | Vacation | 3,153.28 | - | |
| | | Sick | - | 1,664.00 | |
| **CARRANZA, HORACIO O** | 9/9/2005 | Vacation | 1,070.54 | - | |
| | | Sick | - | 73.43 | |
| **CORREA, MICHAEL A** | 10/1/2007 | Vacation | 185.76 | - | |
| | | Sick | - | 156.96 | |
| **COSTIC, MEGAN** | 10/6/1997 | Vacation | 2,369.70 | - | |
| | | Sick | - | 335.32 | |
| **DART, CYNTHIA S** | 5/5/2008 | Vacation | 1,985.00 | - | |
| | | Sick | - | 1,865.60 | |
| **ESCAMILLA, MARIO** | 4/2/2001 | Vacation | 1,618.99 | - | |
| | | Sick | - | 188.81 | |
| **FABIAN, RENE** | 6/6/2007 | Vacation | 493.93 | - | |
| | | Sick | - | - | |
| **FLORES, HOMERO R** | 6/17/1991 | Vacation | 4,902.00 | - | |
| | | Sick | - | 1,634.00 | |
| **FOSS, SCOTT M** | 1/4/2010 | Vacation | 2,610.02 | - | |
| | | Sick | - | 1,301.77 | |

In re Sexy Hair Concepts, LLC
Schedule E

**Attachment E-1**

| Name | Hire Date | Leave Type | Vacation | Sick | Expense Reimbursment |
|------|-----------|------------|----------|------|----------------------|
| **FROST, HEATHER A** | 10/24/2007 | Vacation | 1,407.85 | - | |
| | | Sick | - | 784.40 | |
| | | Expense Reimbursement | | | 112.80 |
| **GARCIA, CIPRIANO** | 12/8/2003 | Vacation | 1,669.20 | - | |
| | | Sick | - | 556.40 | |
| **GARCIA, LUIS A** | 11/1/2010 | Vacation | - | - | |
| | | Sick | - | - | |
| **GEISINGER, JEFFREY S** | 8/24/1998 | Vacation | 2,167.45 | - | |
| | | Sick | - | 804.86 | |
| | | Expense Reimbursement | | | 6,738.49 |
| **GILL, CHRISTOPHER J** | 12/16/2005 | Vacation | 786.25 | - | |
| | | Sick | - | 316.06 | |
| **GODINEZ COBAR, SERGIO G** | 8/30/2010 | Vacation | 217.26 | - | |
| | | Sick | - | 108.36 | |
| **GORANSON, STEPHANIE P** | 1/2/2008 | Vacation | 2,698.94 | - | |
| | | Sick | - | 1,865.20 | |
| **GRAHAM, WENDY M** | 1/31/2005 | Vacation | 1,515.81 | - | |
| | | Sick | - | 930.80 | |
| **GREAVES, JANICE L** | 2/2/2009 | Vacation | 1,005.18 | - | |
| | | Sick | - | - | |
| **GUIBOA, ANJANETTE R** | 3/27/2003 | Vacation | 2,829.20 | - | |
| | | Sick | - | 811.25 | |
| **GULBRANSON, KEITH D** | 3/1/2004 | Vacation | 1,811.19 | - | |
| | | Sick | - | 14.36 | |
| **HARDY, RAFE V** | 10/8/2007 | Vacation | 3,985.23 | - | |
| | | Sick | - | 2,307.60 | |
| **HARTE, KATHLEEN J** | 6/1/2009 | Vacation | 3,225.21 | - | |
| | | Sick | - | 1,923.20 | |
| | | Expense Reimbursement | | | 9,192.35 |
| **HEBRON, HEATHER A** | 10/17/2005 | Vacation | 88.84 | - | |
| | | Sick | - | 19.83 | |
| **HERNANDEZ, ESVIN** | 12/26/1994 | Vacation | 3,040.34 | - | |
| | | Sick | - | 511.75 | |
| **HILL, MARGARET L** | 7/9/2007 | Vacation | 2,397.16 | - | |
| | | Sick | - | 1,747.20 | |
| | | Expense Reimbursement | | | 940.22 |
| **IBARRA, LIZETH** | 2/26/2007 | Vacation | 1,106.51 | - | |
| | | Sick | - | 110.20 | |
| **JACOBSON, LISA M** | 8/1/2008 | Vacation | 2,658.53 | - | |
| | | Sick | - | 1,725.20 | |
| **JARVI, STEPHEN M** | 7/1/2010 | Vacation | - | - | |
| | | Sick | - | - | |
| | | Expense Reimbursement | | | 302.36 |

In re Sexy Hair Concepts, LLC
Schedule E

**Attachment E-1**

| Name | Hire Date | Leave Type | Vacation | Sick | Expense Reimbursment |
|------|-----------|-----------|----------|------|----------------------|
| **JIMENEZ, JEREMIAS** | 9/20/2010 | Vacation | - | - | |
| | | Sick | - | - | |
| **JIMENEZ, MARTHA P** | 1/2/2008 | Vacation | 474.54 | - | |
| | | Sick | - | 358.16 | |
| **JOYA, ANNA L** | 3/12/2007 | Vacation | 686.22 | - | |
| | | Sick | - | - | |
| **JUDSON, RICHARD S** | 1/26/2003 | Vacation | 4,751.80 | - | |
| | | Sick | - | 2,115.20 | |
| | | Expense Reimbursement | | | 1,606.80 |
| **LAURUTIS, JODI L** | 2/16/2002 | Vacation | 1,389.41 | - | |
| | | Sick | - | 243.93 | |
| **LOPE, XARLIN R** | 12/10/1993 | Vacation | 3,462.00 | - | |
| | | Sick | - | 779.24 | |
| **LOPEZ, CHONA L** | 10/15/1997 | Vacation | 4,937.14 | - | |
| | | Sick | - | 1,660.90 | |
| **LOPEZ, JOSEFINA** | 6/5/2006 | Vacation | 506.96 | - | |
| | | Sick | - | 541.17 | |
| **LUCHT, HEATHER A** | 9/25/2007 | Vacation | 1,659.90 | - | |
| | | Sick | - | 1,200.00 | |
| **LUTZY, KARINA** | 10/30/2006 | Vacation | 2,942.59 | - | |
| | | Sick | - | 1,906.88 | |
| **MARTINEZ, ALEJANDRO** | 10/8/2007 | Vacation | 811.27 | - | |
| | | Sick | - | 140.17 | |
| **MARTINEZ, CARLOS R** | 5/7/2007 | Vacation | 433.80 | - | |
| | | Sick | - | 282.24 | |
| **MCKEE, KIMBERLY P** | 1/23/2010 | Vacation | 1,954.88 | - | |
| | | Sick | - | 974.84 | |
| **MEDINA JUAREZ, SILVINO** | 10/28/2002 | Vacation | 1,412.42 | - | |
| | | Sick | - | 319.68 | |
| **Milner, Mark** | 02/09/2009 | Vacation | 10,950.00 | - | |
| | | Sick | - | - | |
| | | Expense Reimbursement | | | 911.89 |
| **MONTERO MENDEZ, LUIS E** | 4/12/1999 | Vacation | 1,131.18 | - | |
| | | Sick | - | 510.00 | |
| **MUNDELL, LINDSAY M** | 1/10/2008 | Vacation | 678.25 | - | |
| | | Sick | - | 79.44 | |
| **MUNGUIA, DANIEL** | 10/23/2006 | Vacation | 751.34 | - | |
| | | Sick | - | 181.19 | |
| **NIXON, NICOLE M** | 10/7/2007 | Vacation | 1,332.78 | - | |
| | | Sick | - | 598.60 | |

In re Sexy Hair Concepts, LLC
Schedule E

**Attachment E-1**

| Name | Hire Date | Leave Type | Vacation | Sick | Expense Reimbursment |
|---|---|---|---|---|---|
| **OTTOMANELLI, DENISE J** | 6/11/2007 | Vacation | 2,870.12 | - | |
| | | Sick | - | 1,507.97 | |
| **PARKS, JENNIFER** | 9/4/2001 | Vacation | 10,095.60 | - | |
| | | Sick | - | 3,365.20 | |
| | | Expense Reimbursement | | | 2,661.50 |
| **Pitsch, Karl Heinz** | 11/10/2008 | Vacation | 10,950.00 | - | |
| | | Sick | - | - | |
| **RAGLIN ROBINSON, ALISON M** | 3/5/2009 | Vacation | 2,014.61 | - | |
| | | Sick | - | 507.07 | |
| **REYES, LIZA G** | 11/9/1999 | Vacation | 3,823.57 | - | |
| | | Sick | - | 935.35 | |
| **RIVERA, MARIA E** | 11/30/2009 | Vacation | 953.10 | - | |
| | | Sick | - | 235.90 | |
| **ROQUE, ANTONIO R** | 9/24/2007 | Vacation | 880.00 | - | |
| | | Sick | - | 440.00 | |
| **SANCHEZ, ALBERTO** | 7/5/2005 | Vacation | 815.68 | - | |
| | | Sick | - | 333.14 | |
| **SNYDER, JILLYNN V** | 12/12/2005 | Vacation | 1,307.51 | - | |
| | | Sick | - | 962.75 | |
| **STILL, DENISE R** | 9/11/2006 | Vacation | 330.03 | - | |
| | | Sick | - | 42.99 | |
| **STRICKLAND, LESLIE M** | 6/11/2007 | Vacation | 2,608.73 | - | |
| | | Sick | - | 1,423.20 | |
| | | Expense Reimbursement | | | 1,884.70 |
| **TANJUAQUIO, JANE** | 8/20/1999 | Vacation | 1,223.66 | - | |
| | | Sick | - | 204.04 | |
| **TEASLEY, KENDRA D** | 1/18/2010 | Vacation | 2,049.92 | - | |
| | | Sick | - | 1,328.79 | |
| **THEMARAS, ERIKA H** | 11/12/2007 | Vacation | 808.11 | - | |
| | | Sick | - | 779.72 | |
| **TOWNSEND, RACHEL R** | 4/1/2008 | Vacation | 669.09 | - | |
| | | Sick | - | 215.57 | |
| **URIAS, MARK J** | 8/30/2010 | Vacation | 205.00 | - | |
| | | Sick | - | 102.23 | |
| **VAQUERANO, GLENDA L** | 10/18/2010 | Vacation | - | - | |
| | | Sick | - | - | |
| **VENEGAS, MARIA** | 1/2/2002 | Vacation | 3,050.93 | - | |
| | | Sick | - | 1,148.80 | |
| **VIDES, FRANCISCO** | 3/5/2001 | Vacation | 409.38 | - | |
| | | Sick | - | 308.73 | |

In re Sexy Hair Concepts, LLC
Schedule E

**Attachment E-1**

| Name | Hire Date | Leave Type | Vacation | Sick | Expense Reimbursment |
|------|-----------|------------|----------|------|----------------------|
| **VILLALOBOS, MONIQUE N** | **9/23/2010** | Vacation | - | - | |
| | | Sick | - | - | |
| **WESTLIND, TRICIA M** | **11/7/2006** | Vacation | 1,438.62 | - | |
| | | Sick | - | 1,073.60 | |
| | | Expense Reimbursement | | | 2,070.48 |
| **WIENER, ASHLEY J** | **6/14/2010** | Vacation | - | - | |
| | | Sick | - | 70.11 | |
| **YAEGER, DAVID A** | **10/4/2004** | Vacation | 8,913.60 | - | |
| | | Sick | - | - | |
| **ZAVALA, CHRISTINA** | **2/20/2006** | Vacation | 659.72 | - | |
| | | Sick | - | 115.19 | |
| **Grand Total** | | | **167,167.27** | **55,060.67** | **33,306.03** |

Form B6F (Official Form 6F) - (Rev. 12/07)                                          2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| Sexy Hair Concepts, LLC | | |
| | Debtor. | (If known) |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. NORTHWESTERN MUTUAL LIFE INS. CO 720 EAST WISCONSIN AVE MILWAUKEE, WISCONSIN 53202 | | | 04/09/2008 | | | X | $25,000,000.00 |
| Last four digits of ACCOUNT NO. KIK CUSTOM PRODUCTS DEPT. CH 14106 PALATINE, IL     60656-1471 | | | 08/13/2010- 12/20/2010 | | | | $1,156,936.08 |
| Last four digits of ACCOUNT NO. 220 LABORATORIES 2375 THIRD STREET RIVERSIDE CA     92507 | | | 08/13/2010- 12/20/2010 | | | | $539,030.76 |
| Last four digits of ACCOUNT NO. DESIGN WORX PACKAGING 31 ORCHARD STREET LAKE FOREST     CA     92630 | | | 08/13/2010- 12/20/2010 | | | | $417,314.54 |

Subtotal ➤  $     27,113,281.38

___5___ Continuation Sheets attached

Total
(Use only on last page of the completed Schedule F.) ➤  $
(Report also on Summary of Schedules and, if applicable, on
the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6F (Official Form 6F) - (Rev. 12/07)**                                    **2007 USBC, Central District of California**

| In re | | Case No.: |
|---|---|---|
| Sexy Hair Concepts, LLC | | |
| | Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>COSWAY COMPANY, INC.<br>DEPT. 0876<br>LOS ANGELES     CA     90084-0876 | | | 08/13/2010- 12/20/2010 | | | | $359,429.23 |
| Last four digits of ACCOUNT NO.<br><br>PDA GROUP<br>24935 AVE KEARNEY<br>VALENCIA, CA<br>91355 | | | 08/13/2010- 12/20/2010 | | | | $246,031.71 |
| Last four digits of ACCOUNT NO.<br><br>Aware Products<br>CUST. # 470174, 9250 MASON AVE<br>CHATSWORTHCA     91311 | | | 08/13/2010- 12/20/2010 | | | | $230,447.92 |
| Last four digits of ACCOUNT NO.<br><br>CCL CONTAINER<br>P.O. BOX 95563<br>CHICAGO    IL    60694- | | | 08/13/2010- 12/20/2010 | | | | $52,853.46 |

Subtotal ➤  $      888,762.32

Sheet no. __1__ of __5__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

**Total**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**  ➤  $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | | Case No.: |
|-------|--|-----------|
| Sexy Hair Concepts, LLC | | |
| | Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>LAURAL PACKAGING GROUP<br>743 VIA DE LA PAZ<br>PACIFIC PALISADES    CA    90272 | | | 08/13/2010- 12/20/2010 | | | | $43,509.83 |
| Last four digits of ACCOUNT NO.<br>CORONET PRINTING<br>9260 OWENSMOUTH<br>CHATSWORTHCA    91311 | | | 08/13/2010- 12/20/2010 | | | | $28,901.89 |
| Last four digits of ACCOUNT NO.<br>C.H. ROBINSON WORLDWIDE INC.<br>P.O. BOX 9121<br>MINNEAPOLIS        MN    55480-9121 | | | 08/13/2010- 12/20/2010 | | | | $27,607.49 |
| Last four digits of ACCOUNT NO.<br>Condensa SA<br>AVENIDA MARATHON 2879<br>Santiago  Chile | | | 08/13/2010- 12/20/2010 | | | | $23,351.45 |

Subtotal ➤ $    123,370.66

Sheet no. _2_ of _5_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

**Total**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)** ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)                                      2007 USBC, Central District of California

| In re | Case No.: |
|-------|-----------|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>PREMIER LOGISTICS INC<br>10911 CHERRY STREET, SUITE#201<br>LOS ALAMITOS     CA     90720 | | | 08/13/2010- 12/20/2010 | | | | $9,075.00 |
| Last four digits of ACCOUNT NO.<br><br>DIPLOMAT PACKAGING CO<br>13010 BRADLEY AVENUE<br>SYLMAR     CA     91342 | | | 08/13/2010- 12/20/2010 | | | | $4,114.32 |
| Last four digits of ACCOUNT NO.<br><br>Bradley Component Supplies<br>545 E Banning Street<br>Compton CA 90222 | | | 08/13/2010- 12/20/2010 | | | | $2,748.98 |
| Last four digits of ACCOUNT NO.<br><br>CANADIAN SALES AGENCY<br>1 VALLEYBROOK DRIVE, SUITE 305<br>TORONTO,  ONTARIO   M3B 2S7 | | | 08/13/2010- 12/20/2010 | | | | $1,173.00 |

Subtotal ➤  $    17,147.30

Sheet no. _3_ of _5_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

➤  $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>HAIRART INC.<br>400 WEST 157TH STREET<br>GARDENA    CA      90248 | | | 08/13/2010- 12/20/2010 | | | | $1,169.86 |
| Last four digits of ACCOUNT NO.<br><br>Progressive<br>PO BOX 30108<br>Tampa      FL      33630 | | | 08/13/2010- 12/20/2010 | | | | $331.67 |
| Last four digits of ACCOUNT NO.<br><br>Jennifer Watson<br>2233 W 21ST STREET<br>Los Angeles  CA 90018 | | | 08/13/2010- 12/20/2010 | | | | $160.00 |
| Last four digits of ACCOUNT NO.<br><br>Christyn C. Hannigan<br>571 WINDSOR DR.<br>Fox Lake IL    60020 | | | 08/13/2010- 12/20/2010 | | | | $107.16 |

Sheet no. _4_ of _5_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,768.69

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)
➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Deborah M. St., Rose<br>50 Dale Street<br>Boston, MA 02119 | | | 6/18/10 | X | X | X | Unknown |
| Last four digits of ACCOUNT NO.<br>Plaintiffs of Salon Fad v. L'Oreal USA, Inc., pending before the U.S District Court for the Southern District of N.Y. case no. 10-cv-5063<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002 | | | 7/1/10 | X | X | X | Unknown |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

| | | |
|---|---|---|
| | Subtotal ➤ | $ |
| Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | **Total**<br>**(Use only on last page of the completed Schedule F.)**<br>**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)** ➤ | $    28,144,330.35 |

Form B6G - (12/07)                                                2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| Sexy Hair Concepts, LLC | | |
| | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If   a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Michael O'Rourke<br>Institute of Courage<br>1135 North Topanga Canyon Blvd.<br>Topanga, CA 90290 | Agreement of use for the Institute of Courage (IOC) for 2010 and 2011<br>Dated: December 1, 2009 |
| 220 Laboratories, Inc.<br>2375 Third Street<br>Riverside, CA 92507 | Confidentiality Agreement<br>Dated: December 3, 1999<br>Formula Transfer Agreement<br>Dated: December 15, 1999; Revised January 6, 2000<br>Confidentiality Agreement<br>Dated: November 1, 2008 |
| Outsourcing Services Group, Inc.<br>425 South Ninth Avenue<br>City of Industry, CA 91746 | Formula Transfer of Ownership Agreement<br>Dated: November 2, 2002<br>Non-Disclosure Agreement<br>Dated: September 15, 1998<br>Non-Disclosure Agreement<br>Dated: October 19, 1999 |
| Bocchi Labs/Medicia<br>26421 Ruether Ave.<br>Santa Clarita, CA 91350 | Confidentiality Agreement<br>Dated: May 31, 2007<br>Contract Filler Agreement<br>Dated: May 31, 2007 |
| Joar Labs, Inc.<br>4218 San Fernando Rd.<br>Glendale, CA 91204 | Confidential Disclosure Agreement<br>Dated: October 14, 1999<br>Contract Filler Agreement<br>Dated: February 7, 2000<br>Formula Ownership Agreement<br>Dated: February 7, 2000 |
| La Dove Inc.<br>PO Box 5169<br>Hialeah, FL 33014 | Contract Filler Agreement<br>Dated: January 14, 2005 |

Form B6G - (12/07)                                                                          2007 USBC, Central District of California

| In re<br>    Sexy Hair Concepts, LLC | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Aware Products Inc.<br>9250 Mason Ave.<br>Chatsworth, CA 91311 | Formula Ownership Agreement<br>Dated: March 22, 1996<br>Formula Ownership Agreement<br>Dated: September 28, 1999<br>Contract Filler Agreement<br>Dated: February 17, 2003 |
| Cosmetic Technologies<br>823 S Main St<br>Findlay, OH 45840 | Contract Filler Agreement<br>Dated: March 31, 2010<br>Confidentiality Agreement<br>(undated) |
| Chicago Aerosol, LLC<br>1300 North Street<br>Coal City, Il 60416 | Contract Filler Agreement<br>Dated: April 17, 2009<br>Confidentiality Agreement<br>Dated: April 20, 2009 |
| Cosway Company, Inc.<br>2500 S. Edison Way<br>Dominguez Hills, CA 90220 | Non-Disclosure Agreement<br>Dated: July 6th 1998<br>Assumption and Assignment Agreement<br>Dated: September 17, 2010 |
| Charm Distributions<br>Malenkovskaya Street, 32 Building 2A<br>Moscow, Russia 107113 | International Distributorship Agreement<br>Dated: June, 2007 |
| Complete Hairdressing Supplies Pty. Ltd.<br>112 Greenway Road<br>Greenside 2193 JHB South Africa | International Distributorship Agreement<br>Dated: November 15, 2005 |
| Friends A/S<br>Industruveien 9<br>1890 Rakkestad, Norway | International Distributorship Agreement<br>Dated: September 6, 2007, amended June 8, 2008 and amended November 30, 2010.<br>Anti-Diversion Agreement<br>Dated: September 6, 2007 |

Form B6G - (12/07)                                                      2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If   a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HairConcepts GmbH<br>Rheinstrasse 20-22<br>4578 Mulheim a.d.<br>Ruhr, Germany | International Distributorship Agreement<br>Dated: July 24, 2007; Revised: December 16, 2009<br>Amendment Letter<br>Dated October 5, 2010 |
| Malys of California<br>28145 W. Harrison Pkwy<br>Valencia, CA 91355 | Domestic Distributorship Agreement<br>Dated: March 23, 2007 |
| Arthur Resnick, d.b.a Salon Direct<br>253 South Main Street<br>Middleton, MA 01949 | Domestic Distributorship Agreement<br>Dated: January 1, 2008 |
| European Beauty Distribution<br>Via di Poggio Gagliardo<br>14/C 56040 Montescudaio, Italy | International Distributorship Agreement<br>Dated: January 1, 2010<br>Anti-Diversion Agreement<br>Dated: January 1, 2010 |
| Fraganica<br>Col. Izaguirre Compleja Industal<br>San Miguel Bod #1<br>Tegucigalpa, Honduras | Authorization for Distribution and Sale<br>of Sexy Hair Concepts, LLC Product<br>Dated: December 15, 2009 |
| Hairium Ltd.<br>Vapaudenkatu 48-50<br>Jyvaskyla 40100 - Finland | Anti-Diversion Agreement<br>Dated: December 31, 2009<br>International Distributorship Agreement<br>Dated: January 1, 2010 |
| The Kirschner Group, Inc.<br>26017 Huntington Lane, Unit C<br>Valencia, CA 91355 | Independent Manufacturer's<br>Representative Agreement<br>Dated: December 8, 2010 |

Form B6G - (12/07)                                                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kaluga Pro Beauty Group S.A.<br>Blv. Espana 2103 Esq. Pablo de Maria<br>Montevideo, Uruguay | Authorization for Distribution and Sale of Sexy Hair Concepts, LLC Product<br>Dated: November 13, 2009<br>Anti-Diversion Agreement<br>Dated: January 1, 2010<br>International Distributorship Agreement<br>Dated: January 1, 2010 |
| Pepko Beauty Group S.A.<br>Boyaca 661<br>Buenos Aires, C.F. 1406 | Authorization for Distribution and Sale of Sexy Hair Concepts, LLC Product<br>Dated: August 25, 2009 |
| Arnold's, Inc.<br>8023 Interstate 30<br>Little Rock, AR 72219 | Distributor Agreement<br>Dated: September 26, 2000 |
| Windsor Beauty Supply, Inc.<br>24280 Middlebelt Road<br>Farmington Hills, MI 48336 | Anti-Diversion Agreement<br>Dated: April 2, 2010<br>General Release<br>Dated: April 2, 2010<br>Domestic Distribution Agreement<br>Dated: April 2, 2010 |
| Seeley & Seeley Salon Professional<br>5 Nicole Court Grisborne<br>Victoria Australia 3437 | Anti-Diversion Agreement<br>Dated: January 1, 2010<br>International Distributorship Agreement<br>Dated: January 1, 2010 |
| Cosmo Group<br>F-32 / 2A<br>Block 4, Clifton<br>Karachi, Pakistan | International Distributorship Agreement<br>Dated: July 20, 2009 |
| M.A.P. Corporation<br># 812 Daeryong Dream Tower 1<br>684-3 Deungchon-dong, Gangseo-gu<br>Seoul, Korea | Anti-Diversion Agreement<br>Dated: August 1, 2009<br>International Distributorship Agreement<br>Dated: August 1, 2010 |

Form B6G - (12/07)                                                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Plus Hair Limitada<br>Mariano Sanchez Fontecilla 922<br>Las Condes, Santiago Chile | Anti-Diversion Agreement<br>Dated: April 1, 2010<br>International Distributorship Agreement<br>Dated: April 1, 2010 |
| Gateway Military Sales, LLC<br>16024 Manchester Road, Suite 235<br>Wildwood, MO 63011 | Business Agreement<br>Dated: January 27, 2009 |
| Time Warner Business Class<br>550 N Continental Blvd<br>El Segundo, CA 90245 | Service Agreement<br>Dated: March 11, 2010 |
| Canon Business Solutions-West, Inc.<br>110 West Walnut Street<br>Gardena, CA 90248 | Lease Agreement<br>Dated: May 23, 2007<br>Service Agreement<br>Dated: May 23, 2007 |
| Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | Service Agreement<br>Dated: July 31, 2009 |
| Xerox Corporation<br>45 Glover Avenue<br>P.O. Box 4505<br>Norwalk, CT 06856-4505 | Lease Agreement<br>Dated: August 19, 2009<br>Lease Agreement<br>Dated: September 27, 2010 |
| GXS, Inc.<br>9711 Washingtonian Boulevard<br>Gaithersburg, MD 20878 | Amended Agreement<br>Dated: August 18, 2006 |
| Sprint Solutions, Inc.<br>12524 Sunrise Valley Drive<br>Reston, VA 20196 | Sprint PCS Services Agreement<br>Dated: September 18, 2007 |

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re Sexy Hair Concepts, LLC | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Specialists in Custom Software, Inc. 2120 Colorado Ave, Suite 150 Santa Monica, CA 90404 | Implementation/Support Agreement Dated: February 16, 2010 |
| barrdesigns 4332 Garthwaite Avenue Los Angeles, CA 90008 | Website Developer Agreement Dated: December 2, 2009 |
| Galpin Jaguar Lincoln Mercury 15430 Roscoe Blvd. Van Nuys, CA 91406 | Motor Vehicle Lease Agreement Dated: November 23, 2007 |
| Pitney Bowes Financial Services 5101 Interchange Way Louisville, KY 40229-2161 | Equipment lease for mailing system Dated: May 26, 2010 |
| Victoria' Secret Stores Brand Management, Inc. Four Limited Parkway Reynoldsburg, OH 43068 | Settlement and Co-Existence Agreement Dated: December 31, 2009 |
| Tricia Westlind 198 Kitty Hawk CT Windsor, CO 80550 | 2010 Bonus Program letter agreement Dated: January 20, 2010 |
| Jeff Geisinger 17822 Ingleside Rd Cleveland, OH 44119 | 2010 Bonus Program letter agreement Dated: January 20, 2010 |
| Lisa Baker 227 S Lehigh Ave Frackville, PA 17931 | 2010 Bonus Program letter agreement Dated: January 20, 2010 |
| Maja Abdul-Kareem P.O. Box 1013 Maumee, OH 43537 | Settlement Agreement Dated: November 30, 2010 |

Form B6G - (12/07)                                                                    2007 USBC, Central District of California

| In re | Case No.: |
|-------|-----------|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kendra Teasley<br>114 Settlers Way<br>Hendersonville, TN 37075 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| KC Harte<br>102 Shinnecock Hl<br>Avondale, PA 19311 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Skot Foss<br>935 1/2 Marco Place<br>Venice, CA 90291 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Kimberly McKee<br>25 Highland Park Village Ste. 100-285<br>Dallas, TX 75205 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Leslie Strickland<br>504 Sweet Peach LN<br>Fort Mill, SC 29715 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Rick Judson<br>3473 Coeur d'Alene Dr<br>West Linn, OR 97068 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Kandee Jackson Smith<br>154 Sandstone Road<br>Columbia, SC 29212 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Jennifer Parks<br>10300 NW River Hills<br>Parkville, MO 64152 | 2010 Bonus Program letter agreement<br>Dated: January 21, 2010 |
| Denise Ottomanelli<br>26519 Sheringham Rd<br>Perrysburg, OH 43551 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |

Form B6G - (12/07)                                                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide
the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John
Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Renee Brandt<br>7349 W 110th Street<br>Bloomington, MN 55438 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Margie Hill<br>8758 Shady Shore Dr<br>Frisco, TX 75034 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Lisa Jacobson<br>9682 Buckingham Dr<br>Eden Prairie, MN 55347 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Megan Costic<br>25525 Fitzgerald Ave<br>Stevenson Ranch, CA 91381 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Maria Venegas<br>9242 Ventura Way<br>Chatsworth, CA 91311 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Heather Lucht<br>4341 Horizon N Pkwy Apt 316<br>Dallas, TX 75287 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Western Environmental Services, Inc.<br>400 Foothill Blvd<br>Glendora, CA 91740 | Waste Disposal<br>Dated: June 14, 2010 |
| Rafe Hardy<br>24154 Vanowen St<br>West Hills, CA 91307 | 2010 Compensation Agreement<br>Dated: April 10, 2010 |
| David Yaeger<br>3236 Penzance Ave.<br>Camarillo, CA 93012 | 2010 Bonus Program letter agreement<br>Dated: January 20, 2010 |
| Boston Financial Data Services<br>PO Box 8374<br>Boston, MA 02266-8374 | Adoption Agreement for Standardized<br>401(K) Profit Sharing Plan<br>Dated: December 29, 2008 |

Form B6G - (12/07)                                        2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Karl-Heinz Pitsch 5505 Villawood Circle Calabasas, CA 91302 | Employment Agreement Letter Dated: November 7, 2008 Severance Agreement Letter Dated: November 7, 2008 Stay and Sale Bonus Letter Dated: January 14, 2010; Amended: February 2, 2010 Assumption of Employment Agreement Letter Dated: February 2, 2010 Amendment Letter Dated July 13, 2010 Amendment Letter Dated September 14, 2010 Amendment Letter Dated: December 20, 2010 |
| Mark Milner 23709 Strathern Street West Hills, CA 91304 | Employment Agreement Letter Dated: January 12, 2009 Severance Agreement Letter Dated: January 12, 2009 Stay and Sale Bonus Letter Dated: January 14, 2010; Amended: February 2, 2010 Assumption of Employment Agreement Letter Dated: February 2, 2010 Amendment Letter Dated: July 13, 2010 Amendment Letter Dated: September 14, 2010 Amendment Letter Dated: December 20, 2010 |

10

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide
the names and complete mailing addresses of all other parties to each lease or contract described.  If   a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John
Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST.  STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bank of Montreal<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br>Karl-Heinz Pitsch<br>5505 Villawood Circle<br>Calabasas, CA 91302 | Irrevocable Standby Letter of Credit<br>Dated: October 7, 20009; Amended: February 16, 2010 |
| Bank of Montreal<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br>Mark Milner<br>23709 Strathern Street<br>West Hills, CA 91304 | Irrevocable Standby Letter of Credit<br>Dated: October 7, 20009; Amended: February 16, 2010 |
| Administaff Companies II, LP<br>19001 Crescent Springs Drive<br>Kingwood, TX 77339-3802 | Client Service Agreement<br>Dated: January 1, 2007, amended October 13, 2010 |
| Travelers Property Casualty Company of America<br>One Tower Square<br>Hartford, CT 06183 | Commercial Auto Insurance Policy<br>Dated: March 11, 2009<br><br>Commercial Real Property Insurance Policy<br>Dated: March 11, 2009 |
| Sexy Hair, LLC<br>712 Fifth Avenue, 31st Floor<br>New York, NY 10019 | Letter Agreement<br>Dated: September 8, 2010 |

11

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
|    Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Imperial Capital, LLC<br>2000 Avenue of the Stars<br>9th Floor South<br>Los Angeles, CA 90067<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd, Suite 1450<br>Los Angeles, CA 90067 | Engagement Letter Agreement<br>Dated: October 12, 2009<br>Amendment to Engagement Letter Agreement<br>Date:  July 13, 2010 |
| Chanin Capital Partners, LLC<br>1150 Santa Monica Blvd, 6th Floor<br>Los Angeles, CA 90025<br>The Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Engagement Letter Agreement<br>Dated: February 4, 2010 |
| Crowe Horwath LLP<br>15233 Ventura Blvd, Ninth Floor<br>Sherman Oaks, CA 91403-2250<br>Peitzman, Weg & Kempinsky LLP | Engagement Letter Agreement<br>Dated: February 16, 2010 |
| Bingham McCutchen LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA | Engagement Letter Agreement |
| Eckert Seamans Cherin & Mellott, LLC<br>600 Grant Street<br>44th Floor<br>Pittsburgh, PA 15219-2788 | Engagement Letter Agreement |
| Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd, Suite 1450<br>Los Angeles, CA 90067 | Engagement Letter Agreement<br>Dated: July 13, 2010 |
| CRG Partners Group, LLC<br>11835 West Olympic Boulevard<br>East Tower, Suite 650E<br>Los Angeles, CA 90064 | Engagement Letter<br>Dated: July 22, 2009<br>Amendment #2 to Engagement Letter Agreement<br>Date:  July 13, 2010<br>Amendment #3 to Engagement Letter Agreement<br>Date:  July 13, 2010 |

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bank of Montreal, as Administrative Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br><br>The Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, WI 53202<br><br>Luxe Beauty Holdings Corp.<br>c/o Thoma Cressey Bravo, Inc.<br>300 N. LaSalle Street, Suite 4350, Chicago, IL 60654<br>Luxe Beauty Midco Corporation<br>21551 Prairie Street<br>Chatsworth, CA 91311<br>Ecoly International, Inc.<br>21551 Prairie Street<br>Chatsworth, CA 91311 | Intercreditor Agreement<br>Dated: April 9, 2008 |
| Trade Solutions<br>Avenida Vitacura 3568 Of 604<br>Vitacura<br>Region Metropolitana, Chile | Distribution Agreement<br>Dated: January 1, 2010 |
| Marlene Amezcua<br>1362 W. 19th Street<br>San Pedro, CA 90731 | 2010 Bonus Letter Agreement<br>Dated: March 10, 2010 |
| Fishnet Marketing<br>700 108th Ave., N.E., Suite 202,<br>Bellevue, WA 98004 | Service Agreement<br>Dated: October 1, 2010 |
| Sexy Hair, Inc.<br>712 Fifth Ave, 31st Floor,<br>New York, NY 10019 | Investment Agreement<br>Dated: December 21, 2010 |

Form B6G - (12/07)                                                          2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
|    Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bank of Montreal<br>BMO Capital Markets Financing, Inc.<br>115 S. LaSalle St., 12W, Chicago, IL 60603<br><br>Bank of America, N.A.<br>800 Fifth Avenue Floor 32, Seattle, WA 98104<br><br>BAMM Funding LLC<br>Bank Of America<br>100 North Tryon Street, Charlotte, NC 28255<br><br>Madison Capital Funding LLC<br>30 South Wacker Drive<br>Suite 3700, Chicago, IL 60606<br><br>Orix Finance Corp.<br>1717 Main Street, 11th Floor<br>Dallas, TX 75201<br><br>OFSI Fund III, Ltd.<br>Orchard First Source Capital<br>2850 West Golf Road, 5th Floor<br>Rolling Meadows, IL 60008<br><br>Audax Credit Opportunities Offshore Ltd.<br>280 Park Avenue 20th Floor<br>New York, NY 10017<br><br>MC Funding Ltd.<br>Monroe Capital LLC<br>311 South Wacker Drive Suite 6400<br>Chicago, Illinois 60606<br><br>Sargas CLO II Ltd.<br>Pangaea Asset Management LLC<br>311 South Wacker Drive Suite 5200<br>Chicago, IL 60606 | Agreement re: Loan Repayments<br>Dated: February 5, 2010<br><br>Agreement re: Stay Bonuses<br>Dated: February 5, 2010 |

Form B6G - (12/07)                                                                        2007 USBC, Central District of California

| In re | Case No.: |
|-------|-----------|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Chartis Specialty Insurance Company<br>175 Water Street<br>New York, NY 10038 | Insurance Policy #01-423-78-37<br>Dated: December 17, 2009 |
| OneBeacon America Insurance Company<br>PO Box 4002<br>Woburn, MA 01888-4002 | Insurance Policy #719-01-20-68-0000<br>Dated: March 11, 2010 |
| The St. Paul Travelers Companies, Inc.<br>One Tower Square<br>Hartford, CT 06183 | Insurance Policy #GB09400794<br>Dated: March 11, 2010 |
| Mt. Hawley Insurance Company<br>9025 North Lindbergh Drive<br>Peoria, IL 61615-1499 | Insurance Policy #MQE0201593<br>Dated: March 11, 2010 |
| Illinois Union Insurance Company<br>525 W. Monroe Street, Suite 400<br>Chicago, IL 60661 | Insurance Policy #PPL G24878600 001<br>Dated: March 11, 2010 |
| United Financial Casualty Company<br>P.O. BOX 94739<br>Cleveland, OH 44101 | Insurance Policy #07734621-0<br>Dated: November 24, 2010 |

Form B6H - (12/07)                                                                2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC | |
| Debtor. | (If known) |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Luxe Beauty Holdings Corporation<br>c/o Thoma Cressey Bravo, Inc.<br>300 N. LaSalle Street<br>Suite 4350<br>Chicago, IL 60654 | Bank of Montreal, as<br>Administrative and Collateral Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br><br>Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 |
| Luxe Beauty Midco Corporation<br>21551 Prairie St.,<br>Chatsworth, CA 91311 | Bank of Montreal, as<br>Administrative and Collateral Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br><br>Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 |
| Ecoly International, Inc.<br>21551 Prairie St.<br>Chatsworth, CA 91311 | Bank of Montreal, as<br>Administrative and Collateral Agent<br>115 S. LaSalle St., 12W<br>Chicago, IL 60603<br><br>Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 |

In re    Sexy Hair Concepts, LLC

Debtor.

Case No.:

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                         Debtor

Date _____    Signature: _____
                                                         (Joint Debtor, if any)
                                                         [If joint case, both spouses must sign.]

....................................................................................................................................................................

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No.
                                                                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____    _____
   Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___Chief Restructuring Officer___ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ___limited liability corporation___ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____39_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief. *(Total shown on summary page plus 1.)*

Date ___December 21, 2010___    Signature:  /s/ T. Scott Avila_____

                                                         T. Scott Avila
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

1  Scott F. Gautier (State Bar No. 211742)
   *sgautier@pwkllp.com*
2  Lorie A. Ball (State Bar No. 210703)
   *lball@pwkllp.com*
3  Thor D. McLaughlin (State Bar No. 257864)
   *tmclaughlin@pwkllp.com*
4  PEITZMAN, WEG & KEMPINSKY LLP
   10100 Santa Monica Boulevard, Suite 1450
5  Los Angeles, CA  90067
   Telephone: (310) 552-3100
6  Telecopier: (310) 552-3101

7  Proposed Counsel for the Debtor and Debtor in Possession

8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

               SAN FERNANDO VALLEY DIVISION

11 In re:                                    | Case No.:

12                                           | Chapter 11

13 Sexy Hair Concepts, LLC, a California limited
   liability company,

14                                           | **DEBTOR'S STATEMENT OF FINANCIAL
                                             | AFFAIRS**
15            Debtor and Debtor in Possession

16

17

18

19         Sexy Hair Concepts, LLC (the "Debtor"), hereby submits its Statement of Financial Affairs

20  (the "Statement of Financial Affairs").   The Debtor operates a hair care product design and

21  distribution business.  Since November, 2008, and January, 2009, respectively, the business has been

22  managed by Karl-Heinz Pitsch, as Chief Executive Officer, (the "CEO") and Mark Milner, as Chief

23  Financial Officer, who are responsible for maintaining the books and records associated with the

24  business.  In addition, T. Scott Avila was hired in November, 2009 as the Chief Restructuring Officer,

25  to help manage the Debtor.  Based on the information available to these executives, the Debtor has

26  attempted to provide complete and accurate information, but no assurance can be made that the

27  information is complete and accurate, as the books and records of the Debtor have not been audited or

28  verified.  The Debtor is, however, continuing to review and update the books and records and other

    financial information, and the information provided in the Statement of Financial Affairs, and the

    attached schedules, may need to be augmented or corrected in the future.  Nothing contained in or

                                          1

omitted from the Statement of Financial Affairs and attached schedules constitutes or should be deemed an admission by the Debtor, and the Debtor reserves the right to amend the Statement of Financial Affairs and attached schedules periodically to the extent necessary to reflect new or additional information.

Any failure to designate a claim or lien listed on the Statement of Financial Affairs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or lien is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, (i) any claim reflected on the Statement of Financial Affairs as to amount, liability, priority, or classification, or (ii) any lien reflected on the Statement of Financial Affairs as to validity, priority, or extent, or to otherwise subsequently designate any claim or lien as "disputed," "contingent," or "unliquidated." Similarly, the designation of a contract or lease as "executory" does not constitute an admission by the Debtor that such contract or lease exists or is in fact "executory," and the Debtor reserves the right to dispute that such contract or lease exists or is in fact "executory."

Dated: December 21, 2010                    PEITZMAN, WEG & KEMPINSKY LLP

                                            By:    /s/ Scott F. Gautier
                                                Proposed Counsel for the Debtor and
                                                Debtor in Possession

2

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 12/07)                    **2007 USBC, Central District of California**

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| | |
|---|---|
| In re<br>    Sexy Hair Concepts, LLC<br>                                      Debtor. | Case No.:<br><br>                              (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

# Definitions

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1.    **Income from Employment or Operation of Business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐    of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $58,843,042 | Trade-2009 |
| $68,388,665 | Trade-2008 |
| $65,593,623.80 | Trade-YTD-12/12/10 |

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                                    2007 USBC, Central District of California

## 2.    Income Other than from Employment or Operation of Business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                  SOURCE

See attached Schedule 2

## 3.    Payments to Creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a.   Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| | | | |

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| See attached Schedule 3-b | | | |

None    c.   All debtors:  List all payments made within **one year** immediately preceding the commencement of this case to or
☐        for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
         include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Schedule 3-c | | | |

### 4.   Suits and Administrative Proceedings, Executions, Garnishments and Attachments

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See attached Schedule 4-a | | | |

None    b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
☒        year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
         13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**2007 USBC, Central District of California**

**5.     Repossessions, Foreclosures and Returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☐       of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | DATE OF REPOSSESSION, |  |
| NAME AND ADDRESS | FORECLOSURE SALE, | DESCRIPTION AND |
| OF CREDITOR OR SELLER | TRANSFER OR RETURN | VALUE OF PROPERTY |

See attached Schedule 5.

---

**6.     Assignments and Receiverships**

None    a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☒            commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
             by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
             petition is not filed.)

| NAME AND ADDRESS | DATE OF | TERMS OF ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

---

None    b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☒            immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
             must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
             the spouses are separated and a joint petition is not filed.)

|  | NAME AND LOCATION | DATE OF | DESCRIPTION |
| NAME AND ADDRESS | OF COURT | ORDER | AND VALUE OF |
| OF CUSTODIAN | CASE TITLE AND NUMBER |  | PROPERTY |

**7.     Gifts**

None     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
☐        except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
         and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
         chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
         the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON | RELATIONSHIP TO DEBTOR, | DATE OF | DESCRIPTION AND VALUE |
|---|---|---|---|
| City of Hope<br>1055 Wilshire Blvd<br>Los Angeles, CA 90017 | NONE | 2/11/10 | $15,000.00 CASH |

**8.     Losses**

None     List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☒        of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must
         include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
         a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.     Payments Related to Debt Counseling or Bankruptcy**

None     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐        consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
         within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached Schedule 9

**10.** **Other Transfers**

None    a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of
☐        the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
         of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| See attached Schedule 10-a | | |

None    b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
☒        to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| | | |

**11.** **Closed Financial Accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
☒       closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
        checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
        held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
        institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
        instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| | | |

**12.    Safe Deposit Boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
☒      within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
       chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.    Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☒      the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
       concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
       petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.    Property Held for Another Person**

None    List all property owned by another person that the debtor holds or controls.
☒

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 8 - (Rev. 12/07)                                        2007 USBC, Central District of California

**15.    Prior Address of Debtor**

None     If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
☐        the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is  filed,
         report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 9232 Eton Ave. Chatsworth, CA 91311 | Sexy Hair Concepts, LLC | End date 8/30/08 |

**16.    Spouses and Former Spouses**

None     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☒        California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
         immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
         spouse who resides or resided with the debtor in the community property state.

         NAME

**17.    Environmental Information**

         For the purpose of this question, the following definitions apply:

         "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
         releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
         other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
         or material.

         "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
         formerly owned or operated by the debtor, including, but not limited to, disposal sites.

         "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
         hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None     a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit
☒            that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
             unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 9 - (Rev. 12/07)                                        2007 USBC, Central District of California

None   b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release
☒          of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☐          respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
           was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| Air Resources Board of the California Environment Protection Agency 1001 I Street P.O. Box 2815 Sacramento, CA | | On 10/6/09, the Air Resources Board of the California Environmental Protection Agency issued a letter to Sexy Hair Concepts, LLC, indicating that they are investigating a limited number of the Company's products that may violate the CA Code of Regulations, Title 17, Section 94509(a). |

## 18.   Nature, Location and Name of Business

None   a.   *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☒          and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
           executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession,
           or other activity either full- or part-time within **six years** immediately preceding the commencement of this case,
           or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
           preceding the commencement of this case.

           *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
           and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
           of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

           *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
           and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
           of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN[1] OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 10 - (Rev. 12/07)                    2007 USBC, Central District of California

None    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as      defined
  ☒             in 11 U.S.C. § 101.

              NAME                                           ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor
who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer,
director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner,
other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either
full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as
defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business
within those six years should go directly to the signature page.)*

---

19.    **Books, Records and Financial Statements**

None    a.    List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy
  ☐             case kept or supervised the keeping of books of account and records of the debtor.

              NAME AND ADDRESS                              DATES SERVICES RENDERED

              Green, Hasson & Janks, LLP                    3/17/2008, 3/27/2009, 5/14/2010
              10990 Wilshire Blvd.
              16th Floor
              Los Angeles, CA 90024

---

None    b.    List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
  ☐             audited the books of account and records, or prepared a financial statement of the debtor.

              NAME                  ADDRESS                 DATES SERVICES RENDERED
Green, Hasson & Janks, LLP         10990 Wilshire Blvd.     3/17/2008, 5/14/2010
                                    16th Floor
                                    Los Angeles, CA 90024

---

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of
  ☐             account and records of the debtor.  If any of the books of account and records are not available, explain.

              NAME                                          ADDRESS

              Sexy Hair Concepts, LLC                       21551 Prairie St.
                                                            Chatsworth, CA 91311

              Green, Hasson & Janks, LLP                    10990 Wilshire Blvd.
                                                            16th Floor
                                                            Los Angeles, CA 90024

---

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐        financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
         case.

         NAME AND ADDRESS                                          DATE ISSUED


           See attached Schedule 19-d




20.    **Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |
| 12/31/09 | David Yaeger | $5,702,875.18 |
| 06/30/10 | David Yaeger | $6,674,958.36 |




None    b. List the name and address of the person having possession of the records of each of the inventories reported
☐        in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| 12/31/09 | Sexy Hair Concepts, LLC |
|  | David Yaeger |
| 06/30/10 | 21551 Prairie St. |
|  | Chatsworth, CA 91311 |



21.    **Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☒        partnership.

         NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐            indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

See attached Schedule 21-b

---

**22.**    **Former Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☒            preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☒            **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23.**    **Withdrawals from a Partnership or Distributions by a Corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☐    including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
     during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached Schedule 23

Statement of Financial Affairs (Form 7) - Page 13 - (Rev. 12/07)                    2007 USBC, Central District of California

## 24.  Tax Consolidation Group.

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☐      consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
        preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

Luxe Beauty Holdings Corporation                              35-2329197

## 25.  Pension Funds.

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☒      the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding
        the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

● ● ● ● ● ● ● ● ●

Statement of Financial Affairs (Form 7) - Page 14 - (Rev. 12/07)                    2007 USBC, Central District of California

*[If completed by an individual or individual and spouse]*

      I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____      Signature _____
                                                  *Debtor*

Date _____      Signature _____
                                                  *Joint Debtor (if any)*

--------------------------------------------------------------------------------------------------------------------

*[If completed on behalf of a partnership or corporation]*

      I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___12/21/2010_____      Signature __/s/ T. Scott Avila_____

                                              T. Scott Avila, Chief Restructuring Officer___
                                              Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                         ___34_____  continuation sheets added

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

--------------------------------------------------------------------------------------------------------------------

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Complete Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

_____    _____
*Signature of Bankruptcy Petition Preparer*    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

**Schedule 2**
**Income Other than from Employment or Operation of Business**
**Intercompany Transfers from Ecoly International, Inc. to Sexy Hair Concepts, LLC**

| Purpose | Amount | Source |
|---|---|---|
| Fund transfer to Sexy Hair Concepts upon close of Ecoly International bank account | $1,267.69 | Ecoly International, Inc. |
| 2008 Franchise Tax Board Refund | $ 7,671.15 | Ecoly International, Inc. |

In re Sexy Hair...
Statement of Financial Affairs
Schedule 3-b

**Payments in the Past 90 Days**

| Name | Address | Address 2 | City | State | ZIP Code | Dates of Payments | Paid in Last 90 days | Balance as of 11-30-10 |
|------|---------|-----------|------|-------|----------|-------------------|----------------------|------------------------|
| KIK CUSTOM PRODUCTS | DEPT. CH 14106 | | 0 PALATINE, | IL | 60656-1471 | 9/3/2010 | 163,699.20 | |
| | | | | | | 9/10/2010 | 866,679.96 | |
| | | | | | | 9/16/2010 | 993,321.81 | |
| | | | | | | 10/8/2010 | 409,306.56 | |
| | | | | | | 10/15/2010 | 413,582.88 | |
| | | | | | | 10/22/2010 | 556,718.04 | |
| | | | | | | 10/29/2010 | 376,574.64 | |
| | | | | | | 11/5/2010 | 238,733.52 | |
| | | | | | | 11/12/2010 | 719,004.96 | |
| | | | | | | 11/19/2010 | 124,467.48 | |
| | | | | | | 11/24/2010 | 183,310.08 | |
| | | | | | | | | 1,615,806.69 |
| KIK CUSTOM PRODUCTS Total | | | | | | | 5,045,399.13 | 1,615,806.69 |
| ADMINISTAFF COMPANIES INC | PO BOX 200634 | | 0 HOUSTON | TX | 77216-0634 | 9/7/2010 | 125,000.00 | |
| | | | | | | 9/13/2010 | 500,000.00 | |
| | | | | | | 9/15/2010 | 225,000.00 | |
| | | | | | | 9/21/2010 | 125,000.00 | |
| | | | | | | 9/28/2010 | 125,000.00 | |
| | | | | | | 10/5/2010 | 100,000.00 | |
| | | | | | | 10/18/2010 | 125,000.00 | |
| | | | | | | 10/26/2010 | 125,000.00 | |
| | | | | | | 11/1/2010 | 125,000.00 | |
| | | | | | | 11/3/2010 | 50,000.00 | |
| | | | | | | 11/8/2010 | 125,000.00 | |
| | | | | | | 11/17/2010 | 125,000.00 | |
| | | | | | | 11/22/2010 | 125,000.00 | |
| | | | | | | 11/24/2010 | 245,000.00 | |
| | | | | | | 11/29/2010 | 395,000.00 | |
| ADMINISTAFF COMPANIES INC Total | | | | | | | 2,640,000.00 | |
| BANK OF MONTREAL | TRADE FINACE OPERATIONS ATTN A/R | 234 SIMCOE ST 3RD FL | TORONTO, ONTARIO | CANADA | M5T 1T4 | 9/21/2010 | 372.00 | |
| | | | | | | 9/30/2010 | 1,921,451.69 | |
| | | | | | | 10/22/2010 | 1,687.50 | |
| BANK OF MONTREAL Total | | | | | | | 1,923,511.19 | |
| COSWAY COMPANY, INC. | DEPT. 0876 | | 0 LOS ANGELES | CA | 90084-0876 | 9/3/2010 | 156,090.34 | |
| | | | | | | 9/16/2010 | 384,059.14 | |
| | | | | | | 10/1/2010 | 236,816.14 | |
| | | | | | | 10/12/2010 | 98,912.80 | |
| | | | | | | 10/22/2010 | 74,008.44 | |
| | | | | | | 10/29/2010 | 142,678.26 | |
| | | | | | | 11/5/2010 | 185,324.33 | |
| | | | | | | 11/12/2010 | 124,240.55 | |
| | | | | | | 11/19/2010 | 100,116.54 | |
| | | | | | | 11/29/2010 | 39,505.32 | |
| | | | | | | | | 522,142.86 |
| COSWAY COMPANY, INC. Total | | | | | | | 1,541,751.86 | 522,142.86 |
| DESIGN WORX PACKAGING | 31 ORCHARD STREET | | 0 LAKE FOREST | CA | 92630 | 9/3/2010 | 51,551.49 | |
| | | | | | | 9/16/2010 | 384,528.53 | |
| | | | | | | 10/1/2010 | 63,762.08 | |
| | | | | | | 10/12/2010 | 89,078.84 | |
| | | | | | | 10/15/2010 | 79,999.91 | |
| | | | | | | 10/22/2010 | 48,823.83 | |
| | | | | | | 10/29/2010 | 93,250.92 | |
| | | | | | | 11/5/2010 | 104,440.98 | |
| | | | | | | 11/12/2010 | 120,950.73 | |
| | | | | | | 11/19/2010 | 59,562.43 | |
| | | | | | | 11/29/2010 | 32,219.47 | |
| | | | | | | | | 481,389.73 |
| DESIGN WORX PACKAGING Total | | | | | | | 1,128,169.21 | 481,389.73 |
| PDA GROUP | 24935 AVE KEARNEY | | 0 VALENCIA | CA | 91355 | 9/3/2010 | 51,024.70 | |
| | | | | | | 9/16/2010 | 382,892.00 | |
| | | | | | | 10/1/2010 | 22,775.58 | |
| | | | | | | 10/12/2010 | 16,700.70 | |
| | | | | | | 10/15/2010 | 31,019.51 | |
| | | | | | | 10/22/2010 | 109,240.81 | |
| | | | | | | 10/29/2010 | 49,094.77 | |
| | | | | | | 11/5/2010 | 51,764.38 | |
| | | | | | | 11/12/2010 | 205,198.34 | |
| | | | | | | 11/19/2010 | 99,419.52 | |
| | | | | | | 11/29/2010 | 69,541.32 | |
| | | | | | | | | 389,037.43 |
| PDA GROUP Total | | | | | | | 1,088,671.63 | 389,037.43 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | SUITE1450 | LOS ANGELES | CA | 90067 | 9/10/2010 | 101,420.09 | |
| | | | | | | 9/17/2010 | 434,190.00 | |
| | | | | | | 10/6/2010 | 145,250.00 | |
| PEITZMAN, WEG & KEMPINSKY LLP Total | | | | | | | 680,860.09 | |
| 220 LABORATORIES | 2375 THIRD STREET | | 0 RIVERSIDE | CA | 92507 | 9/3/2010 | 229,157.76 | |
| | | | | | | 9/16/2010 | 144,586.20 | |
| | | | | | | 9/17/2010 | 0.00 | |
| | | | | | | 10/22/2010 | 42,379.20 | |
| | | | | | | 10/29/2010 | 53,323.80 | |
| | | | | | | 11/5/2010 | 134,835.48 | |
| | | | | | | 11/12/2010 | 9,601.32 | |
| | | | | | | | | 407,588.64 |
| 220 LABORATORIES Total | | | | | | | 613,883.76 | 407,588.64 |
| JOAR LABS.,INC | P.O. BOX 250730 | | 0 GLENDALE | CA | 91225 | 9/3/2010 | 44,764.96 | |
| | | | | | | 9/10/2010 | 72,495.99 | |
| | | | | | | 9/16/2010 | 38,337.40 | |
| | | | | | | 9/24/2010 | 37,988.67 | |
| | | | | | | 10/6/2010 | 59,601.36 | |
| | | | | | | 10/15/2010 | 91,840.95 | |
| | | | | | | 10/22/2010 | 83,333.08 | |
| | | | | | | 10/29/2010 | 41,235.00 | |
| | | | | | | 11/5/2010 | 87,512.58 | |
| | | | | | | 11/24/2010 | 37,344.19 | |
| JOAR LABS.,INC Total | | | | | | | 594,454.18 | |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | 0 BOSTON | MA | 2110 | 9/10/2010 | 43,709.57 | |
| | | | | | | 9/16/2010 | 70,293.64 | |
| | | | | | | 9/17/2010 | 299,297.88 | |
| | | | | | | 10/5/2010 | 39,865.86 | |
| | | | | | | 10/29/2010 | 37,145.57 | |
| | | | | | | 11/5/2010 | 14,891.25 | |
| | | | | | | 11/19/2010 | 33,272.80 | |
| CRG PARTNERS GROUP LLC Total | | | | | | | 538,476.57 | |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | 0 LOS ANGELES | CA | 90067 | 9/7/2010 | 75,000.00 | |
| | | | | | | 9/17/2010 | 250,000.00 | |
| | | | | | | 10/5/2010 | 75,000.00 | |
| | | | | | | 11/1/2010 | 80,000.00 | |
| IMPERIAL CAPITAL Total | | | | | | | 480,000.00 | |
| CCL CONTAINER | P.O. BOX 95563 | | 0 CHICAGO | IL | 60694- | 9/17/2010 | 122,114.34 | |
| | | | | | | 10/1/2010 | 4,425.00 | |
| | | | | | | 10/15/2010 | 20,457.96 | |
| | | | | | | 10/22/2010 | 19,630.80 | |
| | | | | | | 11/5/2010 | 54,294.25 | |
| | | | | | | 11/12/2010 | 28,452.77 | |
| | | | | | | 11/19/2010 | 16,194.40 | |
| | | | | | | | | 103,180.57 |
| CCL CONTAINER Total | | | | | | | 265,569.52 | 103,180.57 |
| AWARE PRODUCTS | CUST. # 470174 | 9250 MASON AVE | CHATSWORTH | CA | 91311 | 9/16/2010 | 54,358.80 | |
| | | | | | | 10/29/2010 | 19,624.32 | |
| | | | | | | 11/5/2010 | 93,290.62 | |
| | | | | | | 11/12/2010 | 15,614.21 | |
| | | | | | | 11/19/2010 | 73,597.32 | |
| | | | | | | | | 99,440.40 |
| AWARE PRODUCTS Total | | | | | | | 256,485.27 | 99,440.40 |
| PREMIER LOGISTICS INC | 10911 CHERRY STREET | SUITE#201 | LOS ALAMITOS | CA | 90720 | 9/3/2010 | 10,160.00 | |
| | | | | | | 9/16/2010 | 63,780.00 | |
| | | | | | | 10/1/2010 | 14,600.00 | |
| | | | | | | 10/6/2010 | 6,500.00 | |
| | | | | | | 10/12/2010 | 21,560.00 | |
| | | | | | | 10/15/2010 | 3,000.00 | |
| | | | | | | 10/22/2010 | 15,780.00 | |
| | | | | | | 10/29/2010 | 15,190.00 | |

In re Sexy Hair...
Statement of Financial Affairs
Schedule 3-b

| Name | Address | Address 2 | City | State | ZIP Code | Dates of Payments | Paid in Last 90 days | Balance as of 11-30-10 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 11/5/2010 | 53,415.00 | |
| | | | | | | 11/12/2010 | 26,695.00 | |
| | | | | | | 11/19/2010 | 5,585.00 | |
| | | | | | | 11/29/2010 | 15,550.00 | |
| | | | | | | | | 29,245.00 |
| PREMIER LOGISTICS INC Total | | | | | | | 251,815.00 | 29,245.00 |
| AMERICAN EXPRESS | BOX 0001 | | 0 LOS ANGELES | CA | 90096-0001 | 9/3/2010 | 198.26 | |
| | | | | | | 9/10/2010 | 56,839.54 | |
| | | | | | | 9/17/2010 | 28,721.44 | |
| | | | | | | 9/30/2010 | 28,721.44 | |
| | | | | | | 10/5/2010 | 65,468.70 | |
| | | | | | | 10/29/2010 | 428.97 | |
| | | | | | | 11/12/2010 | 65,951.38 | |
| | | | | | | 11/29/2010 | 797.95 | |
| AMERICAN EXPRESS Total | | | | | | | 247,127.68 | |
| SCHIFF HARDIN LLP | 6600 SEARS TOWER | | 0 CHICAGO | IL | 60606 | 9/13/2010 | 62,114.36 | |
| | | | | | | 10/29/2010 | 179,595.05 | |
| SCHIFF HARDIN LLP Total | | | | | | | 241,709.41 | |
| GOLDBERG KOHN LTD | | 0 55 EAST MONROE ST SUITE 3300 | CHICAGO | IL | 60603-5792 | 9/16/2010 | 39,906.05 | |
| | | | | | | 10/29/2010 | 122,659.38 | |
| | | | | | | 11/5/2010 | 75,591.61 | |
| GOLDBERG KOHN LTD Total | | | | | | | 238,157.04 | |
| WORLDWIDE EXPRESS | 910 HAMPSHIRE RD. | SUITE V | WESTLAKE VILLAGE, | CA | 91361 | 9/3/2010 | 43,005.64 | |
| | | | | | | 9/16/2010 | 29,571.43 | |
| | | | | | | 9/21/2010 | 7,426.23 | |
| | | | | | | 9/27/2010 | 18,508.45 | |
| | | | | | | 10/4/2010 | 10,787.85 | |
| | | | | | | 10/6/2010 | 19,527.21 | |
| | | | | | | 10/13/2010 | 10,333.33 | |
| | | | | | | 10/15/2010 | 8,942.69 | |
| | | | | | | 10/22/2010 | 14,680.18 | |
| | | | | | | 10/29/2010 | 5,978.00 | |
| | | | | | | 11/5/2010 | 13,879.44 | |
| | | | | | | 11/12/2010 | 9,870.16 | |
| | | | | | | 11/19/2010 | 11,460.85 | |
| | | | | | | 11/29/2010 | 10,216.57 | |
| WORLDWIDE EXPRESS Total | | | | | | | 214,188.05 | |
| BLUE BALL ENTERPRISES | 21530 GLEDHILL STREET | | 0 CHATSWORTH | CA | 91311 | 9/1/2010 | 69,863.21 | |
| | | | | | | 10/1/2010 | 69,863.21 | |
| | | | | | | 11/1/2010 | 69,863.21 | |
| BLUE BALL ENTERPRISES Total | | | | | | | 209,589.63 | |
| Sexy Hair LLC | 21551 Prairie | | 0 CHATSWORTH | CA | 91311 | 9/3/2010 | 200,000.00 | |
| Sexy Hair LLC Total | | | | | | | 200,000.00 | |
| ECKERT SEAMANS CHERIN & MELLOT | LLC | 600 GRANT STREET 44TH F L | PITTSBURGH | PA | 15219 | 9/3/2010 | 15,958.05 | |
| | | | | | | 9/17/2010 | 97,212.51 | |
| | | | | | | 11/19/2010 | 34,023.77 | |
| ECKERT SEAMANS CHERIN & MELLOT Total | | | | | | | 147,194.33 | |
| CORONET PRINTING | 9450 TOPANGA CANYON BLVD. | | 0 CHATSWORTH | CA | 91311 | 9/3/2010 | 29,014.48 | |
| | | | | | | 9/16/2010 | 58,405.77 | |
| | | | | | | 10/29/2010 | 1,654.23 | |
| | | | | | | 11/5/2010 | 40,271.93 | |
| | | | | | | 11/12/2010 | 0.00 | |
| | | | | | | | | 355.59 |
| CORONET PRINTING Total | | | | | | | 129,346.41 | 355.59 |
| C.H. ROBINSON WORLDWIDE INC. | P.O. BOX 9121 | | 0 MINNEAPOLIS | MN | 55480-9121 | 9/16/2010 | 47,438.82 | |
| | | | | | | 10/1/2010 | 10,492.56 | |
| | | | | | | 10/6/2010 | 63.00 | |
| | | | | | | 10/15/2010 | 2,623.14 | |
| | | | | | | 10/22/2010 | 31,633.29 | |
| | | | | | | 10/29/2010 | 5,290.74 | |
| | | | | | | 11/12/2010 | 3,768.23 | |
| | | | | | | 11/19/2010 | 13,449.15 | |
| | | | | | | 11/29/2010 | 5,379.66 | |
| | | | | | | | | 9,192.35 |
| C.H. ROBINSON WORLDWIDE INC. Total | | | | | | | 120,138.59 | 9,192.35 |
| TSGS MANAGEMENT LLC | | 0 | 0 CHATSWORTH | CA | 91311 | 11/24/2010 | 100,000.00 | |
| TSGS MANAGEMENT LLC Total | | | | | | | 100,000.00 | |
| LAURAL PACKAGING GROUP | 743 VIA DE LA PAZ | | 0 PACIFIC PALISADES | CA | 90272 | 9/3/2010 | 8,961.18 | |
| | | | | | | 9/16/2010 | 43,483.45 | |
| | | | | | | 10/15/2010 | 2,138.40 | |
| | | | | | | 10/29/2010 | 13,022.80 | |
| | | | | | | 11/5/2010 | 10,268.46 | |
| | | | | | | 11/12/2010 | 8,894.60 | |
| | | | | | | 11/19/2010 | 4,716.43 | |
| | | | | | | | | 37,235.72 |
| LAURAL PACKAGING GROUP Total | | | | | | | 91,485.32 | 37,235.72 |
| THE KIRSCHNER GROUP, INC | 26017 HUNTINGTON LANE | UNIT C | VALENCIA | CA | 91355 | 10/4/2010 | 24,623.24 | |
| | | | | | | 10/22/2010 | 1,294.69 | |
| | | | | | | 11/19/2010 | 52,326.53 | |
| THE KIRSCHNER GROUP, INC Total | | | | | | | 78,244.46 | |
| JC PRINT PACKAGING & DISPLAY INC. | 21026 SUSAN CAROLE DRIVE | | 0 SANTA CLARITA | CA | 91350 | 9/21/2010 | 22,924.22 | |
| | | | | | | 10/22/2010 | 43,837.90 | |
| | | | | | | 11/19/2010 | 8,187.36 | |
| | | | | | | | | 15,372.00 |
| JC PRINT PACKAGING & DISPLAY INC. Total | | | | | | | 74,949.48 | 15,372.00 |
| T.ROWE PRICE RETIREMENT PLAN | P.O. BOX 64012 | | 0 BALTIMORE | MD | 21264-4012 | 9/21/2010 | 10,952.63 | |
| | | | | | | 9/23/2010 | 11,121.38 | |
| | | | | | | 10/29/2010 | 1,335.00 | |
| | | | | | | 11/5/2010 | 22,821.77 | |
| | | | | | | 11/23/2010 | 28,505.69 | |
| T.ROWE PRICE RETIREMENT PLAN Total | | | | | | | 74,736.47 | |
| STURM UND DRANG | BAUMWALL 3 | | 0 HAMBURG | GERMANY | 20459 | 10/1/2010 | 45,000.00 | |
| | | | | | | 10/5/2010 | 22,725.00 | |
| STURM UND DRANG Total | | | | | | | 67,725.00 | |
| KC HARTE | 102 SHINNECOCK HILL | | 0 AVONDALE | PA | 19311 | 9/21/2010 | 995.74 | |
| | | | | | | 9/27/2010 | 5,376.99 | |
| | | | | | | 10/6/2010 | 2,707.73 | |
| | | | | | | 10/15/2010 | 16,278.65 | |
| | | | | | | 10/29/2010 | 4,792.56 | |
| | | | | | | 11/5/2010 | 28,393.65 | |
| | | | | | | | | 9,109.93 |
| KC HARTE Total | | | | | | | 58,545.32 | 9,109.93 |
| REGIS CORPORATION | C/O LAURA HOLLAND | 7201 METRO BLVD | MINNEAPOLIS | MN | 55439 | 9/16/2010 | 4,490.15 | |
| | | | | | | 10/15/2010 | 4,398.70 | |
| | | | | | | 11/29/2010 | 49,611.59 | |
| REGIS CORPORATION Total | | | | | | | 58,500.44 | |
| UBS PRINTING GROUP, INC. | 2577 RESEARCH DRIVE | | 0 CORONA | CA | 92882 | 9/3/2010 | 12,480.50 | |
| | | | | | | 9/16/2010 | 4,225.00 | |
| | | | | | | 9/21/2010 | 1,714.90 | |
| | | | | | | 11/5/2010 | 26,093.43 | |
| | | | | | | 11/12/2010 | 7,100.00 | |
| | | | | | | 11/29/2010 | 4,795.00 | |
| | | | | | | | | 42,238.82 |
| UBS PRINTING GROUP, INC. Total | | | | | | | 56,408.83 | 42,238.82 |
| CANADIAN SALES AGENCY | 1 VALLEYBROOK DRIVE, SUITE 305 | | 0 TORONTO | OT | M3B 257 | 9/3/2010 | 2,127.50 | |
| | | | | | | 9/16/2010 | 13,825.50 | |
| | | | | | | 10/1/2010 | 1,236.25 | |
| | | | | | | 10/6/2010 | 270.25 | |
| | | | | | | 10/12/2010 | 6,175.50 | |
| | | | | | | 10/22/2010 | 4,651.75 | |
| | | | | | | 10/29/2010 | 2,098.75 | |
| | | | | | | 11/5/2010 | 7,630.25 | |
| | | | | | | 11/12/2010 | 2,328.75 | |
| | | | | | | 11/19/2010 | 5,313.00 | |
| | | | | | | 11/29/2010 | 7,463.50 | |
| | | | | | | | | 8,021.25 |
| CANADIAN SALES AGENCY Total | | | | | | | 53,121.00 | 8,021.25 |
| WESTERN ENVIRONMENTAL | SERVICES, INC | PO BOX 1375 | GLENDORA | CA | 91740 | 9/16/2010 | 47,285.81 | |
| WESTERN ENVIRONMENTAL Total | | | | | | | 47,285.81 | |
| SOLE ICON | 8981 SUNSET BLVD. SUITE 306 | | 0 LOS ANGELES | CA | 90069 | 9/3/2010 | 44,000.00 | |
| SOLE ICON Total | | | | | | | 44,000.00 | |
| EASY WAY TRANSPORTATION | P.O.BOX 341474 | | 0 ARLETA, | CA | 91334 | 9/3/2010 | 2,690.00 | |
| | | | | | | 9/16/2010 | 15,390.00 | |
| | | | | | | 10/15/2010 | 2,280.00 | |
| | | | | | | 10/22/2010 | 4,780.00 | |

| Name | Address | Address 2 | City | State | ZIP Code | Dates of Payments | Paid in Last 90 days | Balance as of 11-30-10 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 10/29/2010 | 3,910.00 | |
| | | | | | | 11/5/2010 | 2,930.00 | |
| | | | | | | 11/12/2010 | 3,000.00 | |
| | | | | | | 11/19/2010 | 5,220.00 | |
| | | | | | | 11/29/2010 | 3,240.00 | |
| | | | | | | | | 13,870.00 |
| EASY WAY TRANSPORTATION Total | | | | | | | 43,430.00 | 13,870.00 |
| PARKS, JENNIFER | 10300 N.W. RIVER HILLS DRIVE | | PARKVILLE | MO | 64152 | 9/16/2010 | 10,208.60 | |
| | | | 0 | | | 9/21/2010 | 2,996.43 | |
| | | | | | | 9/27/2010 | 4,555.91 | |
| | | | | | | 10/11/2010 | 9,363.12 | |
| | | | | | | 10/15/2010 | 8,616.81 | |
| | | | | | | 10/22/2010 | 1,778.55 | |
| | | | | | | 11/12/2010 | 1,470.09 | |
| | | | | | | 11/19/2010 | 3,177.00 | |
| | | | | | | | | 2,661.50 |
| PARKS, JENNIFER Total | | | | | | | 42,166.51 | 2,661.50 |
| WESTLAKE DAVVAR CORP. INT'L | DBA GO WEST EVENTS AND MULTIMEDIA | 2248 TOWNSGATE ROAD, SUITE A | WESTLAKE VILLAGE | CA | 91361 | 11/12/2010 | 34,000.00 | |
| WESTLAKE DAVVAR CORP. INT'L Total | | | | | | | 34,000.00 | |
| SHERATON UNIVERSAL | ATTN: CHRISTIANE ABDENNOUR | 333 UNIVERSAL HOLLYWOOD DR | UNIVERSAL CITY | CA | 91608 | 11/5/2010 | 33,500.00 | |
| SHERATON UNIVERSAL Total | | | | | | | 33,500.00 | |
| LISA BAKER | 227 S. LEHIGH AVE | | 0 FRACKVILLE | PA | 17931 | 9/16/2010 | 2,206.13 | |
| | | | | | | 9/27/2010 | 542.22 | |
| | | | | | | 10/6/2010 | 7,407.38 | |
| | | | | | | 10/11/2010 | 3,587.49 | |
| | | | | | | 10/22/2010 | 8,226.53 | |
| | | | | | | 11/5/2010 | 4,905.86 | |
| | | | | | | 11/19/2010 | 3,654.35 | |
| | | | | | | | | 2,079.96 |
| LISA BAKER Total | | | | | | | 30,529.96 | 2,079.96 |
| WILLIS INSURANCE SERVICES | OF ORANGE COUNTY | PO BOX 100022 | PASADENA | CA | 91189 | 11/9/2010 | 27,877.50 | |
| WILLIS INSURANCE SERVICES Total | | | | | | | 27,877.50 | |
| CROWE HORWATH LLP | 15233 VENTURA BLVD 9TH FLOOR | | 0 SHERMAN OAKS | CA | 91403 | 9/17/2010 | 27,097.46 | |
| CROWE HORWATH LLP Total | | | | | | | 27,097.46 | |
| SCS, INC. | 2120 COLORADO AVE. SUITE 150 | | 0 SANTA MONICA | CA | 90404 | 9/3/2010 | 1,202.50 | |
| | | | | | | 9/21/2010 | 1,572.50 | |
| | | | | | | 9/27/2010 | 3,500.00 | |
| | | | | | | 10/7/2010 | 20,043.18 | |
| | | | | | | 10/15/2010 | 231.25 | |
| | | | | | | 10/29/2010 | 92.50 | |
| | | | | | | 11/29/2010 | 277.50 | |
| | | | | | | | | 26,919.43 |
| SCS, INC. Total | | | | | | | 26,919.43 | |
| KURTZMAN CARSON CONSULTANTS LLC | 2335 ALASKA AVE | | 0 EL SEGUNDO | CA | 90245 | 9/10/2010 | 6,500.00 | |
| | | | | | | 9/17/2010 | 20,000.00 | |
| KURTZMAN CARSON CONSULTANTS LLC Total | | | | | | | 26,500.00 | |
| STEVEN MELITO | 292 LAKE AVE | | 0 ST JAMES | NY | 11780 | 9/3/2010 | 5,622.12 | |
| | | | | | | 9/27/2010 | 5,610.86 | |
| | | | | | | 10/4/2010 | 4,251.10 | |
| | | | | | | 10/22/2010 | 2,522.75 | |
| | | | | | | 10/29/2010 | 1,764.12 | |
| | | | | | | 11/5/2010 | 3,044.77 | |
| | | | | | | 11/12/2010 | 2,336.03 | |
| | | | | | | 11/19/2010 | 1,347.80 | |
| | | | | | | 11/23/2010 | 1,764.12 | |
| | | | | | | 11/24/2010 | 1,764.12 | |
| | | | | | | | | 26,499.55 |
| STEVEN MELITO Total | | | | | | | 26,499.55 | |
| IAN BROWNING | 136 W. ASH AVE. | | 0 FULLERTON | CA | 92832 | 9/3/2010 | 1,696.00 | |
| | | | | | | 9/16/2010 | 2,906.98 | |
| | | | | | | 9/27/2010 | 1,896.00 | |
| | | | | | | 10/4/2010 | 4,740.00 | |
| | | | | | | 10/11/2010 | 7,928.56 | |
| | | | | | | 10/22/2010 | 3,792.00 | |
| | | | | | | 11/5/2010 | 2,844.00 | |
| | | | | | | | | 25,803.54 |
| IAN BROWNING Total | | | | | | | 25,803.54 | |
| COMPUTER SUPPLY | 21540 PRAIRIE ST. #F | | 0 CHATSWORTH | CA | 91311 | 9/21/2010 | 604.72 | |
| | | | | | | 9/27/2010 | 391.98 | |
| | | | | | | 10/4/2010 | 10,353.99 | |
| | | | | | | 10/11/2010 | 207.43 | |
| | | | | | | 10/15/2010 | 2,862.91 | |
| | | | | | | 10/29/2010 | 8,902.92 | |
| | | | | | | 11/5/2010 | 1,563.94 | |
| | | | | | | 11/19/2010 | 193.16 | |
| | | | | | | 11/29/2010 | 504.85 | |
| COMPUTER SUPPLY Total | | | | | | | 25,585.90 | |
| DRA'S HOLLYWOOD | ATTN: TIFFANY MATTHEWS | 6250 HOLLYWOOD BLVD | HOLLYWOOD | CA | 90028 | 10/22/2010 | 25,456.63 | |
| DRA'S HOLLYWOOD Total | | | | | | | 25,456.63 | |
| INSTITUTE OF COURAGE LLC | C/O MICHAEL O'ROURKE | 1408 TOPANGA CANYON BLVD. | TOPANGA | CA | 90290 | 9/21/2010 | 8,333.33 | |
| | | | | | | 10/6/2010 | 8,333.33 | |
| | | | | | | 11/12/2010 | 8,333.33 | |
| INSTITUTE OF COURAGE LLC Total | | | | | | | 24,999.99 | |
| SALON CENTRIC | ATTN: HOWARD GIBBS | B031 114TH AVE NORTH #4000 | LARGO | FL | 33773 | 10/15/2010 | 15,000.00 | |
| | | | | | | 10/29/2010 | 8,945.86 | |
| SALON CENTRIC Total | | | | | | | 23,945.86 | |
| CONDENSA SA | AVENIDA MARATHON 2879 | | 0 SANTIAGO | CHILE | 2290279 | 11/8/2010 | 23,708.61 | |
| CONDENSA SA Total | | | | | | | 23,708.61 | |
| GREEN HASSON &JANKS LLP | 10990 WILSHIRE BLVD, 16TH FLR | | 0 LOS ANGELES | CA | 90024-3929 | 9/17/2010 | 13,524.00 | |
| | | | | | | 11/3/2010 | 10,000.00 | |
| | | | | | | 11/12/2010 | 10,000.00 | |
| | | | | | | 11/24/2010 | -10,000.00 | |
| GREEN HASSON &JANKS LLP Total | | | | | | | 23,524.00 | |
| L.A. DEPT. OF WATER AND POWER | P.O. BOX 30808 | | 0 LOS ANGELES | CA | 90030-0808 | 9/27/2010 | 8,297.11 | |
| | | | | | | 10/29/2010 | 7,651.36 | |
| | | | | | | 11/29/2010 | 6,143.86 | |
| L.A. DEPT. OF WATER AND POWER Total | | | | | | | 22,092.33 | |
| PARADIGM PACKAGING | P.O. BOX 92272 | | 0 CLEVELAND | OH | 44193 | 9/21/2010 | 12,001.05 | |
| | | | | | | 10/29/2010 | 9,990.60 | |
| | | | | | | | | 19,455.86 |
| PARADIGM PACKAGING Total | | | | | | | 21,991.74 | 19,455.86 |
| CROWN TRANSPORTATION, INC | CROWN LIMOUSINE L.A. | 12300 W. WASHINGTON BLVD | LOS ANGELES | CA | 90066 | 9/16/2010 | 522.00 | |
| | | | | | | 10/6/2010 | 147.00 | |
| | | | | | | 10/11/2010 | 2,190.00 | |
| | | | | | | 10/22/2010 | 13,532.00 | |
| | | | | | | 11/19/2010 | 5,425.00 | |
| | | | | | | | | 1,170.00 |
| CROWN TRANSPORTATION, INC Total | | | | | | | 21,816.00 | 1,170.00 |
| RICHARD JUDSON | 3473 COEUR DALENE DR | | 0 WEST LINN | OR | 97068 | 9/16/2010 | 3,896.19 | |
| | | | | | | 10/4/2010 | 1,756.80 | |
| | | | | | | 10/11/2010 | 1,962.27 | |
| | | | | | | 10/15/2010 | 3,135.72 | |
| | | | | | | 10/22/2010 | 1,561.83 | |
| | | | | | | 10/29/2010 | 3,596.01 | |
| | | | | | | 11/5/2010 | 1,401.35 | |
| | | | | | | 11/12/2010 | 878.68 | |
| | | | | | | 11/19/2010 | 2,489.79 | |
| | | | | | | | | 1,606.80 |
| RICHARD JUDSON Total | | | | | | | 20,678.62 | 1,606.80 |
| SOUTHWEST SALES | 2135 S. BREA CANYON RD. | | 0 DIAMOND BAR | CA | 91765 | 9/21/2010 | 9,064.50 | |
| | | | | | | 10/29/2010 | 815.00 | |
| | | | | | | 11/12/2010 | 137.50 | |
| | | | | | | 11/24/2010 | 9,100.00 | |
| | | | | | | | | 7,417.00 |
| SOUTHWEST SALES Total | | | | | | | 19,117.00 | 7,417.00 |
| ROD SICKLER | 2520 VILLAGE GREEN PLACE | | 0 CHAMPAIGN | IL | 61822 | 9/3/2010 | 1,725.62 | |
| | | | | | | 9/16/2010 | 1,300.00 | |
| | | | | | | 9/27/2010 | 600.00 | |
| | | | | | | 10/4/2010 | 1,280.00 | |
| | | | | | | 10/15/2010 | 1,747.85 | |
| | | | | | | 10/29/2010 | 1,631.83 | |
| | | | | | | 11/5/2010 | 1,467.37 | |
| | | | | | | 11/12/2010 | 5,390.40 | |
| | | | | | | 11/19/2010 | 3,645.07 | |
| | | | | | | 11/29/2010 | 72.00 | |
| ROD SICKLER Total | | | | | | | 18,860.14 | |
| HAIRART INC. | 600 WEST 157TH STREET | | 0 GARDENA | CA | 90248 | 9/3/2010 | 744.10 | |
| | | | | | | 9/21/2010 | 5,151.63 | |

In re Sexy Hair...
Statement of Financial Affairs
Schedule 3-b

| Name | Address | Address 2 | City | State | ZIP Code | Dates of Payments | Paid in Last 90 days | Balance as of 11-30-10 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 9/22/2010 | 3,328.48 | |
| | | | | | | 10/4/2010 | 1,762.00 | |
| | | | | | | 11/5/2010 | 3,254.80 | |
| | | | | | | 11/19/2010 | 1,356.75 | |
| | | | | | | 11/24/2010 | -26.40 | |
| | | | | | | 11/29/2010 | 3,146.70 | |
| | | | | | | | | 5,875.43 |
| HAIKART INC. Total | | | | | | | 18,718.26 | 5,875.43 |
| Z STUDIOS PHOTOGRAPHY | 4411 DUPONT COURT | SUITE #120 | VENTURA | CA | 93003 | 9/21/2010 | 1,825.00 | |
| | | | | | | 9/27/2010 | 4,090.00 | |
| | | | | | | 10/4/2010 | 1,325.00 | |
| | | | | | | 10/22/2010 | 975.00 | |
| | | | | | | 10/29/2010 | 8,245.00 | |
| | | | | | | 11/5/2010 | 1,875.00 | |
| | | | | | | 11/12/2010 | 200.00 | |
| | | | | | | | | 2,935.00 |
| Z STUDIOS PHOTOGRAPHY Total | | | | | | | 18,535.00 | 2,935.00 |
| DAHLHOUSE PRODUCTIONS | 6351 PRIMROSE AVE. | | 0 LOS ANGELES | CA | 90068 | 9/21/2010 | 3,440.00 | |
| | | | | | | 9/24/2010 | 4,166.00 | |
| | | | | | | 10/4/2010 | 3,561.12 | |
| | | | | | | 10/15/2010 | 4,190.00 | |
| | | | | | | 10/18/2010 | -30.00 | |
| | | | | | | 10/22/2010 | 30.00 | |
| | | | | | | 10/29/2010 | 273.28 | |
| | | | | | | 11/5/2010 | 830.00 | |
| | | | | | | 11/19/2010 | 1,775.00 | |
| | | | | | | | | 561.00 |
| DAHLHOUSE PRODUCTIONS Total | | | | | | | 18,235.40 | 561.00 |
| SPRINT | PO BOX 54977 | | 0 LOS ANGELES | CA | 90054 | 9/22/2010 | 5,973.79 | |
| | | | | | | 10/4/2010 | 7,098.78 | |
| | | | | | | 11/5/2010 | 5,109.45 | |
| | | | | | | | | 4,783.95 |
| SPRINT Total | | | | | | | 18,182.02 | 4,783.95 |
| ONEBEACON | PO BOX 4002 | | 0 WOBURN | MA | 01888-4002 | 9/3/2010 | 5,886.58 | |
| | | | | | | 10/4/2010 | 5,886.58 | |
| | | | | | | 10/29/2010 | 5,886.58 | |
| | | | | | | | | 5,886.58 |
| ONEBEACON Total | | | | | | | 17,659.74 | 5,886.58 |
| JENIFER PIETRZAK | 1630 SAGINAW RD. SE | | 0 GRAND RAPIDS | MI | 49506 | 9/3/2010 | 1,870.00 | |
| | | | | | | 9/27/2010 | 1,321.00 | |
| | | | | | | 10/4/2010 | 5,258.00 | |
| | | | | | | 10/6/2010 | 229.00 | |
| | | | | | | 10/11/2010 | 383.00 | |
| | | | | | | 10/13/2010 | 765.00 | |
| | | | | | | 10/29/2010 | 3,340.00 | |
| | | | | | | 11/5/2010 | 1,884.64 | |
| | | | | | | 11/12/2010 | 1,456.00 | |
| | | | | | | 11/19/2010 | 982.00 | |
| | | | | | | | | 1,602.00 |
| JENIFER PIETRZAK Total | | | | | | | 17,488.64 | 1,602.00 |
| JEFFREY GEISINGER | 17822 INGLESIDE | | 0 CLEVELAND | OH | 44119 | 9/27/2010 | 9,144.19 | |
| | | | | | | 10/4/2010 | 850.97 | |
| | | | | | | 10/15/2010 | 1,365.91 | |
| | | | | | | 10/22/2010 | 2,682.97 | |
| | | | | | | 11/5/2010 | 2,837.38 | |
| | | | | | | 11/12/2010 | 277.25 | |
| | | | | | | | | 6,738.49 |
| JEFFREY GEISINGER Total | | | | | | | 17,158.67 | 6,738.49 |
| AFS/IBEX FINANCIAL SERVICES, INC | PO BOX 100045 | | 0 PASADENA | CA | 91189 | 9/16/2010 | 16,916.00 | |
| AFS/IBEX FINANCIAL SERVICES, INC Total | | | | | | | 16,916.00 | |
| CHERI BICKAR | 25445 SOUTHWICK DR | #108 | HAYWARD | CA | 94544 | 9/21/2010 | 1,789.56 | |
| | | | | | | 9/23/2010 | 10,000.00 | |
| | | | | | | 10/22/2010 | 662.13 | |
| | | | | | | 11/5/2010 | 4,029.72 | |
| | | | | | | | | 4,804.48 |
| CHERI BICKAR Total | | | | | | | 16,481.41 | 4,804.48 |
| RENEE BRANDT | 1620 NORIC ST | | 0 SHAKOPEE | MN | 55379 | 9/3/2010 | 406.38 | |
| | | | | | | 9/16/2010 | 2,026.30 | |
| | | | | | | 9/21/2010 | 244.21 | |
| | | | | | | 9/27/2010 | 861.29 | |
| | | | | | | 10/15/2010 | 2,660.61 | |
| | | | | | | 10/22/2010 | 193.31 | |
| | | | | | | 11/5/2010 | 1,335.91 | |
| | | | | | | 11/19/2010 | 8,093.07 | |
| | | | | | | 11/29/2010 | 188.75 | |
| | | | | | | | | 16,009.83 |
| RENEE BRANDT Total | | | | | | | 16,009.83 | |
| THE ROYAL PROMOTION GROUP, INC | 119 WEST 57TH STREET | | 0 NEW YORK | NY | 10019 | 11/12/2010 | 15,000.00 | |
| THE ROYAL PROMOTION GROUP, INC Total | | | | | | | 15,000.00 | |
| CARRIE JUHASZ | 114 WRIGHTS CROSSING RD. APT. 7 | | 0 POMFRET CENTER | CT | 6259 | 9/3/2010 | 2,098.80 | |
| | | | | | | 9/16/2010 | 905.60 | |
| | | | | | | 9/27/2010 | 806.00 | |
| | | | | | | 10/4/2010 | 2,312.80 | |
| | | | | | | 10/11/2010 | 1,492.00 | |
| | | | | | | 10/15/2010 | 422.80 | |
| | | | | | | 10/22/2010 | 1,579.00 | |
| | | | | | | 10/29/2010 | 1,857.80 | |
| | | | | | | 11/5/2010 | 1,618.40 | |
| | | | | | | 11/12/2010 | 827.20 | |
| | | | | | | 11/19/2010 | 821.20 | |
| | | | | | | 11/29/2010 | 1,270.40 | |
| | | | | | | | | 411.20 |
| CARRIE JUHASZ Total | | | | | | | 14,813.20 | 411.20 |
| LA DOVE INC. | P.O. BOX 5169 | | 0 HIALEAH | FL | 33014 | 11/19/2010 | 14,639.22 | |
| LA DOVE INC. Total | | | | | | | 14,639.22 | |
| JOSH PEREZ | 1466 MCKINLEY AVE. | | 0 ESCONDIDO | CA | 92027 | 9/3/2010 | 676.56 | |
| | | | | | | 9/16/2010 | 525.60 | |
| | | | | | | 10/11/2010 | 7,612.23 | |
| | | | | | | 10/22/2010 | 1,118.32 | |
| | | | | | | 11/12/2010 | 4,582.64 | |
| | | | | | | | | 14,515.35 |
| JOSH PEREZ Total | | | | | | | 14,515.35 | |
| NEWAY PACKAGING CORP | PO BOX 678637 | | 0 DALLAS | TX | 75267-8637 | 9/3/2010 | 3,532.41 | |
| | | | | | | 9/21/2010 | 6,516.08 | |
| | | | | | | 11/19/2010 | 4,462.00 | |
| | | | | | | | | 4,462.00 |
| NEWAY PACKAGING CORP Total | | | | | | | 14,510.49 | 4,462.00 |
| ARL TRUCKING INC. | 24935 AVE KEARNEY | | 0 VALENCIA | CA | 91355 | 9/3/2010 | 1,950.00 | |
| | | | | | | 9/16/2010 | 3,900.00 | |
| | | | | | | 9/27/2010 | 325.00 | |
| | | | | | | 10/4/2010 | 700.00 | |
| | | | | | | 10/11/2010 | 975.00 | |
| | | | | | | 10/22/2010 | 325.00 | |
| | | | | | | 10/29/2010 | 1,300.00 | |
| | | | | | | 11/5/2010 | 1,625.00 | |
| | | | | | | 11/12/2010 | 1,300.00 | |
| | | | | | | 11/19/2010 | 1,325.00 | |
| | | | | | | 11/29/2010 | 750.00 | |
| | | | | | | | | 4,825.00 |
| ARL TRUCKING INC. Total | | | | | | | 14,475.00 | 4,825.00 |
| TRICIA WESTLUND | 198 KITTY HAWK CT | | 0 WINDSOR | CO | 80550 | 9/3/2010 | 258.49 | |
| | | | | | | 9/16/2010 | 2,598.58 | |
| | | | | | | 9/21/2010 | 185.74 | |
| | | | | | | 9/27/2010 | 174.59 | |
| | | | | | | 10/4/2010 | 951.08 | |
| | | | | | | 10/11/2010 | 1,239.00 | |
| | | | | | | 10/15/2010 | 2,764.00 | |
| | | | | | | 10/22/2010 | 1,224.51 | |
| | | | | | | 10/29/2010 | 1,075.34 | |
| | | | | | | 11/5/2010 | 1,379.83 | |
| | | | | | | 11/19/2010 | 1,883.61 | |
| | | | | | | | | 2,070.48 |
| TRICIA WESTLUND Total | | | | | | | 13,730.77 | 2,070.48 |
| MARIOTT WARNER CENTER | 21850 OXNARD ST | | 0 WOODLAND HILLS | CA | 91367 | 9/16/2010 | 8,765.64 | |
| | | | | | | 10/4/2010 | 840.93 | |
| | | | | | | 10/13/2010 | 1,152.82 | |
| | | | | | | 10/22/2010 | 294.38 | |

| Name | Address | Address 2 | City | State | ZIP Code | Dates of Payments | Paid in Last 90 days | Balance as of 11-30-10 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 11/5/2010 | 2,272.33 | |
| | | | | | | | | 1,375.96 |
| MARIOTT WARNER CENTER Total | | | | | | | 13,326.10 | 1,375.96 |
| MICHELLE ROUZER | 305 EAST 66TH STREET | | 0 SAVANNAH | GA | 31405 | 9/16/2010 | 945.36 | |
| | | | | | | 9/27/2010 | 1,804.78 | |
| | | | | | | 10/4/2010 | 945.00 | |
| | | | | | | 10/6/2010 | 1,848.97 | |
| | | | | | | 10/11/2010 | 1,245.09 | |
| | | | | | | 10/15/2010 | 496.00 | |
| | | | | | | 10/22/2010 | 762.00 | |
| | | | | | | 10/29/2010 | 1,475.50 | |
| | | | | | | 11/12/2010 | 1,753.84 | |
| | | | | | | 11/19/2010 | 787.38 | |
| | | | | | | 11/29/2010 | 1,186.20 | |
| | | | | | | | | 467.60 |
| MICHELLE ROUZER Total | | | | | | | 13,250.21 | 467.60 |
| KENDRA TEASLEY | 114 SETTLERS WAY | | 0 HENDERSONVILLE | TN | 37075 | 9/16/2010 | 1,469.06 | |
| | | | | | | 9/21/2010 | 699.42 | |
| | | | | | | 10/4/2010 | 1,909.47 | |
| | | | | | | 10/15/2010 | 2,153.14 | |
| | | | | | | 10/29/2010 | 2,212.93 | |
| | | | | | | 11/5/2010 | 1,892.78 | |
| | | | | | | 11/19/2010 | 1,734.80 | |
| | | | | | | 11/29/2010 | 1,109.59 | |
| KENDRA TEASLEY Total | | | | | | | 13,181.19 | |
| MODERN SALON | 4309 PAYSPHERE CIRCLE | | 0 CHICAGO | IL | 60674 | 9/21/2010 | 6,500.00 | |
| | | | | | | 11/12/2010 | 6,500.00 | |
| MODERN SALON Total | | | | | | | 13,000.00 | |
| LONN BOGART JR. | 144 CAREY AVE. | | 0 WILKES BARRE | PA | 18702 | 9/27/2010 | 2,057.84 | |
| | | | | | | 10/4/2010 | 3,122.04 | |
| | | | | | | 10/11/2010 | 1,499.87 | |
| | | | | | | 10/22/2010 | 2,842.40 | |
| | | | | | | 11/19/2010 | 3,208.84 | |
| LONN BOGART JR. Total | | | | | | | 12,730.99 | |
| JOHN SHERLOCK | 109 SYCAMORE RD. | | 0 GREENBRIER | TN | 37073 | 9/3/2010 | 1,874.80 | |
| | | | | | | 9/16/2010 | 998.00 | |
| | | | | | | 9/27/2010 | 1,045.60 | |
| | | | | | | 10/4/2010 | 2,333.80 | |
| | | | | | | 10/6/2010 | 138.40 | |
| | | | | | | 10/11/2010 | 474.20 | |
| | | | | | | 10/15/2010 | 342.48 | |
| | | | | | | 10/22/2010 | 796.12 | |
| | | | | | | 10/29/2010 | 1,169.78 | |
| | | | | | | 11/5/2010 | 890.80 | |
| | | | | | | 11/12/2010 | 1,408.19 | |
| | | | | | | 11/19/2010 | 642.55 | |
| | | | | | | 11/29/2010 | 642.55 | |
| | | | | | | | | 452.00 |
| JOHN SHERLOCK Total | | | | | | | 12,705.83 | 452.00 |
| SOGECOS SPA | VIA FILARGO, 38 | | 0 MILANO | ITALY | 20143 | 9/30/2010 | 12,193.66 | |
| | | | | | | 11/22/2010 | 498.96 | |
| SOGECOS SPA Total | | | | | | | 12,692.62 | |
| STATE SERVICES SYSTEMS, INC. | ATTN: LORI SINGLETON | 10405-B EAST 55TH PLACE | TULSA | OK | 74146 | 10/11/2010 | 5,439.16 | |
| | | | | | | 11/12/2010 | 7,175.38 | |
| STATE SERVICES SYSTEMS, INC. Total | | | | | | | 12,614.54 | |
| STRICKLAND, LESLIE | 504 SWEET PEACH LANE | | 0 FORT MILL | SC | 29715 | 9/16/2010 | 1,788.80 | |
| | | | | | | 10/4/2010 | 2,155.96 | |
| | | | | | | 10/15/2010 | 3,010.17 | |
| | | | | | | 10/22/2010 | 1,221.12 | |
| | | | | | | 10/29/2010 | 633.86 | |
| | | | | | | 11/5/2010 | 599.28 | |
| | | | | | | 11/12/2010 | 1,002.05 | |
| | | | | | | 11/29/2010 | 2,103.52 | |
| | | | | | | | | 1,884.70 |
| STRICKLAND, LESLIE Total | | | | | | | 12,514.76 | 1,884.70 |
| JOHN G. BALL | 2911 TURTLE CREEK BLVD. | SUITE 300 | DALLAS | TX | 75219 | 10/18/2010 | 12,500.00 | |
| JOHN G. BALL Total | | | | | | | 12,500.00 | |
| MICHAEL FROW | 638 CRANE PRAIRIE WAY | | 0 OSPREY | FL | 34229 | 10/18/2010 | 12,500.00 | |
| MICHAEL FROW Total | | | | | | | 12,500.00 | |
| MARILYN S. SYLVESTRE | 676 CRANE PRAIRIE WAY | | 0 OSPREY | FL | 34229 | 10/18/2010 | 12,500.00 | |
| MARILYN S. SYLVESTRE Total | | | | | | | 12,500.00 | |
| LANE PR | 905 SW 16TH AVE | | 0 PORTLAND | OR | 97205 | 9/21/2010 | 12,227.50 | |
| LANE PR Total | | | | | | | 12,227.50 | |
| CREATIONS BY FAYE INC. | 3473 COEUR D'ALENE DR | | 0 WEST LINN | OR | 97068 | 9/16/2010 | 725.00 | |
| | | | | | | 10/4/2010 | 717.00 | |
| | | | | | | 10/6/2010 | 717.00 | |
| | | | | | | 10/11/2010 | 907.71 | |
| | | | | | | 10/15/2010 | 735.00 | |
| | | | | | | 11/12/2010 | 3,961.48 | |
| | | | | | | 11/19/2010 | 2,774.23 | |
| | | | | | | 11/29/2010 | 1,495.52 | |
| CREATIONS BY FAYE INC. Total | | | | | | | 12,032.94 | |
| HOLLYWOOD MODEL MANAGEMENT | DBA HOLLYWOOD SELECT TALENT | 6408 SELMA AVE. | HOLLYWOOD | CA | 90028 | 9/21/2010 | 7,680.00 | |
| | | | | | | 10/6/2010 | 4,320.00 | |
| HOLLYWOOD MODEL MANAGEMENT Total | | | | | | | 12,000.00 | |
| KEREN AKS | dba CATERING BY KEREN | 19528 VENTURA BLVD. | TARZANA | CA | 91356 | 9/13/2010 | 825.00 | |
| | | | | | | 9/16/2010 | 2,440.00 | |
| | | | | | | 9/27/2010 | 855.00 | |
| | | | | | | 10/13/2010 | 7,880.00 | |
| KEREN AKS Total | | | | | | | 12,000.00 | |
| MISSY CROQUART | 420 W RIVER DR. | APT. #404 | DAVENPORT | IA | 52801 | 9/21/2010 | 2,140.00 | |
| | | | | | | 9/27/2010 | 450.00 | |
| | | | | | | 10/15/2010 | 2,841.92 | |
| | | | | | | 11/12/2010 | 772.90 | |
| | | | | | | 11/19/2010 | 1,052.12 | |
| | | | | | | 11/29/2010 | 4,006.00 | |
| | | | | | | | | 1,052.80 |
| MISSY CROQUART Total | | | | | | | 11,264.84 | 1,052.80 |
| VERIZON WIRELESS | PO BOX 660108 | | 0 DALLAS | TX | 75266 | 9/16/2010 | 3,473.31 | |
| | | | | | | 10/5/2010 | 7,532.15 | |
| VERIZON WIRELESS Total | | | | | | | 11,005.46 | |
| STEFANO GRILLINI | VIA DELL'INDUSTRIA, 80 | | 0 BOLOGNA | ITALY | 40138 | 9/13/2010 | 2,977.00 | |
| | | | | | | 11/8/2010 | 8,002.00 | |
| STEFANO GRILLINI Total | | | | | | | 10,979.00 | |
| WELLS FARGO FINANCIAL LEASING | MANUFACTURER SERVICES GROUP | PO BOX 7777 | SAN FRANCISCO | CA | 94120-7777 | 9/21/2010 | 3,655.69 | |
| | | | | | | 10/15/2010 | 3,655.69 | |
| | | | | | | 11/19/2010 | 3,655.69 | |
| WELLS FARGO FINANCIAL LEASING Total | | | | | | | 10,967.07 | |
| FRANCHISE TAX BOARD (0601) | PO BOX 942857 | | 0 SACRAMENTO | CA | 94257-0601 | 11/19/2010 | 10,635.36 | |
| FRANCHISE TAX BOARD (0601) Total | | | | | | | 10,635.36 | |
| TAMARA COUNTERMAN | 2350 S. 600 WEST | | 0 ANGOLA | IN | 46703 | 9/16/2010 | 408.90 | |
| | | | | | | 9/27/2010 | 1,229.80 | |
| | | | | | | 10/4/2010 | 519.40 | |
| | | | | | | 10/6/2010 | 1,427.00 | |
| | | | | | | 10/11/2010 | 418.80 | |
| | | | | | | 10/15/2010 | 2,995.49 | |
| | | | | | | 10/22/2010 | 213.00 | |
| | | | | | | 11/5/2010 | 2,726.06 | |
| | | | | | | 11/19/2010 | 482.80 | |
| | | | | | | | | 1,133.20 |
| TAMARA COUNTERMAN Total | | | | | | | 10,421.25 | 1,133.20 |
| JIMMY MELTON | 503 49th STREET | | 0 COLUMBUS | GA | 31904 | 9/27/2010 | 1,938.64 | |
| | | | | | | 10/4/2010 | 1,030.50 | |
| | | | | | | 10/11/2010 | 1,113.12 | |
| | | | | | | 10/22/2010 | 349.00 | |
| | | | | | | 10/29/2010 | 1,167.00 | |
| | | | | | | 11/5/2010 | 2,575.58 | |
| | | | | | | 11/19/2010 | 225.00 | |
| | | | | | | 11/19/2010 | 2,007.37 | |
| JIMMY MELTON Total | | | | | | | 10,406.21 | |
| FEDERAL EXPRESS | P.O. Box 7221 | | 0 PASADENA | CA | 91109-7321 | 9/3/2010 | 3,247.10 | |
| | | | | | | 9/16/2010 | 1,902.34 | |
| | | | | | | 9/27/2010 | 131.45 | |
| | | | | | | 10/6/2010 | 244.25 | |
| | | | | | | 10/11/2010 | 32.16 | |

| Name | Address | Address 2 | City | State | ZIP Code | Dates of Payments | Paid in Last 90 days | Balance as of 11-30-10 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 10/15/2010 | 80.06 | |
| | | | | | | 10/22/2010 | 789.64 | |
| | | | | | | 10/29/2010 | 2,344.70 | |
| | | | | | | 11/5/2010 | 445.37 | |
| | | | | | | 11/12/2010 | 278.29 | |
| | | | | | | 11/19/2010 | 159.25 | |
| | | | | | | 11/29/2010 | 563.88 | |
| | | | | | | | | 438.97 |
| FEDERAL EXPRESS Total | | | | | | | 10,218.49 | 438.97 |
| NADIRAH VOLPE | 11107 KLING ST. | | 0 N. HOLLYWOOD, | CA | 91602 | 9/16/2010 | 864.00 | |
| | | | | | | 9/27/2010 | 345.40 | |
| | | | | | | 10/4/2010 | 936.00 | |
| | | | | | | 10/15/2010 | 1,140.00 | |
| | | | | | | 10/29/2010 | 1,851.80 | |
| | | | | | | 11/5/2010 | 2,397.40 | |
| | | | | | | 11/19/2010 | 2,241.80 | |
| | | | | | | 11/29/2010 | 391.80 | |
| NADIRAH VOLPE Total | | | | | | | 10,168.20 | |
| LANCE GINES | 2121 N 28TH ST. | | 0 BOISE, | ID | 83703 | 9/3/2010 | 832.00 | |
| | | | | | | 9/16/2010 | 557.00 | |
| | | | | | | 10/4/2010 | 680.00 | |
| | | | | | | 10/6/2010 | 595.00 | |
| | | | | | | 10/11/2010 | 2,864.29 | |
| | | | | | | 10/15/2010 | 570.00 | |
| | | | | | | 10/22/2010 | 845.00 | |
| | | | | | | 10/29/2010 | 921.39 | |
| | | | | | | 11/5/2010 | 1,553.39 | |
| | | | | | | 11/12/2010 | 664.99 | |
| | | | | | | 11/29/2010 | 287.00 | |
| LANCE GINES Total | | | | | | | 9,880.07 | |
| GLOBAL ACCESS | 5581 MISTRIDGE DR. | | 0 RANCHO PALOS VERDES | CA | 90275 | 9/16/2010 | 9,846.40 | |
| GLOBAL ACCESS Total | | | | | | | 9,846.40 | |
| CREATIVE AGE COMMUN. INC. | 7626 DENSMORE AVENUE | | 0 VAN NUYS | CA | 91406 | 9/21/2010 | 3,250.00 | |
| | | | | | | 10/29/2010 | 3,250.00 | |
| | | | | | | 11/29/2010 | 3,250.00 | |
| | | | | | | | | 3,250.00 |
| CREATIVE AGE COMMUN. INC. Total | | | | | | | 9,750.00 | 3,250.00 |
| HITACHI CONSULTING | PO BOX 972980 | | 0 DALLAS | TX | 75397-2980 | 11/29/2010 | 9,749.55 | |
| HITACHI CONSULTING Total | | | | | | | 9,749.55 | |
| ACE ELECTRICAL | c/o ALAN ROWBOTHAM | 27155 SILVER OAK LANE #2213 | CANYON COUNTRY | CA | 91387 | 10/22/2010 | 6,495.00 | |
| | | | | | | 11/5/2010 | 3,235.00 | |
| ACE ELECTRICAL Total | | | | | | | 9,730.00 | |
| TRAGER, NICKI | 414 EUPHORIA CIRCLE | | 0 CARY | NC | 27519 | 9/16/2010 | 1,920.00 | |
| | | | | | | 9/27/2010 | 604.17 | |
| | | | | | | 10/11/2010 | 1,666.00 | |
| | | | | | | 10/22/2010 | 2,818.40 | |
| | | | | | | 11/5/2010 | 1,281.60 | |
| | | | | | | 11/19/2010 | 1,234.80 | |
| TRAGER, NICKI Total | | | | | | | 9,524.97 | |
| MARY ALDRICH - RAMSEY | 5724 S MERIDIAN | | 0 PLEASANT LAKE | IN | 46779 | 9/27/2010 | 1,615.80 | |
| | | | | | | 10/4/2010 | 1,155.40 | |
| | | | | | | 10/6/2010 | 860.55 | |
| | | | | | | 10/15/2010 | 1,248.00 | |
| | | | | | | 10/22/2010 | 1,605.00 | |
| | | | | | | 11/12/2010 | 2,744.43 | |
| MARY ALDRICH - RAMSEY Total | | | | | | | 9,229.18 | |
| THE REGIS FOUNDATION | ATTN: ANNE WARMKA | 7201 METRO BLVD | MINNEAPOLIS | MN | 55439 | 11/5/2010 | 9,034.00 | |
| THE REGIS FOUNDATION Total | | | | | | | 9,034.00 | |
| MERISEL INC | PO BOX 824275 | | 0 PHILADELPHIA | PA | 19182 | 9/16/2010 | 1,208.54 | |
| | | | | | | 10/6/2010 | 7,562.66 | |
| | | | | | | 11/12/2010 | 151.26 | |
| | | | | | | | | 936.00 |
| MERISEL INC Total | | | | | | | 8,922.46 | 936.00 |
| AMERICAN FAST FREIGHT, INC. | POST OFFICE BOX 3606 | | 0 SEATTLE | WA | 98124-3606 | 9/16/2010 | 633.11 | |
| | | | | | | 9/27/2010 | 2,007.33 | |
| | | | | | | 10/11/2010 | 964.40 | |
| | | | | | | 11/19/2010 | 1,217.86 | |
| | | | | | | 11/29/2010 | 3,892.88 | |
| AMERICAN FAST FREIGHT, INC. Total | | | | | | | 8,715.58 | |
| PRINTING SAFARI | 9855 TOPANGA CANYON BLVD | | 0 CHATSWORTH | CA | 91311 | 9/3/2010 | 433.67 | |
| | | | | | | 9/21/2010 | 7,437.31 | |
| | | | | | | 10/4/2010 | 13.87 | |
| | | | | | | 10/22/2010 | 46.82 | |
| | | | | | | 11/19/2010 | 87.06 | |
| | | | | | | 11/29/2010 | 351.06 | |
| | | | | | | | | 183.05 |
| PRINTING SAFARI Total | | | | | | | 8,369.79 | 183.05 |
| McKERNAN PACKAGING | P.O.BOX 7281 | | 0 RENO | NV | 89510 | 11/12/2010 | 4,140.00 | |
| | | | | | | 11/29/2010 | 4,140.00 | |
| McKERNAN PACKAGING Total | | | | | | | 8,280.00 | |
| SALON INNOVATIONS | 4700 QUEBEC AVE. | | 0 MINNEAPOLIS | MN | 55428 | 9/21/2010 | 800.00 | |
| | | | | | | 10/6/2010 | 891.28 | |
| | | | | | | 10/15/2010 | 525.00 | |
| | | | | | | 10/22/2010 | 3,985.93 | |
| | | | | | | 11/19/2010 | 700.00 | |
| | | | | | | 11/29/2010 | 1,350.00 | |
| SALON INNOVATIONS Total | | | | | | | 8,252.21 | |
| CONNIE SUTHERLAND | 412 SW 6TH CIRCLE | | 0 BATTLE GROUND | WA | 98604 | 9/3/2010 | 240.16 | |
| | | | | | | 9/16/2010 | 1,274.44 | |
| | | | | | | 10/4/2010 | 1,260.05 | |
| | | | | | | 10/11/2010 | 549.64 | |
| | | | | | | 10/15/2010 | 1,031.24 | |
| | | | | | | 10/22/2010 | 590.24 | |
| | | | | | | 10/29/2010 | 789.71 | |
| | | | | | | 11/5/2010 | 852.76 | |
| | | | | | | 11/12/2010 | 505.42 | |
| | | | | | | 11/19/2010 | 1,129.70 | |
| | | | | | | | | 442.26 |
| CONNIE SUTHERLAND Total | | | | | | | 8,223.36 | 442.26 |
| FAITHNETWORK | 700 108TH AVE NE STE 202 | | 0 BELLEVUE | WA | 98004 | 10/7/2010 | 8,200.00 | |
| FAITHNETWORK Total | | | | | | | 8,200.00 | |
| MARGIE HILL | 8758 SHADY SHORE DRIVE | | 0 FRISCO | TX | 75034 | 9/16/2010 | 703.45 | |
| | | | | | | 9/21/2010 | 87.91 | |
| | | | | | | 9/27/2010 | 1,053.22 | |
| | | | | | | 10/4/2010 | 578.82 | |
| | | | | | | 10/11/2010 | 604.33 | |
| | | | | | | 10/15/2010 | 1,095.85 | |
| | | | | | | 10/22/2010 | 514.34 | |
| | | | | | | 10/29/2010 | 1,040.82 | |
| | | | | | | 11/5/2010 | 760.23 | |
| | | | | | | 11/12/2010 | 1,283.77 | |
| | | | | | | 11/19/2010 | 472.21 | |
| | | | | | | | | 940.22 |
| MARGIE HILL Total | | | | | | | 8,194.95 | 940.22 |
| JENNIFER HYDE | 7222 ECCLES | | 0 DALLAS | TX | 75227 | 9/3/2010 | 1,151.60 | |
| | | | | | | 9/16/2010 | 1,059.80 | |
| | | | | | | 9/27/2010 | 1,022.60 | |
| | | | | | | 10/4/2010 | 1,332.40 | |
| | | | | | | 10/15/2010 | 1,827.57 | |
| | | | | | | 11/5/2010 | 1,783.40 | |
| | | | | | | | | 1,583.00 |
| JENNIFER HYDE Total | | | | | | | 8,177.37 | 1,583.00 |
| DATAFORCE PROFESSIONAL SERVICES INC | PO BOX 4642 | | 0 WESTLAKE VILLAGE | CA | 91359 | 10/29/2010 | 8,100.00 | |
| DATAFORCE PROFESSIONAL SERVICES INC Total | | | | | | | 8,100.00 | |
| LIGHTBOX STUDIO | 7122 BEVERLY BLVD. | | 0 LOS ANGELES | CA | 90036 | 9/21/2010 | 5,250.00 | |
| | | | | | | 11/29/2010 | 2,750.00 | |
| LIGHTBOX STUDIO Total | | | | | | | 8,000.00 | |
| DEB PROUX - GERLEMAN | 14600-46th AVENUE NORTH | | 0 CHIPPEWA FALLS | WI | 54729 | 9/3/2010 | 400.00 | |
| | | | | | | 9/16/2010 | 400.00 | |
| | | | | | | 9/27/2010 | 800.00 | |
| | | | | | | 10/4/2010 | 400.00 | |
| | | | | | | 10/15/2010 | 1,750.78 | |
| | | | | | | 10/22/2010 | 800.00 | |
| | | | | | | 11/5/2010 | 1,495.04 | |
| | | | | | | 11/19/2010 | 1,461.76 | |

In re Sexy Hair...
Statement of Financial Affairs
Schedule 3-b

| Name | Address | Address 2 | City | State | ZIP Code | Dates of Payments | Paid in Last 90 days | Balance as of 11-30-10 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 11/29/2010 | 400.00 | |
| | | | | | | | | 1,209.60 |
| DER PROUIX - GERLEMAN Total | | | | | | | 7,907.58 | 1,209.60 |
| JESSECA TURNER | 844 ROMBACH AVE. | | WILMINGTON | OH | 45177 | 9/3/2010 | 1,390.63 | |
| | | | | | | 9/27/2010 | 940.25 | |
| | | | | | | 10/4/2010 | 896.22 | |
| | | | | | | 10/11/2010 | 738.10 | |
| | | | | | | 10/15/2010 | 1,092.05 | |
| | | | | | | 10/22/2010 | 918.82 | |
| | | | | | | 10/29/2010 | 450.80 | |
| | | | | | | 11/5/2010 | 983.90 | |
| | | | | | | 11/12/2010 | 490.56 | |
| | | | | | | | | 427.20 |
| JESSECA TURNER Total | | | | | | | 7,901.33 | 427.20 |
| ZETETIC | 1148 SAILFISH STREET | | HITCHCOCK | TX | 77563 | 9/16/2010 | 1,388.00 | |
| | | | | | | 10/6/2010 | 1,208.00 | |
| | | | | | | 10/11/2010 | 388.00 | |
| | | | | | | 11/29/2010 | 4,712.00 | |
| ZETETIC Total | | | | | | | 7,696.00 | |
| DAWN ATKINSON | 900 N. 1535 E. | | ILODA | IL | 60948 | 9/3/2010 | 450.00 | |
| | | | | | | 9/27/2010 | 817.50 | |
| | | | | | | 10/4/2010 | 450.40 | |
| | | | | | | 10/11/2010 | 1,060.90 | |
| | | | | | | 10/15/2010 | 1,942.20 | |
| | | | | | | 11/5/2010 | 1,130.41 | |
| | | | | | | 11/12/2010 | 1,547.70 | |
| | | | | | | 11/19/2010 | 276.99 | |
| DAWN ATKINSON Total | | | | | | | 7,676.10 | |
| SLOANE LA MARTINA | 971 NEWBURY RD. | | NEWBURY PARK | CA | 91320 | 10/4/2010 | 6,637.66 | |
| | | | | | | 10/29/2010 | 874.35 | |
| SLOANE LA MARTINA Total | | | | | | | 7,512.01 | |
| DENISE OTTOMANELLI | 26519 SHERINGHAM RD | | PERRYSBURG | OH | 43551 | 9/3/2010 | 210.03 | |
| | | | | | | 9/16/2010 | 818.36 | |
| | | | | | | 9/21/2010 | 569.87 | |
| | | | | | | 9/27/2010 | 699.51 | |
| | | | | | | 10/4/2010 | 141.20 | |
| | | | | | | 10/11/2010 | 1,074.10 | |
| | | | | | | 10/22/2010 | 1,572.96 | |
| | | | | | | 10/29/2010 | 861.97 | |
| | | | | | | 11/5/2010 | 770.86 | |
| | | | | | | 11/19/2010 | 776.13 | |
| DENISE OTTOMANELLI Total | | | | | | | 7,494.99 | |
| ERICA CONAN | 15850 N. THOMPSON PEAK PARKWAY | APT. 1169 | SCOTTSDALE | AZ | 85260 | 9/16/2010 | 803.00 | |
| | | | | | | 10/4/2010 | 2,747.70 | |
| | | | | | | 11/19/2010 | 3,646.05 | |
| ERICA CONAN Total | | | | | | | 7,196.75 | |
| SHARON HART | 702 S. DILLINGHAM AVE, | | KISSIMMEE | FL | 34741 | 9/3/2010 | 853.20 | |
| | | | | | | 9/27/2010 | 315.20 | |
| | | | | | | 10/15/2010 | 1,860.00 | |
| | | | | | | 10/22/2010 | 1,167.00 | |
| | | | | | | 11/19/2010 | 2,151.34 | |
| | | | | | | 11/29/2010 | 826.00 | |
| SHARON HART Total | | | | | | | 7,172.74 | |
| JACKSON-SMITH, KANDEE | 154 SANDSTONE RD. | | COLUMBIA | SC | 29212 | 9/16/2010 | 1,166.02 | |
| | | | | | | 9/21/2010 | 396.50 | |
| | | | | | | 10/6/2010 | 2,995.88 | |
| | | | | | | 10/22/2010 | 640.20 | |
| | | | | | | 10/29/2010 | 150.00 | |
| | | | | | | 11/5/2010 | 1,798.31 | |
| JACKSON-SMITH, KANDEE Total | | | | | | | 7,146.91 | |
| MELANIE KNAPP | 10 ELLIS RD. | | EAST HAMPTON | CT | 6424 | 10/6/2010 | 1,077.59 | |
| | | | | | | 10/11/2010 | 1,226.39 | |
| | | | | | | 11/5/2010 | 3,334.80 | |
| | | | | | | 11/19/2010 | 1,254.40 | |
| MELANIE KNAPP Total | | | | | | | 6,893.18 | |
| ERIC AUGUSTA | 1700 1ST STREET | | MANHATTAN BEACH | CA | 90266 | 11/1/2010 | 990.00 | |
| | | | | | | 11/19/2010 | 5,865.00 | |
| | | | | | | | | 2,670.00 |
| ERIC AUGUSTA Total | | | | | | | 6,855.00 | 2,670.00 |
| CYNTHIA GAUDET | 21055 WATERFRONT EAST DR. | | MAUREPAS | LA | 70449 | 9/3/2010 | 1,506.34 | |
| | | | | | | 9/16/2010 | 613.60 | |
| | | | | | | 9/27/2010 | 507.20 | |
| | | | | | | 10/4/2010 | 1,608.45 | |
| | | | | | | 10/11/2010 | 1,111.20 | |
| | | | | | | 10/22/2010 | 266.80 | |
| | | | | | | 10/29/2010 | 369.60 | |
| | | | | | | 11/5/2010 | 567.20 | |
| | | | | | | 11/19/2010 | 287.20 | |
| | | | | | | | | 231.20 |
| CYNTHIA GAUDET Total | | | | | | | 6,837.59 | 231.20 |
| BARBARA SEERGY-GREENFIELD | C/O Barrdesigns | 4332 GARTHWAITE AVE. | LOS ANGELES | CA | 90008 | 9/21/2010 | 1,000.00 | |
| | | | | | | 10/6/2010 | 2,000.00 | |
| | | | | | | 11/5/2010 | 3,000.00 | |
| BARBARA SEERGY-GREENFIELD Total | | | | | | | 6,800.00 | |
| MARKETING DRIVE | PO BOX 95012 | | PALATINE | IL | 60095 | 9/30/2010 | 1,892.00 | |
| | | | | | | 11/29/2010 | 4,758.24 | |
| MARKETING DRIVE Total | | | | | | | 6,650.24 | |
| LIZ MEFFORD | 273 GALAPAGO ST. | | DENVER | CO | 80223 | 9/27/2010 | 1,688.40 | |
| | | | | | | 10/15/2010 | 2,099.60 | |
| | | | | | | 11/19/2010 | 2,652.21 | |
| | | | | | | | | 452.00 |
| LIZ MEFFORD Total | | | | | | | 6,440.21 | 452.00 |
| CANON FINANCIAL SERVICES INC | 14904 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | 9/27/2010 | 253.17 | |
| | | | | | | 10/4/2010 | 2,685.59 | |
| | | | | | | 11/5/2010 | 3,164.34 | |
| | | | | | | 11/29/2010 | 253.17 | |
| CANON FINANCIAL SERVICES INC Total | | | | | | | 6,356.27 | |
| JET REPORTS | 10450 SW NIMBUS, SUITE 8 | | PORTLAND | OR | 97223 | 9/27/2010 | 166.25 | |
| | | | | | | 10/15/2010 | 831.25 | |
| | | | | | | 11/5/2010 | 2,161.25 | |
| | | | | | | 11/12/2010 | 1,324.80 | |
| | | | | | | 11/29/2010 | 1,828.75 | |
| JET REPORTS Total | | | | | | | 6,312.30 | |
| AXIOM LABEL GROUP | 1360 W. WALNUT PARKWAY | | COMPTON | CA | 90220 | 9/21/2010 | 978.00 | |
| | | | | | | 10/29/2010 | 552.35 | |
| | | | | | | 11/19/2010 | 1,525.48 | |
| | | | | | | 11/29/2010 | 3,188.24 | |
| | | | | | | | | 686.12 |
| AXIOM LABEL GROUP Total | | | | | | | 6,244.07 | 686.12 |
| CLOUTIER REMIX | C/O AMELIA AGENCY, INC | 2632 LA CIENEGA | LOS ANGELES | CA | 90034 | 9/21/2010 | 6,236.55 | |
| CLOUTIER REMIX Total | | | | | | | 6,236.55 | |
| FISHNET MARKETING | 700 108TH AVE NE STE 202 | | BELLEVUE | WA | 98004 | 11/29/2010 | 6,200.00 | |
| FISHNET MARKETING Total | | | | | | | 6,200.00 | |
| KIMBERLY McKEE | 4308 UNIVERSITY BLVD. | | DALLAS | TX | 75205 | 9/21/2010 | 448.13 | |
| | | | | | | 9/27/2010 | 761.08 | |
| | | | | | | 10/4/2010 | 702.60 | |
| | | | | | | 10/11/2010 | 502.52 | |
| | | | | | | 10/15/2010 | 732.84 | |
| | | | | | | 10/29/2010 | 1,319.61 | |
| | | | | | | 11/5/2010 | 455.04 | |
| | | | | | | 11/12/2010 | 658.28 | |
| | | | | | | 11/19/2010 | 260.09 | |
| | | | | | | 11/29/2010 | 272.56 | |
| KIMBERLY McKEE Total | | | | | | | 6,112.73 | |
| CLEMENTS, LISA | 2359 HAYES AVE. | | FREMONT | OH | 43420 | 9/16/2010 | 1,954.40 | |
| | | | | | | 10/11/2010 | 1,385.60 | |
| | | | | | | 11/5/2010 | 2,700.40 | |
| | | | | | | | | 786.50 |
| CLEMENTS, LISA Total | | | | | | | 6,040.40 | 786.50 |
| NIKY VANHATTEN | 1522 VALLEYBROOK DR. SW | | JACKSONVILLE | AL | 36265 | 9/3/2010 | 2,062.65 | |
| | | | | | | 10/6/2010 | 1,071.17 | |
| | | | | | | 10/11/2010 | 4.00 | |
| | | | | | | 10/15/2010 | 187.27 | |
| | | | | | | 11/5/2010 | 1,992.02 | |
| | | | | | | 11/12/2010 | 443.34 | |

In re Sexy Hair
Statement of Financial Affairs
Schedule 3-b

| Name | Address | Address 2 | City | State | ZIP Code | Dates of Payments | Paid in Last 90 days | Balance as of 11-30-10 |
|------|---------|-----------|------|-------|----------|-------------------|----------------------|------------------------|
| | | | | | | 11/19/2010 | 130.34 | |
| NIKY VANHATTEN Total | | | | | | | 5,890.79 | |
| LUCHT, HEATHER | 4341 HORIZON NORTH PKWY | APT 316 | DALLAS | TX | 75287 | 9/16/2010 | 492.69 | |
| | | | | | | 10/11/2010 | 2,689.08 | |
| | | | | | | 10/29/2010 | 1,692.32 | |
| | | | | | | 11/19/2010 | 956.25 | |
| LUCHT, HEATHER Total | | | | | | | 5,830.34 | |
| MIKE MCDONAGH | 280 JOSEPHINE ST. | BOX 871 | WINGHAM | ON | NOG2WO | 9/16/2010 | 200.00 | |
| | | | | | | 10/4/2010 | 1,486.53 | |
| | | | | | | 10/15/2010 | 3,811.11 | |
| | | | | | | 11/12/2010 | 200.00 | |
| MIKE MCDONAGH Total | | | | | | | 5,697.64 | |
| GOOGLE INC | DEPT. 34256 | PO BOX 39000 | SAN FRANCISCO | CA | 94139 | 10/15/2010 | 5,670.00 | |
| GOOGLE INC Total | | | | | | | 5,670.00 | |
| NIKKI CAGGIANO | 12923 PHEASANT CIRCLE | | 0 NAMPA | IA | 83686 | 10/4/2010 | 3,000.00 | |
| | | | | | | 11/12/2010 | 2,500.00 | |
| NIKKI CAGGIANO Total | | | | | | | 5,500.00 | |
| Grand Total | | | | | | | 21,140,764.64 | 3,883,174.29 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

**Schedule 3-c**

| Name | Date | Legal Fees | Board Expenses | Board Fees | Executive Recuiter | Expense Reimbursement | Payroll | Medical Coverage | Bonus | Car Allowance | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES MORRISON | 11/05/2009 | | | | | | 11,538.46 | 0.00 | 0.00 | 0.00 | 11,538.46 |
| | 11/6/2009 | | | | | 5,516.08 | | | | | 5,516.08 |
| | 11/19/2009 | | | | | | 11,538.46 | 0.00 | 0.00 | 0.00 | 11,538.46 |
| | 12/03/2009 | | | | | | 11,538.46 | 0.00 | 0.00 | 0.00 | 11,538.46 |
| | 12/17/2009 | | | | | | 11,538.46 | 0.00 | 0.00 | 0.00 | 11,538.46 |
| | 12/31/2009 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 01/14/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 01/28/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 02/11/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 2/12/2010 | | | | | 6,029.04 | | | | | 6,029.04 |
| | 02/25/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 03/11/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 03/25/2010 | | | | | | 11,538.48 | 0.00 | | 0.00 | 11,538.48 |
| | 4/1/2010 | | | | | 1,507.25 | | | | | 1,507.25 |
| | 04/08/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 04/22/2010 | | | | | | 17,307.73 | 0.00 | 0.00 | 0.00 | 17,307.73 |
| JAMES MORRISON Total | | | | | | 13,052.37 | 155,769.41 | 0.00 | 0.00 | 0.00 | 168,821.78 |
| | | | | | | | | | | | |
| JOHN G. BALL | 11/6/2009 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 11/30/2009 | 900.01 | | | | | | | | | 900.01 |
| | 2/25/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 4/16/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 7/30/2010 | | | 6,250.00 | | | | | | | 6,250.00 |
| | 7/30/2010 | | | 6,250.00 | | | | | | | 6,250.00 |
| | 10/18/2010 | | | 6,250.00 | | | | | | | 6,250.00 |
| | 10/18/2010 | | | 6,250.00 | | | | | | | 6,250.00 |
| JOHN G. BALL Total | | 900.01 | | 62,500.00 | | | | | | | 63,400.01 |
| | | | | | | | | | | | |
| KARL-HEINZ PITSCH | 11/05/2009 | | | | | | 11,999.99 | 1,050.58 | 0.00 | 461.53 | 13,512.10 |
| | 11/13/2009 | | | | | | 16,920.64 | 0.00 | 0.00 | 0.00 | 16,920.64 |
| | 11/19/2009 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 12/03/2009 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 12/17/2009 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 12/18/2009 | | | | | 295.77 | | | | | 295.77 |
| | 12/31/2009 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 01/14/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 01/28/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 01/28/2010 | | | | | | 0.00 | 0.00 | 100,000.00 | 0.00 | 100,000.00 |
| | 02/11/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 02/12/2010 | | | | | | 0.00 | 0.00 | 376,903.35 | 0.00 | 376,903.35 |
| | 02/25/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 03/11/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 03/25/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 4/1/2010 | | | | | 510.61 | | | | | 510.61 |
| | 04/08/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 04/22/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 05/06/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 5/7/2010 | | | | | 474.29 | | | | | 474.29 |
| | 05/20/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 06/03/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 06/17/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 7/1/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 7/15/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 7/23/2010 | | | | | 215.00 | | | | | 215.00 |
| | 8/6/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 8/20/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 9/3/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 9/16/2010 | | | | | | | | 266,667.00 | | 266,667.00 |
| | 9/30/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 10/14/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 10/15/2010 | | | | | 102.00 | | | | | 102.00 |
| | 10/28/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 11/11/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 11/12/2010 | | | | | 113.00 | | | | | 113.00 |
| | 11/25/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| KARL-HEINZ PITSCH Total | | | | | | 1,710.67 | 440,920.53 | 28,365.66 | 743,570.35 | 12,461.31 | 1,227,028.52 |
| | | | | | | | | | | | |
| MARILYN S. SYLVESTRE | 12/4/2009 | 227.06 | | | | | | | | | 227.06 |
| | 1/22/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 2/5/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 4/30/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 7/30/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 10/18/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| MARILYN S. SYLVESTRE Total | | 227.06 | | 62,500.00 | | | | | | | 62,727.06 |
| | | | | | | | | | | | |
| MARK MILNER | 11/05/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 11/19/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 12/03/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 12/11/2009 | | | | | 412.80 | | | | | 412.80 |
| | 12/17/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 12/31/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 01/14/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 01/28/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 01/28/2010 | | | | | | 0.00 | 1,050.58 | 50,000.00 | | 50,000.00 |
| | 02/11/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 02/12/2010 | | | | | | 0.00 | 0.00 | 68,750.00 | 0.00 | 68,750.00 |
| | 02/25/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 2/26/2010 | | | | | 439.57 | | | | | 439.57 |
| | 03/11/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 03/25/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 04/08/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 4/16/2010 | | | | | 398.12 | | | | | 398.12 |
| | 04/22/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 05/06/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 05/20/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 5/21/2010 | | | | | 171.09 | | | | | 171.09 |
| | 5/28/2010 | | | | | 135.80 | | | | | 135.80 |
| | 06/03/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 06/17/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

**Schedule 3-c**

| Name | Date | Legal Fees | Board Expenses | Board Fees | Executive Recuiter | Expense Reimbursement | Payroll | Medical Coverage | Bonus | Car Allowance | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/1/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 7/1/2010 | | | | | 136.98 | | | | | 136.98 |
| | 7/15/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 7/29/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 8/6/2010 | | | | | 136.98 | | | | | 136.98 |
| | 8/12/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 8/26/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 9/3/2010 | | | | | 153.46 | | | | | 153.46 |
| | 9/9/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 9/16/2010 | | | | | | | | 45,833.00 | | 45,833.00 |
| | 9/30/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 10/14/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 10/28/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 11/5/2010 | | | | | 269.73 | | | | | 269.73 |
| | 11/11/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 11/25/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| MARK MILNER Total | | | | | | 2,254.53 | 309,076.60 | 29,416.24 | 164,583.00 | 12,922.84 | 518,253.21 |
| | | | | | | | | | | | |
| MICHAEL FROW | 11/13/2009 | | 3,070.66 | 12,500.00 | | | | | | | 15,570.66 |
| | 2/5/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 4/30/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 7/30/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 10/18/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| MICHAEL FROW Total | | | 3,070.66 | 62,500.00 | | | | | | | 65,570.66 |
| | | | | | | | | | | | |
| THOMA CRESSEY BRAVO, INC. | 11/20/2009 | | 40,373.68 | | | | | | | | 40,373.68 |
| | 12/11/2009 | | 18,114.05 | | 102,124.21 | | | | | | 120,238.26 |
| THOMA CRESSEY BRAVO, INC. Total | | | 58,487.73 | | 102,124.21 | | | | | | 160,611.94 |
| | | | | | | | | | | | |
| SCHIFF HARDIN LLP | 10/2/2009 | 23,301.09 | | | | | | | | | 23,301.09 |
| | 1/8/2010 | 48,101.99 | | | | | | | | | 48,101.99 |
| | 2/5/2010 | 39,616.63 | | | | | | | | | 39,616.63 |
| | 3/19/2010 | 71,150.00 | | | | | | | | | 71,150.00 |
| | 4/23/2010 | 80,919.48 | | | | | | | | | 80,919.48 |
| | 5/14/2010 | 59,931.82 | | | | | | | | | 59,931.82 |
| | 6/11/2010 | 56,085.77 | | | | | | | | | 56,085.77 |
| | 7/7/2010 | 64,515.00 | | | | | | | | | 64,515.00 |
| | 8/12/2010 | 100,618.07 | | | | | | | | | 100,618.07 |
| | 9/13/2010 | 62,114.36 | | | | | | | | | 62,114.36 |
| | 10/29/2010 | 179,595.05 | | | | | | | | | 179,595.05 |
| SCHIFF HARDIN LLP Totals | | 785,949.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 785,949.26 |
| | | | | | | | | | | | |
| Chanin Capital Partners | 3/3/2010 | 242,666.67 | | | | | | | | | 242,666.67 |
| | 4/1/2010 | 81,746.40 | | | | | | | | | 81,746.40 |
| | 4/23/2010 | 81,746.40 | | | | | | | | | 81,746.40 |
| | 4/23/2010 | 65,185.86 | | | | | | | | | 65,185.86 |
| | 5/14/2010 | 65,000.00 | | | | | | | | | 65,000.00 |
| Chanin Capital Partners Total | | 536,345.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 536,345.33 |
| | | | | | | | | | | | |
| Grand Total | | 1,322,294.59 | 62,685.46 | 187,500.00 | 102,124.21 | 17,017.57 | 905,766.54 | 57,781.90 | 908,153.35 | 25,384.15 | 3,588,707.77 |

2

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

**Schedule 4-a**

| Caption of Suit And Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc.<br><br>Case No.: 91184790 | Litigation | Trademark Trial and Appeal Board<br>USPTO Headquarters - Main Campus Address<br>Madison Buildings (East & West)<br>600 Dulany Street<br>Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc.<br><br>Case No.: 91179359 | Litigation | Trademark Trial and Appeal Board<br>USPTO Headquarters - Main Campus Address<br>Madison Buildings (East & West)<br>600 Dulany Street<br>Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc.<br><br>Case No.: 91178206 | Litigation | Trademark Trial and Appeal Board<br>USPTO Headquarters - Main Campus Address<br>Madison Buildings (East & West)<br>600 Dulany Street<br>Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc.<br><br>Case No.: 91176624 | Litigation | Trademark Trial and Appeal Board<br>USPTO Headquarters - Main Campus Address<br>Madison Buildings (East & West)<br>600 Dulany Street<br>Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc.<br><br>Case No.: 91176625 | Litigation | Trademark Trial and Appeal Board<br>USPTO Headquarters - Main Campus Address<br>Madison Buildings (East & West)<br>600 Dulany Street<br>Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc.<br><br>Case No.: 91176626 | Litigation | Trademark Trial and Appeal Board<br>USPTO Headquarters - Main Campus Address<br>Madison Buildings (East & West)<br>600 Dulany Street<br>Alexandria, VA 22314 | Settled |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

**Schedule 4-a**

| Caption of Suit And Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc. Case No.: 91175891 | Litigation | Trademark Trial and Appeal Board USPTO Headquarters - Main Campus Address Madison Buildings (East & West) 600 Dulany Street Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc. Case No.: 91175835 | Litigation | Trademark Trial and Appeal Board USPTO Headquarters - Main Campus Address Madison Buildings (East & West) 600 Dulany Street Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc. Case No.: 91174912 | Litigation | Trademark Trial and Appeal Board USPTO Headquarters - Main Campus Address Madison Buildings (East & West) 600 Dulany Street Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Intimate Beauty Corporation Case No.: 91164946 | Litigation | Trademark Trial and Appeal Board USPTO Headquarters - Main Campus Address Madison Buildings (East & West) 600 Dulany Street Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. V Secret Catalogue, Inc. Case No.: 91163448 | Litigation | Trademark Trial and Appeal Board USPTO Headquarters - Main Campus Address Madison Buildings (East & West) 600 Dulany Street Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Intimate Beauty Corporation and Victoria Secret Stores Brand Management, Inc. Case No.: 91161943 | Litigation | Trademark Trial and Appeal Board USPTO Headquarters - Main Campus Address Madison Buildings (East & West) 600 Dulany Street Alexandria, VA 22314 | Settled |

**In re Sexy Hair Concepts, LLC**
**Statement of Financial Affairs**

**Schedule 4-a**

| Caption of Suit And Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Sexy Hair Concepts, LLC v. Intimate Beauty Corporation<br><br>Case No.: 91161945 | Litigation | Trademark Trial and Appeal Board USPTO Headquarters - Main Campus Address Madison Buildings (East & West) 600 Dulany Street Alexandria, VA 22314 | Settled |
| Sexy Hair Concepts, LLC v. Cadeau Express, Inc.<br><br>Case No. A585872 | Litigation | District Court Clark County, Nevada 200 Lewis Avenue Las Vegas, NV 89155 | Settled |
| Salon Fad et al v. L'oreal USA, Inc. et al<br><br>Case No. 10-CV-5063 | Class Action | District Court Southern District of New York 500 Pearl St. New York, NY 10007-1312 | Complaint Filed on 07/01/10 |
| Deborah M. St. Rose v. Sexy Hair Concepts<br><br>Case No. 10BEM01499 | Litigation | The Commonwealth of Massachusetts Commission Against Discrimination One Ashburton Place Boston, MA 02108 | Complaint Filed on 6/18/10 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 5

## Product Returns

| Name | Address | Address 2 | City | State | ZIP Code | Posting Date | Item No. | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| ABCO SALON SVCS-DALLAS | 3218 BELTLINE ROAD | SUITE 552 | DALLAS | TX | 75234 | 11/19/2009 | 30CON08 | Strong Strengthening Conditioner 8.5 oz | 522.57 |
| | | | | | | | 30SHA08 | Strong Strengthening Shampoo 8.5 oz | 307.07 |
| | | | | | | | 30TREATMENT08 | Strong Revitalizing Treatment 8.5 oz | 278.92 |
| | | | | | | | 32M0ISTCON10 | ColorSet Moisturizing Conditioner 10.2 oz | 131.10 |
| | | | | | | | 32M0ISTSHA10 | ColorSet Moisturizing Shampoo 10.2 oz | 684.28 |
| | | | | | | | 32VOLUMESHA10 | ColorSet Volumizing Shampoo 10.2 oz | 3,483.62 |
| | | | | | | 10/21/2010 | 19SHA33N | Curly Sexy Moisturizing Shampoo 33.8 oz | 828.76 |
| ABCO SALON SVCS-DALLAS Total | | | | | | | | | 6,236.32 |
| ABCO SALON SVCS-HOUSTON | 5400 W SAM HOUSTON PKWY N[ | | HOUSTON | TX | 77041 | 12/22/2009 | 30CON08 | Strong Strengthening Conditioner 8.5 oz | 506.28 |
| | | | | | | | 30SHA08 | Strong Strengthening Shampoo 8.5 oz | 296.75 |
| | | | | | | | 30TREATMENT08 | Strong Revitalizing Treatment 8.5 oz | 554.14 |
| ABCO SALON SVCS-HOUSTON Total | | | | | | | | | 1,357.17 |
| AERIAL COMPANY* | 2300 AERIAL DRIVE | | MARINETTE | WI | 54143 | 12/1/2009 | 31X0809-4 | Sexy R&B Energizing Polish Trio | 0.00 |
| | | | | | | | 32X0902-3 | Distressed Conductor Cap-Black | 55.72 |
| | | | | | | 1/13/2010 | 0508CAP | CMS Violet Mood Boy Conditioner, Gel Shampoo for SS | 2,337.75 |
| | | | | | | | 0508HOODY-L | AA Baby Rib L/S Hoody-Black | 1,067.64 |
| | | | | | | | 0508HOODY-M | AA Baby Rib L/S Hoody-Black | 1,509.41 |
| | | | | | | | 0508HOODY-XL | AA Baby Rib L/S Hoody-Black | 478.60 |
| | | | | | | | 0508JACKET-L | AA Unisex California Flc Track Jkt-Black | 846.74 |
| | | | | | | | 0508JACKET-M | AA Unisex California Flc Track Jkt-Black | 846.75 |
| | | | | | | | 0508JACKET-S | AA Unisex California Flc Track Jkt-Black | 331.33 |
| | | | | | | | 0508JACKET-XL | AA Unisex California Flc Track Jkt-Black | 331.34 |
| | | | | | | | 0508JACKET-XS | AA Unisex California Flc Track Jkt-Black | 605.95 |
| | | | | | | | 0508JERSEY-L | AA Unisex Jersey S/S Summer Tee-Black | 678.10 |
| | | | | | | | 0508JERSEY-M | AA Unisex Jersey S/S Summer Tee-Black | 302.97 |
| | | | | | | | 0508JERSEY-S | AA Unisex Jersey S/S Summer Tee-Black | 144.28 |
| | | | | | | | 0508JERSEY-XL | AA Unisex Jersey S/S Summer Tee-Black | 0.00 |
| | | | | | | | 0508SCOOP04-L | AL T Organic Scoop Neck S/S-Coal | 4,152.88 |
| | | | | | | | 0508SCOOP04-M | AL T Organic Scoop Neck S/S-Coal | 2,091.95 |
| | | | | | | | 0508SCOOP04-S | AL T Organic Scoop Neck S/S-Coal | 1,238.03 |
| | | | | | | | 0508SCOOP04-XL | AL T Organic Scoop Neck S/S-Coal | 924.60 |
| | | | | | | | 0508SCOOP05-L | AL T Organic Scoop Neck S/S-Natural | 4,356.61 |
| | | | | | | | 0508SCOOP05-M | AL T Organic Scoop Neck S/S-Natural | 4,481.97 |
| | | | | | | | 0508SCOOP05-S | AL T Organic Scoop Neck S/S-Natural | 2,491.73 |
| | | | | | | | 0508SCOOP05-XL | AL T Organic Scoop Neck S/S-Natural | 1,473.10 |
| | | | | | | | 0508SHORT-L | AA Fleece Sleep Short-Asphalt | 4,215.57 |
| | | | | | | | 0508SHORT-M | AA Fleece Sleep Short-Asphalt | 2,429.04 |
| | | | | | | | 0508SHORT-S | AA Fleece Sleep Short-Asphalt | 2,115.62 |
| | | | | | | | 0508SHORT-XL | AA Fleece Sleep Short-Asphalt | 1,002.96 |
| | | | | | | | 0508TANKB-L | AA Rib U Neck Tank-Black | 2,005.92 |
| | | | | | | | 0508TANKB-M | AA Rib U Neck Tank-Black | 3,538.22 |
| | | | | | | | 0508TANKB-S | AA Rib U Neck Tank-Black | 1,643.74 |
| | | | | | | | 0508TANKB-XL | AA Rib U Neck Tank-Black | 1,894.48 |
| | | | | | | | 0508TANKS-L | AA Rib U Neck Tank-Asphalt | 3,872.54 |
| | | | | | | | 0508TANKS-M | AA Rib U Neck Tank-Asphalt | 3,900.40 |
| | | | | | | | 0508TANKS-S | AA Rib U Neck Tank-Asphalt | 1,601.95 |
| | | | | | | | 0508VNECKB-L | ALT Sheer V Neck S/S-Milky Red | 1,687.52 |
| | | | | | | | 0508VNECKB-M | ALT Sheer V Neck S/S-Milky Red | 254.72 |
| | | | | | | | 0508VNECKB-S | ALT Sheer V Neck S/S-Milky Red | 111.44 |
| | | | | | | | 0508VNECKB-XL | ALT Sheer V Neck S/S-Milky Red | 875.60 |
| | | | | | | | 0508VNECKS-L | ALT Sheer V Neck S/S-Black | 3,677.52 |
| | | | | | | | 0508VNECKS-M | ALT Sheer V Neck S/S-Black | 3,582.00 |
| | | | | | | | 0508VNECKS-S | ALT Sheer V Neck S/S-Black | 1,671.60 |
| | | | | | | | 0508VNECKS-XL | ALT Sheer V Neck S/S-Black | 1,623.84 |
| | | | | | | | 0508HCAPENMB2 | Cap - Sexy Hair Embroidered Logo | 4,238.70 |
| | | | | | | 4/30/2010 | 18BLOW0SN-6V | Short BIU Gel Foam 5.3 oz 6% VOC | 8,993.82 |
| | | | | | | | 34SHA128 | SnSh SoyMilk Shampoo - 128 oz | 730.73 |
| | | | | | | | 34X0BB-1 | HSH Relaunch Opener | 4,049.45 |
| | | | | | | 6/29/2010 | 34X004-1 | HSH Reinvent IC Duo | 730.73 |
| | | | | | | 8/26/2010 | 34X0BB-2 | HSH Reinvent FN Duo | 709.71 |
| | | | | | | | 34X0BB-1 | HSH Relaunch Opener | 1,667.42 |
| | | | | | | 10/6/2010 | 34TWT16 | SNSH Soy Tri-Wheat Treatment - 16.9 oz | 233.54 |
| | | | | | | | 35GEL04 | SNSH Just Gelling Flexible Liquid Gel - 4.2 oz | 1,074.54 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 5

| Name | Address | Address 2 | City | State | ZIP Code | Posting Date | Item No. | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| AERIAL COMPANY* | 2300 AERIAL DRIVE | | MARINETTE | WI | 54143 | 11/23/2010 | 34X10BB-2 | BSH Repair Opener | 895.50 |
| AERIAL COMPANY* Total | | | | | | | | | 95,944.22 |
| ALTERNATIVE BEAUTY SVCS | 9-1880 COURTNEY PARK DRIVE | | MISSISSAUGA, GA | | 01L5T 1R4 | 2/24/2010 | 16CON10N | Straight Sexy Conditioner - 10.1 oz | 75.94 |
| ALTERNATIVE BEAUTY SVCS Total | | | | | | | | | 75.94 |
| ARMSTRONG MCCALL** | P O BOX 90219 | | DENTON | TX | 76202 | 6/9/2010 | 15PWDR01 | BSH Powder Play - .55 oz | 0.00 |
| | | | | | | 7/28/2010 | 15CON128 | BSH Conditioner - 128 oz | 516.37 |
| ARMSTRONG MCCALL** Total | | | | | | | | | 516.37 |
| BAI STORIES | 8031 114th AVENUE N | | LARGO | FL | 33773 | 1/27/2010 | 16SMOOTH00N-55V | Straight SH Smooth & Seal 8.1oz (300ml) | 4,980.41 |
| | | | | | | 10/6/2010 | 35GEL04 | ShSH Just Gelling Flexible Liquid Gel - 4.2 oz | 2,799.92 |
| BAI STORIES Total | | | | | | | | | 7,780.33 |
| BEAUTY ALLIANCE/ACE BEAUTY CO | 8031 114th AVENUE N | | LARGO | FL | 33773 | 11/17/2009 | 18X0007-1 | ShSH Rocked Out and Play Dirty Duo | 1,931.41 |
| | | | | | | | 30CON08 | Strong Strengthening Conditioner 8.5 oz | 5,566.57 |
| | | | | | | | 30SHA08 | Strong Strengthening Shampoo 8.5 oz | 1,729.71 |
| | | | | | | | 30TREATMENT08 | Strong Revitalizing Treatment 8.5 oz | 1,162.36 |
| | | | | | | | 32M08STCON10 | ColorSet Moisturizing Conditioner 10.2 oz | 3,608.20 |
| | | | | | | | 32M08STSHA10 | ColorSet Moisturizing Shampoo 10.2 oz | 570.67 |
| | | | | | | | 32M08STSHA33 | ColorSet Moisturizing Shampoo 33.8 oz | 1,376.75 |
| | | | | | | | 32VOLUMECON10 | ColorSet, Volumizing Conditioner 10.2 oz | 476.64 |
| | | | | | | | 32VOLUMECON33 | ColorSet, Volumizing Conditioner 33.8 oz | 1,255.73 |
| | | | | | | | 32VOLUMESHA10 | ColorSet, Volumizing Shampoo 10.2 oz | 339.58 |
| | | | | | | 2/24/2010 | 32VOLUMESHA33 | ColorSet, Volumizing Shampoo 33.8 oz | 1,107.55 |
| | | | | | | | 08X1002-2 | ShSH Dam Straigh and CSH Curling Crème Duo | 1,147.43 |
| | | | | | | | 08X1005-3 | Sexy Hair Spring Haircut Collection DVD | 2,963.45 |
| | | | | | | | 15CON128 | BSH Conditioner - 128 oz | 1,680.67 |
| | | | | | | | 15SHA128 | BSH Shampoo - 128 oz | 3,178.67 |
| | | | | | | | 19X1002-1 | CSH Stylist Pack | 1,993.20 |
| | | | | | | 3/1/2010 | 34CON128 | BSH SoyMilk Conditioner - 128 oz | 2,441.40 |
| | | | | | | 4/1/2010 | 34SHA128 | BSH SoyMilk Shampoo - 128 oz | 3,580.57 |
| | | | | | | 5/1/2010 | 34X1002-8 | BSH Soy Mellow Display | 5,021.57 |
| | | | | | | | 15CON128 | BSH Conditioner - 128 oz | 0.00 |
| | | | | | | | 19X1002-1 | CSH Stylist Pack | 0.00 |
| | | | | | | | 34X1002-1 | BSH Soy Mellow Display | 0.00 |
| | | | | | | 5/26/2010 | 19PUMPPLUS10-6V | BSH Root Pump Plus - 10.6 oz | 18,526.11 |
| | | | | | | 5/26/2010 | 19ROOTU-6V | BSH Root Pump - 10.6 oz | 12,207.45 |
| | | | | | | | 15SAS09 | BSH Spray & Stay - 9 oz | 9,155.50 |
| | | | | | | | 15SPRAY10N | BSH Spray & Play - 10.6 oz | 18,526.10 |
| | | | | | | | 15SPRAYHARD10 | BSH Spray & Play Harder - 10.6 oz | 12,207.46 |
| BEAUTY ALLIANCE/ACE BEAUTY CO Total | | | | | | | | | 111,459.84 |
| BEAUTY BRANDS INC* | 4600 MADISON AVENUE | SUITE 400 | KANSAS CITY | MO | 64133 | 3/2/2010 | 34RNW01 | ShSH Soy Renewal - 8.5 oz | 0.00 |
| BEAUTY BRANDS INC* Total | | | | | | | | | 0.00 |
| BSG / ALBERTA* | 102-2345 ARGENTIA ROAD | | MISSISSAUGA | ONTARIO | L5N 7S6 | 12/4/2009 | 15DENSE08 | BSH Bone Thickening Spray - 8.5 oz | 524.05 |
| | | | | | | | 15GEL08 | BSH Volumizing Blow Dry Gel - 8.5 oz | 178.63 |
| | | | | | | | 15PUMPPLUS10-6VHW | BSH Root Pump Plus (HW) - 10.6 oz | 6,486.88 |
| | | | | | | | 15ROOTU-6VHW | BSH Root Pump (HW) - 10.6 oz | 5,163.81 |
| | | | | | | | 15SHA10 | BSH Shampoo - 10.1 oz | 285.60 |
| | | | | | | | 18HARDGEL16N | Short Hard Up Holding Gel - 16.9 oz | 477.00 |
| | | | | | | | 24FLATHAIR04-HW | Healthy Soya Want Flat Hair Hairspray 4.5 oz (CN) | 3,166.96 |
| | | | | | | | 24FULLHAIR09-HW | Healthy Soya Want Full Hair Hairspray 9.1 oz (CN) | 2,000.91 |
| | | | | | | | 24RNW04 | ShSH Soy Renewal - 4.2 oz | 417.06 |
| | | | | | | | 26CONFN10 | Silky Conditioner for Fine/Normal Hair 10.1 oz | 166.69 |
| | | | | | | | 26CONTC10 | Silky Con For Thick/Coarse Hair 10.1 oz | 208.35 |
| | | | | | | | 26CREMETC05 | Silky Control Creme for Thick/Coarse Hair 5.1 oz | 333.48 |
| | | | | | | | 26FRIZZFN04 | Silky Frizz Eliminator LITE for FINE/N Hair 4.2 oz | 357.49 |
| | | | | | | | 26FRIZZTC04 | Silky Frizz Eliminator Thick/Coarse Hair 4.2 oz | 357.48 |
| | | | | | | | 26SHAFN10 | Silky Shu for Fine/Normal Hair 10.1 oz | 116.06 |
| | | | | | | | 26SHATC10 | Silky Shampoo for Thick/Coarse Hair 10.1 oz | 270.80 |
| | | | | | | | 26SPRAYFN05 | Silky Conditioning Styler Spray 5.1 oz | 333.48 |
| | | | | | | | 33BST02 | Sexy Organic Moisture Boost 1.7 oz | 643.80 |
| | | | | | | | 33CON10 | Sexy Organic Daily Conditioner 10.1 oz | 238.33 |
| | | | | | | | 33CON-F | Sexy Organic Daily Conditioner Foil Pack .25 oz | 24.87 |
| | | | | | | | 33CRM05 | Sexy Organic Styling Creme 5.1 oz | 339.58 |
| | | | | | | | 33LVN08 | Sexy Organic Leave-In Conditioner 8.5 oz | 339.57 |
| | | | | | | | 33MOU05 | Sexy Organic Volumizing Mousse 5.1 oz | 339.57 |
| | | | | | | | 33SHA10 | Sexy Organic Daily Shampoo 10.1 oz | 357.48 |
| | | | | | | | 33SHA-F | Sexy Organic Daily Shampoo Foil Pack .25 oz | 24.88 |
| | | | | | | | 33TRT02 | Sexy Organic Moisturizing Treatment 1.7 oz | 24.88 |
| BSG / ALBERTA* Total | | | | | | | | | 23,319.97 |
| BSG:GREENVILLE * | P O BOX 90219 | | DENTON | TX | 76202 | 12/1/2009 | 24X0511-1 | ShSH Styling Trio Soya Full Hair, Paste & Smoothie Trio | 167.16 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 5

| Name | Address | Address 2 | City | State | ZIP Code | Posting Date | Item No. | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| BSG-GREENVILLE-** | P O BOX 902319 | | DENTON | TX | 76202 | 12/1/2009 | 30CON64 | Strong Strengthening Conditioner 64 oz | 0.00 |
| BSG-GREENVILLE-** Total | | | | | | | | | 0.00 |
| BSG-ONTARIO* | 102-2345 ARGENTIA ROAD | | MISSISSAUGA | ONTARIO | L5N 2S6 | 11/25/2009 | 15DENSH08 | BSH Dense Thickening Spray - 8.5 oz | 524.05 |
| | | | | | | | 15GEL08 | BSH Volumizing Blow Dry Gel - 8.5 oz | 178.63 |
| | | | | | | | 15PUMPPLUS10o6VHW | BSH Root Pump Plus (HW) - 10.6 oz | 6,486.88 |
| | | | | | | | 15ROOT10o4VHW | BSH Root Pump (HW) - 10.6 oz | 5,163.81 |
| | | | | | | | 1SSHA10 | BSH Shampoo - 10.1 oz | 285.60 |
| | | | | | | | 18HAIRDGEL16N | Short Hard Up Holding Gel - 16.9 oz | 477.00 |
| | | | | | | | 24FL ATHAIR04-HW | Healthy Soya Wnat Flat Hair Hairspray 4.5 oz (CN) | 3,166.96 |
| | | | | | | | 24FULLHAIR09-HW | Healthy Soya Wnat Full Hair Hairspray 9.1 oz (CN) | 2,000.91 |
| | | | | | | | 24RNW04 | HSH Soy Renewal - 4.2 oz | 417.06 |
| | | | | | | | 26CONFN10 | Silky Conditioner for Fine/Normal Hair 10.1 oz | 166.69 |
| | | | | | | | 26CONTC10 | Silky Con For Thick Coarse Hair 10.1 oz | 208.35 |
| | | | | | | | 26CREMETC05 | Silky Control Creme for Thick Coarse Hair 5.1 oz | 333.48 |
| | | | | | | | 26FRIZZFN04 | Silky Frizz Eliminator LITE for FINE/N Hair 4.2 oz | 357.49 |
| | | | | | | | 26FRIZZTC04 | Silky Frizz Eliminator Thick/Coarse Hair 4.2 oz | 357.48 |
| | | | | | | | 26SHAFN10 | Silky Sha for Fine/Normal Hair 10.1 oz | 116.06 |
| | | | | | | | 26SHATC10 | Silky Shampoo for Thick Coarse Hair 10.1 oz | 270.80 |
| | | | | | | | 26SPRAYFN05 | Silky Conditioning Styler Spray 5.1 oz | 333.48 |
| | | | | | | | 33BST02 | Sexy Organic Moisture Boost 1.7 oz | 643.80 |
| | | | | | | | 33CON10 | Sexy Organic Daily Conditioner 10.1 oz | 238.33 |
| | | | | | | | 33CONF | Sexy Organic Daily Conditioner Foil Pack .25 oz | 24.87 |
| | | | | | | | 33CRM05 | Sexy Organic Styling Creme 5.1 oz | 339.58 |
| | | | | | | | 33LVN08 | Sexy Organic Leave-In Conditioner 8.5 oz | 339.57 |
| | | | | | | | 33MOU05 | Sexy Organic Volumizing Mousse 5.1 oz | 339.57 |
| | | | | | | | 33SHA10 | Sexy Organic Daily Shampoo 10.1 oz | 357.48 |
| | | | | | | | 33SHAF | Sexy Organic Daily Shampoo Foil Pack .25 oz | 24.88 |
| | | | | | | | 33TRT02 | Sexy Organic Moisturizing Treatment 1.7 oz | 167.16 |
| | | | | | | 12/17/2009 | 15CON10 | BSH Conditioner - 10.1 oz | 752.46 |
| | | | | | | | 15PUMPPLUS10o6VHW | BSH Root Pump Plus (HW) - 10.6 oz | 1,238.00 |
| | | | | | | | 15SHA10 | BSH Shampoo - 10.1 oz | 1,204.27 |
| | | | | | | | 15SHAEXTRA10 | BSH Extra Volume Shampoo - 10.2 oz | 481.18 |
| | | | | | | | 16SAP04-HW | SSH Smooth & Protect (CN) - 4.1 oz | 857.53 |
| | | | | | | | 18HAIRDGEL16N | Short Hard Up Holding Gel - 16.9 oz | 1,180.63 |
| | | | | | | | 18SLEP105 | Short Slept In Texture Creme - 5.1 oz | 5,335.75 |
| | | | | | | | 24FL ATHAIR04-HW | Healthy Soya Wnat Flat Hair Hairspray 4.5 oz (CN) | 1,538.82 |
| | | | | | | | 26CONFN10 | Silky Conditioner for Fine/Normal Hair 10.1 oz | 2,384.18 |
| | | | | | | | 26CREMETC05 | Silky Control Creme for Thick Coarse Hair 5.1 oz | 1,362.83 |
| | | | | | | | 26FRIZZTC04 | Silky Frizz Eliminator Thick/Coarse Hair 4.2 oz | 1,507.62 |
| | | | | | | | 26SHAFN10 | Silky Sha for Fine/Normal Hair 10.1 oz | 1,912.79 |
| | | | | | | | 26SHATC10 | Silky Shampoo for Thick Coarse Hair 10.1 oz | 1,105.16 |
| | | | | | | | 26SPRAYFN05 | Silky Conditioning Styler Spray 5.1 oz | 1,834.55 |
| | | | | | | | 33CON10 | Sexy Organic Daily Conditioner 10.1 oz | 3,310.31 |
| | | | | | | | 33CRM05 | Sexy Organic Styling Creme 5.1 oz | 1,866.23 |
| | | | | | | | 33LVN08 | Sexy Organic Leave-In Conditioner 8.5 oz | 25.92 |
| | | | | | | | 33MOU05 | Sexy Organic Volumizing Mousse 5.1 oz | 1,368.56 |
| | | | | | | | 33SHA10 | Sexy Organic Daily Shampoo 10.1 oz | 1,971.98 |
| | | | | | | | 33TRT06 | Sexy Organic Moisturizing Treatment 6.8 oz | 2,388.83 |
| BSG-ONTARIO* Total | | | | | | | | | 56,947.65 |
| CHATTERS CANADA DIST LTD | 274-28042 Highway 11 | (11 Burnt Park Drive) Red Deer County, A | | | 0 | 2/18/2010 | 15SHAEXTRA10 | BSH Extra Volume Shampoo - 10.2 oz | 39.23 |
| | | | | | T4S 2L4 | 3/29/2010 | 18X100CH2-2 | StSH Hard Up and Rocked Out Duo | 286.08 |
| | | | | | | 8/10/2010 | 34SHAFN10 | HSH Reinvent Color Care Shampoo F/T Hair - 10.1 oz | 98.15 |
| CHATTERS CANADA DIST LTD Total | | | | | 0 | | | | 423.51 |
| DIRECT SALES* | | | | | | 6/9/2010 | 02SAG10 | Stage Conditioning Brush and Detangler 10 oz | 0.00 |
| DIRECT SALES* Total | | | | | 0 | | | | 0.00 |
| EMILIANI ENTERPRISES | 600 GREEN LANE | | UNION | NJ | 07083-8074 | 1/27/2010 | 26X009BB-2 | Business Builder - SSSH | 1,379.07 |
| EMILIANI ENTERPRISES Total | | | | | 0 | | | | 1,379.07 |
| FOUR STAR SALON SVCS NY | 385 OSER AVENUE | | HAUPPAUGE | NY | 11788 | 12/2/2009 | 1SSAS02 | BSH Spray & Stay - 1.5 oz | 27,739.01 |
| | | | | | | | 1SSO0994 | BSH Spray & Stay - S/S Off | 9,732.29 |
| | | | | | | 4/14/2010 | 1SSPRAY10N | BSH Spray & Play - 10.6 oz | 50,745.00 |
| | | | | | | | 1SSPRAYHARD10 | BSH Spray & Play Harder - 10.6 oz | 67,632.94 |
| | | | | | | 6/28/2010 | 0X1002-3 | Sexy Hair Spring Haircut Collection DVD | 8,059.50 |
| | | | | | | | 1SX1001-3 | BSH Powder Play Display | 983.99 |
| | | | | | | | 18X0011 | SSH Focus Display | 1,163.65 |
| | | | | | | | 00CON08 | Strong Strengthening Conditioner 8.5 oz | 2,030.02 |
| | | | | | | | 30X09610-1 | SsSH Shampoo and Conditioner Duo | 892.79 |
| | | | | | | | 31TRT06 | Sexy Organic Moisturizing Treatment 6.8 oz | 58.98 |
| | | | | | | | 33X0810-3 | Sexy Organics Launch Consumer Trial | 536.58 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 5

| Name | Address | Address 2 | City | State | ZIP Code | Posting Date | Item No. | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| FOUR STAR SALON SVCS NY | 385 OSER AVENUE | | HAUPPAUGE | NY | 11788 | 6/28/2010 | 33X0909-1 | SHO Treatment with Moisture Boost | 1,046.44 |
| | | | | | | | 34X0012-2 | SHO Mellow and Tri-Wheat Leave In Duo | 1,192.87 |
| | | | | | | | 34X1002-1 | ISHI Soy Mellow Display | 557.98 |
| | | | | | | | 34X1003-1 | ISHI Soy Tri-Wheat Treatment Display | 1,309.57 |
| | | | | | | | 34X00B1-1 | ISHI Relaunch Opener | 2,382.01 |
| FOUR STAR SALON SVCS NY Total | | | | | | | | | 176,064.44 |
| FRIENDS AS* | RINGTUNVEIHEN 4 | | 1712 GRALUM | | 0 | 3/24/2010 | 32VIOCON10 | ViolerMoodColorDepositingConU10 1oz | 3,010.16 |
| | | | | | | | 32VIOCONS3 | Violet Mood Color Depositing Conditioner 33.8 oz | 1,611.22 |
| | | | | | | | 32VIOSHA10 | ViolerMoodColorDepositingSham10.1oz | 3,058.68 |
| | | | | | | | 32VIOSHA33 | Violet Mood Color Depositing Shampoo 33.8 oz | 1,547.52 |
| | | | | | | 6/30/2010 | 32VIOSHA33 | Violet Mood Color Depositing Shampoo 33.8 oz | 0.00 |
| FRIENDS AS* Total | | | | | | | | | 9,247.58 |
| GATEWAY MILITARY SALES, LLC | 16024 MANCHESTER ROAD | SUITE 235 | WILDWOOD | MO | 63011-2090 | 12/1/2009 | 15X0904-2 | ISHI Shampoo and Conditioner Liter Duo | 0.00 |
| | | | | | | 1/27/2010 | 19PWR08-HW | CSH Curl Power Spray Foam (CN) - 8.4 oz | 95.76 |
| | | | | | | 3/15/2010 | 15ROOT10-6VHW | ISHI Root Pump (HW) - 10.6 oz | 610.56 |
| | | | | | | | 15SPRAY10N-HW | ISHI Spray & Play (HW) - 10.6 oz | 610.56 |
| | | | | | | 6/30/2010 | 15CON33 | ISHI Conditioner - 33.8 oz | 154.05 |
| | | | | | | | 15SHA33 | ISHI Shampoo - 33.8 oz | 154.05 |
| | | | | | | | 19CON33N | Curly Sexy Moisturizing Conditioner 33.8 oz | 237.00 |
| | | | | | | | 19SHA33N | Curly Sexy Moisturizing Shampoo 33.8 oz | 237.00 |
| | | | | | | | 34CON33 | ISHI SoyMilk Conditioner - 33.8 oz | 237.00 |
| | | | | | | | 34SHA33 | ISHI SoyMilk Shampoo - 33.8 oz | 237.00 |
| | | | | | | 7/7/2010 | 15SPRAY10N | ISHI Spray & Play - 10.6 oz | 101.76 |
| | | | | | | | 19SHA33N | Curly Sexy Moisturizing Shampoo 33.8 oz | 130.35 |
| | | | | | | | 26X0904-4 | ISSH Shampoo and Conditioner Liter Duo - Lite | 94.80 |
| | | | | | | 7/13/2010 | 15SPRAY10N | ISHI Spray & Play - 10.6 oz | 203.52 |
| | | | | | | | 19SHA33N | Curly Sexy Moisturizing Shampoo 33.8 oz | 118.50 |
| | | | | | | | 26X0904-4 | ISSH Shampoo and Conditioner Liter Duo - Lite | 142.20 |
| | | | | | | 8/12/2010 | 19X0904-2 | CSH Shampoo and Conditioner Liter Duo | 410.80 |
| | | | | | | | 2AX0904-2 | ISHI Shampoo and Conditioner Liter Duo | 474.00 |
| | | | | | | 9/1/2010 | 15CON33 | ISHI Conditioner - 33.8 oz | 639.90 |
| | | | | | | | 15SHA33 | ISHI Shampoo - 33.8 oz | 639.90 |
| | | | | | | | 15SPRAY10N | ISHI Spray & Play - 10.6 oz | 874.08 |
| | | | | | | | 19CON33N | Curly Sexy Moisturizing Conditioner 33.8 oz | 367.35 |
| | | | | | | | 19SHA33N | Curly Sexy Moisturizing Shampoo 33.8 oz | 248.85 |
| | | | | | | | 26X0904-4 | ISSH Shampoo and Conditioner Liter Duo - Lite | 711.00 |
| | | | | | | | 34CON33 | ISHI SoyMilk Conditioner - 33.8 oz | 47.40 |
| | | | | | | | 34SHA33 | ISHI SoyMilk Shampoo - 33.8 oz | 0.00 |
| GATEWAY MILITARY SALES, LLC Total | | | | | | | | | 7,717.39 |
| GULF STATES BEAUTY* | 8031 114TH AVENUE N. SUITE 400 | | LARGO | FL | 33773 | 12/17/2009 | 30CON08 | Strong Strengthening Conditioner 8.5 oz | 3,033.47 |
| | | | | | | | 30SHA08 | Strong Strengthening Shampoo 8.5 oz | 2,016.58 |
| | | | | | | | 30TREATMENT08 | Strong Revitalizing Treatment 8.5 oz | 1,614.38 |
| | | | | | | | 32MOISTCON10 | ColorSet Moisturizing Conditioner 10.2 oz | 536.23 |
| | | | | | | | 32MOISTSHA10 | ColorSet Moisturizing Shampoo 10.2 oz | 2,202.51 |
| | | | | | | | 32MOISTSHA33 | ColorSet Moisturizing Shampoo 33.8 oz | 6,645.33 |
| | | | | | | | 32VOLUMECON10 | ColorSet, Volumizing Conditioner 10.2 oz | 3,276.93 |
| | | | | | | | 32VOLUMECON33 | ColorSet, Volumizing Conditioner 33.8 oz | 8,943.05 |
| | | | | | | | 32VOLUMESHA10 | ColorSet, Volumizing Shampoo 10.2 oz | 2,254.39 |
| | | | | | | | 32VOLUMESHA33 | ColorSet, Volumizing Shampoo 33.8 oz | 7,191.42 |
| | | | | | | 5/26/2010 | 15PUMPPLUS10-6V | ISHI Root Pump Plus - 10.6 oz | 35,246.88 |
| | | | | | | | 15ROOT10-6V | ISHI Root Pump - 10.6 oz | 23,383.29 |
| | | | | | | | 15SAS09 | ISHI Spray & Stay - 9 oz | 17,408.52 |
| | | | | | | | 15SPRAY10N | ISHI Spray & Play - 10.6 oz | 35,246.88 |
| | | | | | | | 15SPRAYVHARD10 | ISHI Spray & Play Harder - 10.6 oz | 23,383.30 |
| | | | | | | 10/6/2010 | 35GEL04 | SiSHI Just Gelling Flexible Liquid Gel - 4.2 oz | 3,101.31 |
| GULF STATES BEAUTY* Total | | | | | | | | | 175,484.47 |
| INSTITUTE OF COURAGE* | 1135 N Topanga Canyon Blvd., | | Topanga | CA | 90290 | 3/15/2010 | 08X09DC-1 | 2009 S/S IOC Prepack | 0.00 |
| INSTITUTE OF COURAGE* Total | | | | | | | | | 0.00 |
| JC PENNEY | PO BOX 45290 | | SALT LAKE CITY | UT | 84145 | 10/26/2009 | 15X09HOLCH-JCP | HOLIDAY - BSH Trio - JCP | 34.92 |
| JC PENNEY Total | | | | | | | | | 34.92 |
| MALYS MIDWEST* | 4555 DENVERS SE | | GRAND RAPIDS | MI | 49512 | 12/7/2009 | 18BLOW05N-6V | Short BIU Gel Foam 5.3 oz 6% VOC | 366.92 |
| | | | | | | 8/31/2010 | 16SAP01 | SiSH Smooth & Protect Spray - 1.4 oz | 0.00 |
| | | | | | | | 34BNW01 | ISHI Soy Renewal - .85 oz | 0.00 |
| | | | | | | | 19PWDR05 | ISHI Powder Play - .07 oz | 0.00 |
| | | | | | | | 15GEL07 | ISHI Volumizing Blow Dry Gel - 1.7 oz | 0.00 |
| | | | | | | | 15SPRAYO1 | ISHI Spray & Play - 1.5 oz | 0.00 |
| | | | | | | | 34CON01 | ISHI SoyMilk Conditioner - 1.7 oz | 0.00 |
| | | | | | | | 701.1003-31 | Poster - Sexy Hair Product Knowledge | 0.00 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 5

| Name | Address | Address 2 | City | State | ZIP Code | Posting Date | Item No. | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| MALY'S MIDWEST* | 4555 DENVERS SE | | GRAND RAPIDS | MI | 49512 | | | | |
| | | | | | | 8/31/2010 | 05SEXYRETBAG3 | Sexy Hair Retail Bag (BLACK) | 0.00 |
| | | | | | | 9/2/2010 | SNSHA01 | SNSH SexyMilk Shampoo - 1.7 oz | 0.00 |
| | | | | | | 10/20/2010 | 35GEL01 | SNSH Just Gelling Flexible Liquid Gel - 1.7 oz | 866.84 |
| | | | | | | 10/20/2010 | 35GEL04 | SNSH Just Gelling Flexible Liquid Gel - 4.2 oz | 5,355.23 |
| | | | | | | 11/18/2010 | 26CONTC33 | Silky Conditioner For Thick/Coarse Hair 33.8 oz | 245.73 |
| MALY'S MIDWEST* Total | | | | | | | | | 6,834.72 |
| MALY'S NORTHWEST**** | 28145 W. HARRISON PKWY | | VALENCIA | CA | 91355 | | | | |
| | | | | | | 12/1/2009 | 03SL14 | Slippery Film Polishing Gloss - 4.2 oz | 0.00 |
| | | | | | | 12/8/2009 | 15SOPUMPED05 | BSH So Pumped Volumizing Spray - 5.1 oz | 1,096.38 |
| | | | | | | 3/11/2010 | 08XID01-1 | Sexy Hair Stock Up with Stylist Belt | 7,461.26 |
| | | | | | | 3/15/2010 | 19ROC04 | Curly Sexy Full On Curls 4.4 oz | 0.00 |
| | | | | | | 6/10/2010 | 23AEROTAN05N | Sex Symbol Aero Tan - 5.0 oz | 117.79 |
| | | | | | | 8/17/2010 | 34CONC28 | SNSH Smooth Conditioner - 128 oz | 2,029.80 |
| | | | | | | 9/1/2010 | 35GEL01 | SNSH Just Gelling Flexible Liquid Gel - 1.7 oz | 2,521.23 |
| | | | | | | 10/20/2010 | 15XID10-3 | BSH Mini Spritz & Stay Display | 10,960.92 |
| MALY'S NORTHWEST**** Total | | | | | | | | | 24,188.06 |
| MALY'S OF CALIFORNIA-VALENCIA | 28145 W. HARRISON PKWY | | VALENCIA | CA | 91355 | | | | |
| | | | | | | 11/17/2009 | 32MOISTCON10 | ColorSet Moisturizing Conditioner 10.2 oz | 2,332.51 |
| | | | | | | | 32MOISTSHA10 | ColorSet Moisturizing Shampoo 10.2 oz | 4,256.02 |
| | | | | | | | 32VOLUMECON10 | ColorSet, Volumizing Conditioner 10.2 oz | 2,185.02 |
| | | | | | | | 32VOLUMESHA10 | ColorSet, Volumizing Shampoo 10.2 oz | 3,649.50 |
| | | | | | | 11/24/2009 | 18X0911-1 | SNSH Focus Display | 0.00 |
| | | | | | | 12/1/2009 | 28SMOOTHHI86 | Healthy Sexy Smoothie Bodifying Lotion 6.8 oz | 0.00 |
| | | | | | | 12/9/2009 | 15SOPUMPED05 | BSH So Pumped Volumizing Spray - 5.1 oz | 2,725.66 |
| | | | | | | 12/11/2009 | 06X0911-2 | SNSH Smooth & Protect and CNU Liquid Gel Duo | 1,885.50 |
| | | | | | | 9/1/2010 | 35GEL01 | SNSH Just Gelling Flexible Liquid Gel - 1.7 oz | 7,880.40 |
| | | | | | | 9/13/2010 | 15SHAEXTRA33 | BSH Extra Volume Shampoo - 33.8 oz | 36.06 |
| | | | | | | | 16SAP04 | SNSH Smooth & Protect 4.1 oz | 52.42 |
| | | | | | | 10/12/2010 | 15XID10-3 | BSH Mini Spritz & Stay Display | 38,556.65 |
| MALY'S OF CALIFORNIA-VALENCIA Total | | | | | | | | | 63,559.74 |
| MIDCITY SALON RESOURCES | 1749 PAUL AVENUE | | GLENDALE HEIGH | IL | 60139 | | | | |
| | | | | | | 11/12/2009 | 30SHA08 | Strong Strengthening Shampoo 8.5 oz | 590.63 |
| | | | | | | | 32MOISTCON10 | ColorSet Moisturizing Conditioner 10.2 oz | 59.58 |
| | | | | | | | 32MOISTSHA10 | ColorSet Moisturizing Shampoo 10.2 oz | 122.62 |
| | | | | | | | 32VOLUMECON10 | ColorSet, Volumizing Conditioner 10.2 oz | 238.33 |
| | | | | | | | 32VOLUMECON33 | ColorSet, Volumizing Conditioner 33.8 oz | 736.84 |
| MIDCITY SALON RESOURCES Total | | | | | | | | | 1,148.00 |
| MILLER BEAUTY & BARBER SUPPLY | 525 BROADWAY | | CAPE GIRARDEAMO | | 63701 | | | | |
| | | | | | | 12/22/2009 | 31HANDS01 | Bath & Body Sexy Hands 1.7 oz | 788.04 |
| MILLER BEAUTY & BARBER SUPPLY Total | | | | | | | | | 788.04 |
| REGIS* | 7201 METRO BLVD | | MINNEAPOLIS | MN | 55439 | | | | |
| | | | | | | 11/17/2009 | 30TREATMENT08 | Strong Revitalizing Treatment 8.5 oz | 478.38 |
| | | | | | | 11/19/2009 | 30TREATMENT08 | Strong Revitalizing Treatment 8.5 oz | 771.12 |
| | | | | | | 12/1/2009 | 08X08SFGL-04HW | HSH Sexy Shampoo & Conditioner w/Mini S&P | 0.00 |
| | | | | | | | 13X09HOLCH4-6 | HOLIDAY - BSH4 Mini Spray & Play Display | 0.00 |
| | | | | | | 12/3/2009 | 26SPRAYFN05 | Silky Conditioning Styler Spray 5.1 oz | 26,340.00 |
| | | | | | | | 701.0909-03 | Shelf Talker-$3.00 OFF 11.5"x5.5" | 0.00 |
| | | | | | | 12/17/2009 | 15DRYSHA07 | BSH Volumizing Dry Shampoo - 3.4 oz | 42,219.60 |
| | | | | | | | 15DRYSHA03-HW | BSH Volumizing Dry Shampoo (HW) - 3.4 oz | 0.00 |
| | | | | | | | 34TWL08 | HSH Sexy Tri-Wheat Leave In Cond. 8.5 oz | 16,719.48 |
| | | | | | | 12/18/2009 | 701.0909-03 | Shelf Talker-$3.00 OFF 11.5"x5.5" | 0.00 |
| | | | | | | 12/21/2009 | 26CONTC10 | Silky Con For Thick/Coarse Hair 10.1 oz | 46.08 |
| | | | | | | 1/8/2010 | 08X08HOL-1 | Sexy Holiday Men Winter Glove Hand Cream Display | 20,314.80 |
| | | | | | | | 15FLUID-S | BSH Volumizing Blow Dry Gel - 1.7 oz | 1,672.80 |
| | | | | | | | 15PUMPPLUS10x6VHW | BSH Root Pump Plus (HW) - 10.6 oz | 6,759.06 |
| | | | | | | | 15ROOT01-HW | BSH Root Pump (HW) - 1.6 oz | 10,134.72 |
| | | | | | | | 15ROOT10-6VHW | BSH Root Pump (HW) - 10.6 oz | 4,976.25 |
| | | | | | | | 15SHA-EXTRA10 | BSH Extra Volume Shampoo - 10.2 oz | 6,887.04 |
| | | | | | | | 15SOPUMPED01 | BSH So Pumped Volumizing Spray - 8.5 oz | 246.24 |
| | | | | | | | 15SPRAYVOI-HW | BSH Spray & Play (HW) - 1.5 oz | 994.20 |
| | | | | | | | 15SPRAYOSSE | BSH Spray & Play - 4.4 oz | 84.94 |
| | | | | | | | 15X0905CH-2 | BSH Mini Travel Pack | 39.00 |
| | | | | | | | 16DARKN02 | Straight Sexy Darn Straight 1.7 oz | 28.80 |
| | | | | | | | 16LEAVEIN02 | Straight Leave-In Conditioner Spray 1.7 oz | 147.13 |
| | | | | | | | 16LEAVEIN05 | Straight Leave-In Conditioner Spray 5.1 oz | 263.40 |
| | | | | | | | 16SMOOTH08N-5SHW | Straight Smooth & Seal (HW) - 8.1 oz | 2,580.60 |
| | | | | | | | 16TREATMENT02 | SNSH Deep Conditioning Masque 1.7 oz | 698.32 |
| | | | | | | | 16TREATMENT08 | SNSH Deep Conditioning Masque - 8.5 oz | 2,300.31 |
| | | | | | | | 18X06KUD02 | Short Sexy Rocked Out KuDo2 | 4,409.60 |
| | | | | | | | 18X0804CH-2 | Short Sexy Rocked Out Playlist 1.8 oz | 1,796.85 |
| | | | | | | | 18X0809CH-1 | Short Sexy Travel Kit | 11,385.99 |
| | | | | | | | 19CON10N | New Rocked Out | |
| | | | | | | | | Curly Sexy Moisturizing Conditioner 10.1 oz | 1,067.52 |
| | | | | | | | 19ROC04-HW | Curly Sexy Full On Curls 4.4 oz | 165.96 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 5

| Name | Address | Address 2 | City | State | ZIP Code | Posting Date | Item No. | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| REGIS* | 7201 METRO BLVD | | MINNEAPOLIS | MN | 55439 | 1/8/2010 | 19SHA10N | Curly Sexy Moisturizing Shampoo 10.1 oz | 2,374.52 |
| | | | | | | | 26CONN02 | Silky Conditioner for Fine/Normal Hair 1.7 oz | 113.20 |
| | | | | | | | 26CONNJ10 | Silky Conditioner for Fine/Normal Hair 10.1 oz | 7,637.84 |
| | | | | | | | 26CREMETC05 | Silky Control Creme for Thick/Coarse Hair 5.1 oz | 14,105.20 |
| | | | | | | | 26FRIZZFN04 | Silky Frizz Eliminator LITE for FINE/N Hair 4.2 oz | 329.40 |
| | | | | | | | 26FRIZZTC04 | Silky Frizz Eliminator Thick/Coarse Hair 4.2 oz | 4,934.36 |
| | | | | | | | 26SHATC10 | Silky Shampoo for Thick/Coarse Hair 10.1 oz | 473.76 |
| | | | | | | | 26SPRAYTFN05 | Silky Conditioning Styler Spray 5.1 oz | 32,580.00 |
| | | | | | | | 26X0060GCH-5 | Frizz oz $13.95 with Shelf Talker | 2,647.30 |
| | | | | | | | 31HANDS01 | Bath & Body Sexy Hands 1.7 oz | 34.65 |
| | | | | | | 1/28/2010 | 33CON10 | Sexy Organic Daily Conditioner 10.1 oz | 1,112.40 |
| | | | | | | 3/1/2010 | 15SHAEXTRA10 | BSH Extra Volume Shampoo 10.2 oz | 1,750.56 |
| | | | | | | | 26CONNJ10 | Silky Conditioner for Fine/Normal Hair 10.1 oz | 0.00 |
| | | | | | | | 33LVN08 | Sexy Organic Leave-In Conditioner 8.5 oz | 1,375.44 |
| | | | | | | 10/5/2010 | 33MOU05 | Sexy Organic Volumizing Mousse 5.1 oz | 1,052.64 |
| | | | | | | 10/6/2010 | 33SHA10 | Sexy Organic Daily Shampoo 10.1 oz | 7,598.40 |
| | | | | | | | 33TRT02 | Sexy Organic Moisturizing Treatment 1.7 oz | 6,580.08 |
| | | | | | | | 33TRT06 | Sexy Organic Moisturizing Treatment 6.8 oz | 61,772.13 |
| | | | | | | | 33X0810CH-1 | NEW Organics Opener | 3,377.26 |
| | | | | | | | 33X0901CH-1 | Organics Duo | 2,027.93 |
| | | | | | | 11/2/2010 | 33X0901CH-2 | Organics Trial | 105.36 |
| | | | | | | 1/28/2010 | 19PWR08 | CSH Curl Power Spray Foam 8.4 oz | 0.00 |
| | | | | | | 3/1/2010 | 15SHAEXTRA10 | BSH Extra Volume Shampoo 10.2 oz | 0.00 |
| | | | | | | | 26CONNJ10 | Silky Conditioner for Fine/Normal Hair 10.1 oz | 296.46 |
| | | | | | | 10/5/2010 | 6SNP04-HW | SSSH Smooth & Protect (CN) - 4.1 oz | 285.35 |
| | | | | | | 10/12/2010 | 15DRYSHA0J-HW | BSH Volumizing Dry Shampoo (HW) - 3.4 oz | 335.52 |
| | | | | | | | 15TEASEJ04-HW | BSH What A Tease (HW) - 4.2 oz | 0.00 |
| | | | | | | 11/2/2010 | 6SNP04-HW | SSSH Smooth & Protect (CN) - 4.1 oz | 52.68 |
| | | | | | | | 35FRN-Z01 | SSSH Frenzy Bulked Up Texture Pomade - 1.8 oz | 118.56 |
| | | | | | | | 35PD04 | BSH Play Dirty Texturizing Hairspray - 4.8 oz | 125.04 |
| | | | | | | 11/11/2010 | 15X1009CH-1 | BSH Spray & Play with Mini Spritz & Stay | 17,614.80 |
| | | | | | | | 15X1009CH-1HW | BSH Spray & Play with Mini Spritz & Stay (HW) | 0.00 |
| | | | | | | | 15X1009CH-2 | BSH Spray & Play Harder with Mini Spritz & Stay | 17,191.20 |
| | | | | | | | 15X1009CH-2HW | BSH Spray & Play Harder with Mini Spritz & Stay (HW) | 237.12 |
| | | | | | | | 15X1009CH-3 | BSH Root Pump with Mini Spritz & Stay | 11,407.68 |
| | | | | | | | 15X1009CH-3HW | BSH Root Pump with Mini Spritz & Stay (HW) | 111.84 |
| | | | | | | | 15X1009CH-4 | BSH Root Pump Plus with Mini Spritz & Stay | 17,191.20 |
| | | | | | | | 15X1009CH-4HW | BSH Root Pump Plus with Mini Spritz & Stay (HW) | 237.12 |
| | | | | | | | 15X1009CH-5 | BSH Spray & Stay with Mini Spritz & Stay | 9,595.56 |
| | | | | | | | 15X1009CH-5HW | BSH Spray & Stay with Mini Spritz & Stay (HW) | 237.12 |
| REGIS* Total | | | | | | | | | 390,885.59 |
| SALON DIRECT/BOSTON BEAUTY | 253 SOUTH MAIN STREET | | MIDDLETON | MA | 1949 | 11/16/2009 | 24TWL08N | Healthy Soy TWL 8.5 oz | 1,375.49 |
| | | | | | | 11/23/2009 | 30CON08 | Strong Strengthening Conditioner 8.5 oz | 9,186.70 |
| | | | | | | | 30SHA08 | Strong Strengthening Shampoo 8.5 oz | 1,295.00 |
| | | | | | | | 32MOISTCON10 | ColorSet Moisturizing Conditioner 10.2 oz | 1,059.73 |
| | | | | | | | 32MOISTSHA10 | ColorSet Moisturizing Shampoo 10.2 oz | 1,057.53 |
| | | | | | | 12/15/2009 | 32VOLUMESHA10 | ColorSet Volumizing Shampoo 10.2 oz | 5,287.63 |
| | | | | | | | 08X09HOL-10 | HOLIDAY - SSSH Frizz Eliminator and Control Creme Duo | 699.26 |
| | | | | | | | 03X09HOL-8 | HOLIDAY - CSH Curling Crème and Curl Power Duo | 693.14 |
| | | | | | | | 08X09HOL-9 | HOLIDAY - HSH Soy Tri-Wheat SWFHD | 411.33 |
| | | | | | | | 15CON128 | BSH Conditioner - 128 oz | 1,432.80 |
| | | | | | | | 15SHA128 | BSH Shampoo - 128 oz | 2,686.50 |
| | | | | | | | 15X0909-2 | BSH What A Tease with Dry Shampoo | 865.71 |
| | | | | | | 12/17/2009 | 24CON12NN | Healthy Soy Milk Cond. Color Safe 12N oz | 1,146.24 |
| | | | | | | 12/21/2009 | 06LEAVEIN05 | Straight Leave-In Conditioner Spray 5.1 oz | 2,201.50 |
| | | | | | | | 24CON13N | Healthy Soy Milk Conditioner Color Safe 13.5 oz | 366.79 |
| | | | | | | | 24FLATHAIR04 | Healthy Soya Want Flat Hair Hairspray 4.5 oz | 285.85 |
| | | | | | | | 24FULLHAIR09 | Healthy Soya Want Full Hair Shampoo 9.1 oz | 2,299.78 |
| | | | | | | | 24SHA13N | Healthy Soy Milk Shampoo Color Safe 13.5 oz | 1,472.20 |
| | | | | | | | 24SHA13N | Healthy Soy Milk Shampoo Color Safe 34 oz | 340.05 |
| | | | | | | | 24SHA33N | Healthy Soy Milk Shampoo Color Safe 34 oz | 285.85 |
| | | | | | | 12/29/2009 | 24TWL08N | Healthy Soy TWL 8.5 oz | 2,292.48 |
| | | | | | | 3/1/2010 | 15X0911-2 | BSH Mini Spray & Stay Display | 13,432.50 |
| | | | | | | 3/15/2010 | 25SX09 | BSH Spray & Stay - 9 oz | 5,229.05 |
| | | | | | | | 15X09-10-1 | BSH Spray & Stay Launch Display | 5,975.36 |
| | | | | | | 5/25/2010 | 15FLIP04 | BSH Flip It Over Full & Wild - 4.4 oz | 11,343.00 |
| | | | | | | 6/30/2010 | 15GEL06 | BSH Volumizing Blow Dry Gel - 8.5 oz | 1,472.20 |
| | | | | | | | 18FRENZVD2N | Short Frenzy Bulked-Up Texture - 2.6 oz | 2,831.22 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 5

| Name | Address | Address 2 | City | State | ZIP Code | Posting Date | Item No. | Description | Value |
|------|---------|-----------|------|-------|----------|--------------|----------|-------------|-------|
| SALON DIRECT/BOSTON BEAUTY | 253 SOUTH MAIN STREET | | MIDDLETON | MA | 1949 | 6/30/2010 | 18HARDGEL16N | Short Hard Up Holding Gel - 16.9 oz | 6,297.16 |
| | | | | | | | 28SLAY8OZ | Slay Hairspray 7.5 oz / 8.4 oz | 2,137.40 |
| | | | | | | | 18ROCKEDM2 | Short Sexy Rocked Out Pliable 1.8 oz | 1,650.59 |
| | | | | | | | 18ROUGHD4AN | Short Rough & Ready Styling Gunk - 4.4 oz | 1,669.21 |
| | | | | | | 7/15/2010 | 15SPRAY10-SE | BSH Spray & Play – 10.6 oz SE | 4,020.79 |
| | | | | | | 9/14/2010 | 16SMOOTH01 | Straight Smooth & Seal - 13 oz | 5,831.50 |
| | | | | | | 9/16/2010 | 26SHAFN10 | Silky Sha for Fine/Normal Hair 10.1 oz | 6,560.43 |
| | | | | | | 10/1/2010 | 08X10HOL-11 | BSH Mini Pack, SHORT PAGE | 7,996.93 |
| SALON DIRECT/BOSTON BEAUTY  Total | | | | | | | | | 123,031.90 |
| SALON INNOVATIONS INC | 4700 QUEBEC AVENUE NORTH | | NEW HOPE | MN | 55428 | 7/14/2010 | 15PWDR01 | BSH Powder Play – .55 oz | 0.00 |
| SALON INNOVATIONS INC  Total | | | | | | | | | 0.00 |
| SCHOENEMAN BEAUTY SUPPLY ** | SEE CUST ID 3237 | P.O BOX 90219 | DENTON | TX | 76202 | 12/29/2009 | 14PST01 | BSH Sexy Paste - 1.8 oz | 104.83 |
| | | | | | | 3/15/2010 | 06CONV10N | Straight Sexy Conditioner - 10.1 oz | 0.00 |
| | | | | | | | 16POWER03N | Straight Power  Straight – 3.4 oz (New) | 0.00 |
| | | | | | | | 16TREATMENT08 | SiSH Deep Conditioning Masque - 8.5 oz | 0.00 |
| | | | | | | | 18BLOWFN-aV | Short BU Gel Foam 5.3 oz 6% VOC | 0.00 |
| | | | | | | | 18CNTRL02N | Short Control Maniac Wax - 1.8 oz | 0.00 |
| | | | | | | | 18DBLHEADER05 | Short Double Header - 5.1 oz | 0.00 |
| | | | | | | | 18FRENZY02N | Short Frenzy Bulked-Up Texture – 2.6 oz | 0.00 |
| | | | | | | | 18HARDGEL05 | Short Hard Up Holding Gel - 5.1 oz | 0.00 |
| | | | | | | | 18ROUGHD4N | Short Rough & Ready Styling Gunk - 4.4 oz | 0.00 |
| | | | | | | | 18SHATTERMAN | Short Shatter Separate & Hold - 4.2 oz | 0.00 |
| | | | | | | | 18SLIPT05 | Short Slip'd In Texture Creme - 5.1 oz | 0.00 |
| | | | | | | 5/3/2010 | 08X10SHOW-2 | Show - New Product Care Trio | 2,143.83 |
| SCHOENEMAN BEAUTY SUPPLY  Total | | | | | | | | | 2,248.66 |
| SECURITY PRODUCTS DIST CORP | 2416 WALNUT RIDGE STREET | | DALLAS | TX | 75229 | 3/15/2010 | 18X10X2CH-2 | SiSH Hard Up and Rocked Out Duo | 5,429.77 |
| SECURITY PRODUCTS DIST CORP  Total | | | | | | | | | 5,429.77 |
| STATE BEAUTY SUPPLY | 10405 B EAST 55TH PLACE | | TULSA | OK | 741464502 | 11/19/2009 | 06CON08 | Strong Strengthening Conditioner 8.5 oz | 9,314.84 |
| | | | | | | | 06SHA08 | Strong Strengthening Shampoo 8.5 oz | 810.01 |
| | | | | | | | 32MOISTCON10 | ColorSet Moisturizing Conditioner 10.2 oz | 1,454.76 |
| | | | | | | | 32MOISTSHA10 | ColorSet Moisturizing Shampoo 10.2 oz | 556.52 |
| | | | | | | | 32MOISTSHA33 | ColorSet Moisturizing Shampoo 33.8 oz | 4,630.20 |
| | | | | | | | 32VOLUMECON10 | ColorSet, Volumizing Conditioner 10.2 oz | 2,184.62 |
| | | | | | | | 32VOLUMECON33 | ColorSet, Volumizing Conditioner 33.8 oz | 12,975.87 |
| | | | | | | | 32VOLUMESHA10 | ColorSet, Volumizing Shampoo 10.2 oz | 650.85 |
| | | | | | | 12/4/2009 | 32VOLUMESHA33 | ColorSet, Volumizing Shampoo 33.8 oz | 6,422.28 |
| | | | | | | 1/27/2010 | 16SMOOTH0NS-SV | Straight SH Smooth & Seal 8.1oz (300ml) | 4,584.96 |
| | | | | | | 7/29/2010 | 15X10HS-SPRAY | BSH Spray & Play - BCA Pink Can | 3,091.62 |
| | | | | | | | 15X10HS-HARD | BSH Spray & Play Hustler - BCA Pink Can | 4,385.55 |
| | | | | | | 11/8/2010 | 35GEL04 | SiSH Just Gelling Flexible Liquid Gel - 4.2 oz | 3,394.30 |
| STATE BEAUTY SUPPLY  Total | | | | | | | | | 54,421.50 |
| TECA INC, YELLOWWOOD | 1894 CARGO COURT | | LOUISVILLE | KY | 40299 | 3/15/2010 | 18X10X2CH-2 | SiSH Hard Up and Rocked Out Duo | 837.60 |
| TECA INC, YELLOWWOOD  Total | | | | | | | | | 837.60 |
| ULTA SALON & COSMETICS, INC** | 1135 ARBOR DRIVE | | ROMEOVILLE | IL | 60446 | 12/4/2009 | 15X09HOLCH-4 | HOLIDAY – BSH Root Pump with Mini | 8,000.87 |
| | | | | | | 12/7/2009 | 15SPRAY10N | BSH Spray & Play – 10.6 oz | 10,210.13 |
| | | | | | | | 15SPRAYHARD10 | Straight SH Smooth & Seal 8.1oz (300ml) | 8,495.07 |
| | | | | | | | 16SMOOTH0NS-SV | BSH Spray & Play Hustler – 10.6 oz | 1,630.53 |
| | | | | | | 1/8/2010 | 15X09HOLCH-4 | HOLIDAY - BSH Root Pump with Mini | 4,900.44 |
| | | | | | | 5/10/2010 | 34MLW06 | BSH Mellow Conditioning Mousse - 6.7 oz | 1,777.34 |
| | | | | | | 8/11/2010 | 35BLO5 | SiSH Blow It Up Volumizing Gel Foam - 5.3 oz | 857.89 |
| | | | | | | 9/30/2010 | 15DRYSHA03 | BSH Volumizing Dry Shampoo - 3.4 oz | 0.00 |
| | | | | | | | 15FLIP04 | SiSH Flip It Over Full & Wild - 4.4 oz | 0.00 |
| | | | | | | | 15PWDR01 | BSH Powder Play – .55 oz | 0.00 |
| | | | | | | | 15ROOT016aV | BSH Root Pump - 10.6 oz | 0.00 |
| | | | | | | | 15SAS02 | BSH Spray & Stay - 1.5 oz | 0.00 |
| | | | | | | | 15SAS09 | BSH Spray & Stay - 9 oz | 0.00 |
| | | | | | | | 15TEASE04 | BSH What A Tease - 4.2 oz | 0.00 |
| | | | | | | | 19FOC04 | Curly Sexy Full On Curls 4.4 oz | 0.00 |
| | | | | | | | 34RNW04 | HSH Soy Renewal - 4.2 oz | 0.00 |
| | | | | | | | 15ROOT01 | BSH Root Pump - 1.6 oz | 0.00 |
| | | | | | | | 15SPRAY01 | BSH Spray & Play - 1.5 oz | 0.00 |
| | | | | | | | 34CON01 | SiSH Conditioner - 1.7 oz | 0.00 |
| | | | | | | | 16SAP04 | HSH Smooth & Protect 4.1 oz | 0.00 |
| | | | | | | | 34SFA01 | HSH SoyMilk Shampoo - 1.7 oz | 0.00 |
| | | | | | | | 34TWLI01 | HSH Soy Tri-Wheat Leave-In Conditioner 1.7 oz | 0.00 |
| | | | | | | | 34TWT01 | HSH Soy Tri-Wheat Treatment - 1.7 oz | 0.00 |
| | | | | | | | 15PD04 | SiSH Play Dirty Texturizing Hairspray - 4.8 oz | 0.00 |
| | | | | | | | 35RO01 | SiSH Rocked Out Pliable Molding Clay - 1.8 oz | 0.00 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 5

| Name | Address | Address 2 | City | State | ZIP Code | Posting Date | Item No. | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| ULTA SALON & COSMETICS, INC* | 1135 ARBOR DRIVE | | ROMEOVILLE | IL | 60446 | 9/30/2010 | 701.1003-22 | Prescription Pads | 0.00 |
| ULTA SALON & COSMETICS, INC* Total | | | | | | | | | 34,560.45 |
| WINDSOR BEAUTY | 24280 MIDDLEBELT ROAD | | FARMINGTON HI | MI | 48336 | 11/8/2010 | 35GEL04 | SiSH Just Gelling Flexible Liquid Gel - 4.2 oz | 648.18 |
| | | | | | | 5/3/2010 | 16POWER02 | Straight Sexy Power Straight - 1.7 oz | 3,546.18 |
| | | | | | | 9/30/2010 | 19CON10N | Curly Sexy Moisturizing Conditioner 10.1 oz | 5,960.45 |
| | | | | | | 9/30/2010 | 08X10HOL-4 | CSH Curl Crème and Shampoo with Powder Play | 2,235.76 |
| WINDSOR BEAUTY Total | | | | | | | | | 11,742.39 |
| WINNERS MERCHANT | 6715 AIRPORT ROAD | | MISSISSAUGA | ONTARIO | L4V 1Y2 | 12/1/2009 | 30SHA33 | Strong Strengthening Shampoo 33.8 oz | 0.00 |
| WINNERS MERCHANT Total | | | | | | | | | 0.00 |
| WIZMET | 69 EASTERN AVENUE | | LA CHINE | QUEBEC | H8R 1K4 | 12/1/2009 | 03OAK4 | Oak Bark Ph-Tanisal Design. Gel 4 oz - FF | 0.00 |
| WIZMET Total | | | | | | | | | 0.00 |
| WYNN SALON/NaTREND SALON* | P.O. BOX 464370 | | LAWRENCEVILLE | GA | 30043 | 3/15/2010 | 701.0911-30 | Poster - Big Sexy Hair Spray & Stay | 0.00 |
| | | | | | | | 701.0911-31 | Poster - Healthy Sexy Hair | 0.00 |
| WYNN SALON/NaTREND SALON* Total | | | | | | | | | 0.00 |
| PREMIERE SHOW - ORLANDO | 9800 INTERNATIONAL DRIVE | | ORLANDO | FL | 32819 | 7/14/2010 | 15DRYSHA03 | BSH Volumizing Dry Shampoo - 3.4 oz | 1,020.00 |
| | | | | | | | 15GEL08 | BSH Volumizing Blow Dry Gel - 8.5 oz | 1,340.00 |
| | | | | | | | 15PUMPPLUS10-6V | BSH Root Pump Plus - 10.6 oz | 250.00 |
| | | | | | | | 15WLOR01 | BSH Powder Play - 53 oz | 400.00 |
| | | | | | | | 15ROOT10-6V | BSH Root Pump - 10.6 oz | 1,105.00 |
| | | | | | | | 15SAS09 | BSH Spray & Stay - 9 oz | 480.00 |
| | | | | | | | 15SPRAYHARD10 | BSH Spray & Play Harder - 10.6 oz | 395.00 |
| | | | | | | | 15TEAS04 | BSH What A Tease - 4.2 oz | 180.00 |
| | | | | | | | 16OAN906 | Straight Sexy Dam Straight - 6.8 oz | 105.00 |
| | | | | | | | 16POWER03N | Straight Power  Straight - 3.4 oz (New) | 175.00 |
| | | | | | | | 16SMOOTHRN-55V | Straight SH Smooth & Seal 8.1oz (300ml) | 120.00 |
| | | | | | | | 18CNTRL02N | Short Control  Maniac Wax - 1.8 oz | 720.00 |
| | | | | | | | 18FRENZY02N | Short Frenzy Bulked-Up Texture - 2.6 oz | 365.00 |
| | | | | | | | 18ROCKED02 | Short Sexy Rocked Out Paste 1.8 oz | 790.00 |
| | | | | | | | 18ROUGH04N | Short Rough & Ready Styling Gunk - 4.4 oz | 855.00 |
| | | | | | | | 18SLEPT05 | Short Slept In Texture Crème - 5.1 oz | 795.00 |
| | | | | | | | 26FRIZZFN04 | Silky Frizz Eliminator LITE for FINE/N Hair 4.2 oz | 155.00 |
| | | | | | | | 26FRIZZ7C04 | Silky Frizz Eliminator Thick/Course Hair 4.2 oz | 135.00 |
| | | | | | | | 34MLW06 | HSH Sexy Mellow Conditioning Mousse - 6.7 oz | 640.00 |
| | | | | | | | 34PST01 | HSH Sexy Paste - 1.8 oz | 930.00 |
| | | | | | | | 18QUICK02N | Short Quick Change Shaping Balm - 1.8 oz | 900.00 |
| | | | | | | | 34RNW04 | HSH Soy Renewal - 4.2 oz | 175.00 |
| | | | | | | | 15X0007-2HW | BSH What A Tease Display (CN) | 1,170.00 |
| | | | | | | | 34SPRAY-EU | Show - HSH Stylist Hairspray Trio | 675.00 |
| | | | | | | | 15ROOT01 | BSH Root Pump - 1.6 oz | 0.00 |
| PREMIERE SHOW - ORLANDO Total | | | | | | | | | 13,875.00 |
| BSG/CANADA | 102-2345 ARGENTIA ROAD | | MISSISSAUGA | ONTARIO | L5N 7S6 | 7/29/2010 | 18PLAY05-HW | Short Sexy Play Dirty Dry Wax - 4.8 oz | 8,041.59 |
| | | | | | | 9/15/2010 | 16LEAVEIN05 | Straight Leave-In Conditioner Spray 5.1 oz | 47.64 |
| | | | | | | | 34CON33 | HSH SoyMilk Conditioner - 33.8 oz | 34.27 |
| | | | | | | 11/17/2010 | 26CONTC33 | Silky Conditioner For Thick/Course Hair 33.8 oz | 149.01 |
| | | | | | | | 35PD04 | SiSH Play Dirty Texturizing Hairspray - 4.8 oz | 113.19 |
| BSG/CANADA Total | | | | | | | | | 8,385.70 |
| MALY'S SLC HUB | 28145 W. HARRISON PKWY | | VALENCIA | CA | 91355 | 9/1/2010 | 35GEL01 | SiSH Just Gelling Flexible Liquid Gel - 1.7 oz | 1,418.47 |
| | | | | | | 10/20/2010 | 15X1D16-3 | BSH Mini Spritz & Stay Display | 5,158.08 |
| MALY'S SLC HUB Total | | | | | | | | | 6,576.55 |
| COSMO GROUP | F-39/2A, BLOCK 4 | | CLIFTON KARACHI | PK | 0 | 10/21/2010 | 15SPRAY-EU | BSH Spray & Play (EU) - 300ML | 13,840.80 |
| | | | | | | 10/25/2010 | 15PUMPPLUS-EU | BSH Root Pump Plus (EU) - 300 ml | 4,422.61 |
| | | | | | | | 15ROOT-EU | BSH Root Pump (EU) - 300ML | 3,797.36 |
| | | | | | | | 15SPRAY-EU | BSH Spray & Play (EU) - 300ML | 1,083.30 |
| | | | | | | | 15SPRAYHARD-EU | BSH Spray & Play Harder (EU) - 300ML | 17,215.97 |
| COSMO GROUP. Total | | | | | | | | | 40,360.06 |
| Grand Total | | | | | | | | | 1,462,702.97 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 9

## Payments Related to Debt Counseling or Bankruptcy

| Name | Address | Address 2 | City | State | ZIP Code | type | Posting Date | Document No. | Amount |
|------|---------|-----------|------|-------|----------|------|--------------|--------------|--------|
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 8/14/2009 | 19956 | 75,000.00 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 8/14/2009 | 19956 | 7,471.75 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 8/14/2009 | 19956 | 7,471.75 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 8/21/2009 | 19976 | 41,322.37 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 8/28/2009 | 20059 | 12,703.17 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 9/4/2009 | 20149 | 25,226.30 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 9/18/2009 | 20317 | 16,437.85 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 9/18/2009 | 20317 | 9,272.45 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 10/2/2009 | 20513 | 16,118.58 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 10/9/2009 | 20616 | 14,597.69 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 10/16/2009 | 20723 | 19,484.03 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 10/30/2009 | 20941 | 20,805.95 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 10/30/2009 | 20941 | 20,248.22 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 10/30/2009 | 20941 | 14,311.28 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 11/6/2009 | 21036 | 21,103.01 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 11/13/2009 | 21111 | 27,164.49 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 11/20/2009 | 21238 | 21,488.81 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 11/30/2009 | 21344 | 2,314.68 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 9

| Name | Address | Address 2 | City | State | ZIP Code | type | Posting Date | Document No. | Amount |
|------|---------|-----------|------|-------|----------|------|--------------|--------------|--------|
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 12/24/2009 | 21442 | 25,090.55 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 12/18/2009 | 21678 | 16,836.61 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 12/31/2009 | 21804 | 17,979.23 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 1/8/2010 | 21903 | 9,753.41 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 1/8/2010 | 21903 | 5,475.80 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 1/15/2010 | 21972 | 21,916.50 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 1/29/2010 | 22157 | 42,837.90 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 2/19/2010 | 22460 | 17,103.52 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 2/26/2010 | 22559 | 17,625.66 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 2/26/2010 | 22559 | 12,083.86 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 3/5/2010 | 22664 | 17,670.95 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 3/5/2010 | 22664 | 22,657.56 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 3/5/2010 | 22664 | 24,026.79 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 3/26/2010 | 2.2997 | 67,244.66 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 4/1/2010 | 23114 | 20,620.46 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 4/16/2010 | 23369 | 30,318.06 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 4/16/2010 | 23369 | 4,860.82 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 5/7/2010 | 23749 | 37,511.72 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 5/21/2010 | 23987 | 30,318.06 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 9

| Name | Address | Address 2 | City | State | ZIP Code | type | Posting Date | Document No. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 5/21/2010 | 23987 | 4,860.82 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 5/21/2010 | 23987 | 28,115.48 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 5/21/2010 | 23987 | 29,672.88 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 6/4/2010 | 24246 | 52,890.98 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 7/7/10 | WT07072010105160 | 165,475.20 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 7/12/10 | WT07122020104832 | 55,736.88 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 7/27/10 | WT07272020106185 | 44,260.49 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 7/30/10 | WT07302020103890 | 44,416.81 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 8/16/10 | WT08162020104453 | 124,751.22 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 8/27/10 | WT08272020104502 | 36,596.60 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 8/30/10 | WT08302020100811 | 58,787.90 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 9/10/10 | WT09102020105937 | 43,709.57 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 9/16/10 | WT09162020105756 | 70,293.64 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 9/17/10 | WT09172020102742 | 299,297.88 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 10/5/10 | WT10052020109268 | 39,865.86 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 10/29/10 | WT10292020106764 | 37,145.57 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 11/5/10 | WT11052020101588 | 14,891.25 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 9

| Name | Address | Address 2 | City | State | ZIP Code | type | Posting Date | Document No. | Amount |
|------|---------|-----------|------|-------|----------|------|--------------|--------------|--------|
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 11/19/10 | 26566 | 33,272.80 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | Financial | 12/03/10 | 26766 | 20,136.73 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 10/30/2009 | WT1030092918 | 58,387.10 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 11/9/2009 | WT1109096039 | 75,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 12/2/2009 | WT6191 | 75,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 1/5/2010 | WT0105107720 | 75,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 1/6/2010 | WT0106103336 | 7,347.52 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 2/5/2010 | WT0205201040039 | 81,736.66 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 3/1/2010 | WT0301200108155 | 75,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 3/3/2010 | WT0303108528 | 3,920.98 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 4/1/2010 | WT0401200122715 | 75,605.37 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 5/3/2010 | WT0503200104686 | 75,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 6/1/2010 | WT0601200103004 | 76,162.46 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 7/6/10 | WT0706200100187 | 75,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 8/2/10 | WT0802200100579 | 75,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 9/7/10 | WT0907200107774 | 75,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 9/17/10 | WT0917200102731 | 250,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 10/5/10 | WT1005200109269 | 75,000.00 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs
Schedule 9

| Name | Address | Address 2 | City | State | ZIP Code | type | Posting Date | Document No. | Amount |
|------|---------|-----------|------|-------|----------|------|--------------|--------------|--------|
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 11/1/10 | WT1101201011036 | 80,000.00 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | Financial | 12/1/10 | WT1201201206257 | 75,000.00 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 9/4/2009 | WT0904090846 | 50,000.00 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 10/16/2009 | 20790 | 25,248.65 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 11/13/2009 | 21172 | 22,861.40 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 12/18/2009 | 21721 | 52,343.15 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 1/22/2010 | 22110 | 33,277.56 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 2/26/2010 | 22608 | 53,732.23 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 3/12/2010 | 22814 | 93,136.89 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 4/16/2010 | 23420 | 90,457.30 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 5/21/2010 | 24066 | 54,683.58 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 6/11/2010 | 24409 | 131,323.97 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 7/13/2010 | WT07132010437 | 158,682.22 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 8/27/2010 | WT082720104498 | 177,330.14 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 9/10/2010 | WT091020105939 | 101,420.09 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 9/17/10 | WT091720102737 | 434,190.00 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 10/6/10 | WT100620104745 | 145,250.00 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | | LOS ANGELES | CA | 90067 | Legal | 12/3/10 | 26824 | 109,264.44 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

### Schedule 10-a
### Other Transfers

| Name | Address | Date of Payment | Purpose | Amount |
|------|---------|-----------------|---------|--------|
| **CRG PARTNERS GROUP, LLC** | 2 ATLANTIC AVE, Boston, MA 02110 | Aug. 13, 09 | Retainer for professional fees | $75,000.00 |
| **CRG PARTNERS GROUP, LLC** | 2 ATLANTIC AVE, Boston, MA 02110 | Sept. 17,10 | Retainer for professional fees | $250,000.00 |
| **ERVIN COHEN & JESSUP LLP** | 9401 WILSHIRE BLVD, 9TH FL, BEVERLY HILLS, CA 90212 | Aug. 31, 10 | Retainer for professional fees | $14,526.21 |
| **IMPERIAL CAPITAL** | 2000 AVE OF THE STARS 9TH FL SOUTH, LOS ANGELES, CA 90067 | Jan. 01, 10 | Retainer for professional fees | $10,000.00 |
| **IMPERIAL CAPITAL** | 2000 AVE OF THE STARS 9TH FL SOUTH, LOS ANGELES, CA 90067 | Sept. 17, 10 | Retainer for professional fees | $250,000.00 |
| **PEITZMAN, WEG & KEMPINSKY LLP** | 10100 SANTA MONICA BLVD, Suite 1450, Los Angeles, CA 90067 | Sept. 04, 09 | Retainer for professional fees | $50,000.00 |
| **PEITZMAN, WEG & KEMPINSKY LLP** | 10100 SANTA MONICA BLVD, Suite 1450, Los Angeles, CA 90067 | Sept. 17, 10 | Retainer for professional fees | $250,000.00 |
| **CROWE HORWATH LLP** | 15233 VENTURA BLVD., 9TH FLOOR, SHERMAN OAKS, CA 91403 | Aug. 16, 10 | Retainer for professional fees | $50,000.00 |
| **KURTZMAN CARSON CONSULTANTS LLC** | 2335 ALASKA AVE, EL SEGUNDO,CA 90245 | Sept. 10, 10 | Retainer for professional fees | $6,500.00 |
| **KURTZMAN CARSON CONSULTANTS LLC** | 2335 ALASKA AVE, EL SEGUNDO,CA 90245 | Sept. 17, 10 | Retainer for professional fees | $20,000.00 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

| Name | Address | Date of Payment | Purpose | Amount |
|------|---------|-----------------|---------|--------|
| **SEXY HAIR, INC.** | 712 Fifth Ave, 31st Floor, New York, NY 10019 | Sept. 13, 10 | Retainer for fees and expenses | $200,000.00 |
| **SEXY HAIR, INC.** | 712 Fifth Ave, 31st Floor, New York, NY 10019 | Nov. 23, 10 | Retainer for fees and expenses | $100,000.00 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

## Schedule 19-d – Issuing of Financial Statement

| Name | Address | Address 2 | City | State | ZIP Code | Date Issued |
|------|---------|-----------|------|-------|----------|-------------|
| FTI CONSULTING, INC | PO BOX 631916 | | BALTIMORE | MD | 21263 | February-09 |
| IMPERIAL CAPITAL | 2000 AVE OF THE STARS 9TH FL SOUTH | | LOS ANGELES | CA | 90067 | October-09 |
| ADMINISTAFF COMPANIES INC | PO BOX 200634 | | HOUSTON | TX | 77216 | March-09 |
| CRG PARTNERS GROUP LLC | 2 ATLANTIC AVE | | BOSTON | MA | 2110 | July-09 |
| Tatum | 2321 Rosecrans Ave | Suite 2215 | El Segundo | CA | 90245 | October-09 |
| Thoma Cressey Bravo | 300 N. LaSalle Street | Suite 4350 | CHICAGO | IL | 60654 | December-08 |
| GREEN HASSON &JANKS LLP | 10990 WILSHIRE BLVD, 16TH FLR | | LOS ANGELES | CA | 90024-3929 | December-08 |
| PEITZMAN, WEG & KEMPINSKY LLP | 10100 SANTA MONICA BLVD | SUITE 1450 | LOS ANGELES | CA | 90067 | March-10 |
| KPMG LLP | 355 South Grand Ave | Suite 2000 | Los Angeles | CA | 90071 | March-10 |
| RSM McGladery | 8000 Towers Crescent Dr | Suite 500 | Vienna | VA | 22182 | April-10 |
| Northwestern Mutual Life Insurance Company | 720 East Wisconsin Avenue, | | Milwaukee | Wisconsin | 53202 | Multiple |
| Bank of Montreal, as Administrative and Collateral Agent | 115 S LaSalle St, 12w | Chicago | | Illinois | 60603 | Multiple |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

**Schedule 23**

| Name | Date | Legal Fees | Board Expenses | Board Fees | Executive Recuiter | Expense Reimbursement | Payroll | Medical Coverage | Bonus | Car Allowance | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES MORRISON | 11/05/2009 | | | | | | 11,538.46 | 0.00 | 0.00 | 0.00 | 11,538.46 |
| | 11/6/2009 | | | | | 5,516.08 | | | | | 5,516.08 |
| | 11/19/2009 | | | | | | 11,538.46 | 0.00 | 0.00 | 0.00 | 11,538.46 |
| | 12/03/2009 | | | | | | 11,538.46 | 0.00 | 0.00 | 0.00 | 11,538.46 |
| | 12/17/2009 | | | | | | 11,538.46 | 0.00 | 0.00 | 0.00 | 11,538.46 |
| | 12/31/2009 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 01/14/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 01/28/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 02/11/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 2/12/2010 | | | | | 6,029.04 | | | | | 6,029.04 |
| | 02/25/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 03/11/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 03/25/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 4/1/2010 | | | | | 1,507.25 | | | | | 1,507.25 |
| | 04/08/2010 | | | | | | 11,538.48 | 0.00 | 0.00 | 0.00 | 11,538.48 |
| | 04/22/2010 | | | | | | 17,307.73 | 0.00 | 0.00 | 0.00 | 17,307.73 |
| JAMES MORRISON Total | | | | | | 13,052.37 | 155,769.41 | 0.00 | 0.00 | 0.00 | 168,821.78 |
| | | | | | | | | | | | |
| JOHN G. BALL | 11/6/2009 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 11/30/2009 | 900.01 | | | | | | | | | 900.01 |
| | 2/25/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 4/16/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 7/30/2010 | | | 6,250.00 | | | | | | | 6,250.00 |
| | 7/30/2010 | | | 6,250.00 | | | | | | | 6,250.00 |
| | 10/18/2010 | | | 6,250.00 | | | | | | | 6,250.00 |
| | 10/18/2010 | | | 6,250.00 | | | | | | | 6,250.00 |
| JOHN G. BALL Total | | 900.01 | | 62,500.00 | | | | | | | 63,400.01 |
| | | | | | | | | | | | |
| KARL-HEINZ PITSCH | 11/05/2009 | | | | | | 11,999.99 | 1,050.58 | 0.00 | 461.53 | 13,512.10 |
| | 11/13/2009 | | | | | | 16,920.64 | 0.00 | 0.00 | 0.00 | 16,920.64 |
| | 11/19/2009 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 12/03/2009 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 12/17/2009 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 12/18/2009 | | | | | 295.77 | | | | | 295.77 |
| | 12/31/2009 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 01/14/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 01/28/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 01/28/2010 | | | | | | 0.00 | 0.00 | 100,000.00 | 0.00 | 100,000.00 |
| | 02/11/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 02/12/2010 | | | | | | 0.00 | 0.00 | 376,903.35 | 0.00 | 376,903.35 |
| | 02/25/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 03/11/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 03/25/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 4/1/2010 | | | | | 510.61 | | | | | 510.61 |
| | 04/08/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 04/22/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 05/06/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 5/7/2010 | | | | | 474.29 | | | | | 474.29 |
| | 05/20/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 06/03/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 06/17/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 7/1/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 7/15/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 7/23/2010 | | | | | 215.00 | | | | | 215.00 |
| | 8/6/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 8/20/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 9/3/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 9/16/2010 | | | | | | | | 266,667.00 | | 266,667.00 |
| | 9/30/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 10/14/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 10/15/2010 | | | | | 102.00 | | | | | 102.00 |
| | 10/28/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 11/11/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| | 11/12/2010 | | | | | 113.00 | | | | | 113.00 |
| | 11/25/2010 | | | | | | 15,846.15 | 1,050.58 | 0.00 | 461.53 | 17,358.26 |
| KARL-HEINZ PITSCH Total | | | | | | 1,710.67 | 440,920.53 | 28,365.66 | 743,570.35 | 12,461.31 | 1,227,028.52 |
| | | | | | | | | | | | |
| MARILYN S. SYLVESTRE | 12/4/2009 | 227.06 | | | | | | | | | 227.06 |
| | 1/22/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 2/5/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 4/30/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 7/30/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 10/18/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| MARILYN S. SYLVESTRE Total | | 227.06 | | 62,500.00 | | | | | | | 62,727.06 |
| | | | | | | | | | | | |
| MARK MILNER | 11/05/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 11/19/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 12/03/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 12/11/2009 | | | | | 412.80 | | | | | 412.80 |
| | 12/17/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 12/31/2009 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 01/14/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 01/28/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 01/28/2010 | | | | | | 0.00 | 1,050.58 | 50,000.00 | 0.00 | 50,000.00 |
| | 02/11/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 02/12/2010 | | | | | | 0.00 | 0.00 | 68,750.00 | 0.00 | 68,750.00 |
| | 02/25/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 2/26/2010 | | | | | 439.57 | | | | | 439.57 |
| | 03/11/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 03/25/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 04/08/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 4/16/2010 | | | | | 398.12 | | | | | 398.12 |
| | 04/22/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 05/06/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 05/20/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 5/21/2010 | | | | | 171.09 | | | | | 171.09 |
| | 5/28/2010 | | | | | 135.80 | | | | | 135.80 |
| | 06/03/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 06/17/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

**Schedule 23**

| Name | Date | Legal Fees | Board Expenses | Board Fees | Executive Recuiter | Expense Reimbursement | Payroll | Medical Coverage | Bonus | Car Allowance | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/1/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 7/1/2010 | | | | | 136.98 | | | | | 136.98 |
| | 7/15/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 7/29/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 8/6/2010 | | | | | 136.98 | | | | | 136.98 |
| | 8/12/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 8/26/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 9/3/2010 | | | | | 153.46 | | | | | 153.46 |
| | 9/9/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 9/16/2010 | | | | | | | | 45,833.00 | | 45,833.00 |
| | 9/30/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 10/14/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 10/28/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 11/5/2010 | | | | | 269.73 | | | | | 269.73 |
| | 11/11/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| | 11/25/2010 | | | | | | 11,038.45 | 1,050.58 | 0.00 | 461.53 | 12,550.56 |
| MARK MILNER Total | | | | | | 2,254.53 | 309,076.60 | 29,416.24 | 164,583.00 | 12,922.84 | 518,253.21 |
| | | | | | | | | | | | |
| MICHAEL FROW | 11/13/2009 | | 3,070.66 | 12,500.00 | | | | | | | 15,570.66 |
| | 2/5/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 4/30/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 7/30/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| | 10/18/2010 | | | 12,500.00 | | | | | | | 12,500.00 |
| MICHAEL FROW Total | | | 3,070.66 | 62,500.00 | | | | | | | 65,570.66 |
| | | | | | | | | | | | |
| THOMA CRESSEY BRAVO, INC. | 11/20/2009 | | 40,373.68 | | | | | | | | 40,373.68 |
| | 12/11/2009 | | 18,114.05 | | 102,124.21 | | | | | | 120,238.26 |
| THOMA CRESSEY BRAVO, INC. Total | | | 58,487.73 | | 102,124.21 | | | | | | 160,611.94 |
| | | | | | | | | | | | |
| SCHIFF HARDIN LLP | 10/2/2009 | 23,301.09 | | | | | | | | | 23,301.09 |
| | 1/8/2010 | 48,101.99 | | | | | | | | | 48,101.99 |
| | 2/5/2010 | 39,616.63 | | | | | | | | | 39,616.63 |
| | 3/19/2010 | 71,150.00 | | | | | | | | | 71,150.00 |
| | 4/23/2010 | 80,919.48 | | | | | | | | | 80,919.48 |
| | 5/14/2010 | 59,931.82 | | | | | | | | | 59,931.82 |
| | 6/11/2010 | 56,085.77 | | | | | | | | | 56,085.77 |
| | 7/7/2010 | 64,515.00 | | | | | | | | | 64,515.00 |
| | 8/12/2010 | 100,618.07 | | | | | | | | | 100,618.07 |
| | 9/13/2010 | 62,114.36 | | | | | | | | | 62,114.36 |
| | 10/29/2010 | 179,595.05 | | | | | | | | | 179,595.05 |
| SCHIFF HARDIN LLP Totals | | 785,949.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 785,949.26 |
| | | | | | | | | | | | |
| Chanin Capital Partners | 3/3/2010 | 242,666.67 | | | | | | | | | 242,666.67 |
| | 4/1/2010 | 81,746.40 | | | | | | | | | 81,746.40 |
| | 4/23/2010 | 81,746.40 | | | | | | | | | 81,746.40 |
| | 4/23/2010 | 65,185.86 | | | | | | | | | 65,185.86 |
| | 5/14/2010 | 65,000.00 | | | | | | | | | 65,000.00 |
| Chanin Capital Partners Total | | 536,345.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 536,345.33 |
| | | | | | | | | | | | |
| Grand Total | | 1,322,294.59 | 62,685.46 | 187,500.00 | 102,124.21 | 17,017.57 | 905,766.54 | 57,781.90 | 908,153.35 | 25,384.15 | 3,588,707.77 |

In re Sexy Hair Concepts, LLC
Statement of Financial Affairs

## Schedule 21-b

| Name and Address | Title | Nature and Percentage of Ownership |
|---|---|---|
| Ecoly International, Inc.<br>21551 Prairie Street<br>Chatsworth, CA 91311 | Sole Managing Member | 100% |
| Karl-Heinz Pitsch<br>21551 Prairie Street<br>Chatsworth, CA 91311 | CEO and President | 0% |
| Mark Milner<br>21551 Prairie Street<br>Chatsworth, CA 91311 | Chief Financial Officer | 0% |
| T. Scott Avila<br>11835 West Olympic Blvd.<br>East Tower, Suite 650E<br>Los Angeles, CA 90064 | Chief Restructuring Officer | 0% |

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88) 1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| Sexy Hair Concepts, LLC<br><br>Debtor. | **DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

     For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,508,123.47

     Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,916,486.86

     Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2.  The source of the compensation paid to me was:

     ☒ Debtor          ☐ Other *(specify)*

3.  The source of compensation to be paid to me is:

     ☒ Debtor          ☐ Other *(specify)*

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

     c.  ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~

     d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

     e.  ~~[Other provisions as needed].~~

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)**                    **1998 USBC, Central District of California**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

   Services to be rendered during the pendency of the Bankruptcy case in excess of the retainer.

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


   12/21/10
_____                    /s/ Scott F. Gautier
_____
*Date*                                              *Signature of Attorney*


                                                    Peitzman, Weg & Kempinsky LLP
                                                    _____
                                                    *Name of Law Firm*

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  Thor D. McLaughlin/ Peitzman Weg & Kempinsky LLP

Address  10100 Santa Monica Blvd., Los Angeles, CA 90067

Telephone  (310) 552-3100

☒  Attorney for Debtor(s)
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| | Chapter:  11 |
| Sexy Hair Concepts, LLC | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __134__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  December 21, 2010

_____
Attorney (if applicable)

_____
Debtor

_____
Joint Debtor

Sexy Hair Concepts LLC
21551 Prairie Street
Chatsworth, CA 91311


Scott F Gautier
Peitzman Weg and Kempinsky LLP
10100 Santa Monica Blvd Suite 1450
Los Angeles, CA 90067


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

220 Laboratories
2375 Third Street
Riverside, CA 92507


24 Seven Staffing Inc
PO Box 5854
Hickesville, NY 11802-5854


A and M Pallet Jack Repair
1214 S Boyle Avenue
Los Angeles, CA 90023


Aaaa Test Company
19516 Blythe Street
Reseda, CA 91335


Aatc American Asia Travel Center
1232 S Golden West Ave
Arcadia, CA 91007


Abrams Artists Agency
9200 Sunset Blvd 4th Floor
Los Angeles, CA 90069


Absolute Messenger Service
PO Box 4534
West Hills, CA 91308


Abtp Services LLC
131 Varick St Suite 905
New York, NY 10013

Ac Hotel Bologna SRL
Via Sebastiano Serlio 28
40128 Bologna, Italy


Accu Bio Chem Laboratories
Care of Vano Baghdasarian
5406 San Fernando Rd Unit 201
Glendale, CA 91203


Actema Consulting
176 avenue Charles de Gaulle
92200 Neuilly Sur Seuine, France


Action Bag Company Inc
1001 Entry Drive
Bensenville, IL 60106


Adam Cera
1796 Tipperary Ln
Newbury Park, CA 91320


Adams Chiropractic
246 S Lehigh Ave Box 525
Frackville, PA 17931


Administaff Companies Inc
PO Box 200634
Houston, TX 77216-0634


Advanced Data Protection Services Inc
PO Box 7262
Burbank, CA 91504

Aeronet Worldwide
PO Box 17239
Irvine, CA 92623


Afs Ibex Financial Services Inc
PO Box 100045
Pasadena, CA 91189


AG Adjustments Inc
Attn Aaron Phelps
PO Box 9090
Melville, NY 11747


Agence Gala
3535 Papineau Suite 3
Montreal Quebec, Canada H2k 4j9


Agnes Zebrowska
5 Bank Street
Selden, NY 11784


Aja Rowley
2173 Linda Flora Drive
Los Angeles, CA 90007


Aka Management
11664 National Blvd
Unit 391
Los Angeles, CA 90064


Alberto Barajas CHB
302 Quivera Drive
Laredo, TX 78045

Aldrich Ramsey Mary
5724 S Meridian
Pleasant Lake, IN 46779


Alejandro Martinez
818 East 23rd St
Los Angeles, CA 90011


Alicia Burnett
4206 Fairway Blvd
Los Angeles, CA 90043


Alicia Maddox
911 Duncan Ter
Canton, GA 30115


Alley Kat Studio
1455 N Gordon St
Hollywood, CA 90028


Allie Burton
9848 South Gairlock Circle
South Jordan, UT 84095


Allied Beauty Association
145 Traders Blvd East
Units 26 and 27
Mississauga, Ontario L4z 3l3


Alt Print Graphics
7379 Washington Ave South
Edina, MN 55439

Amae Martin
1703 Union Street
Schenectady, NY 12309


Amanda M Daniel
692 Amwell Road
Hillsborough, NJ 08844


Amanda Mirfathali
12615 Se Forest
Vancouver, WA 98683


Amanda Pennington
PO Box 227
Big Hill, KY 40405


Amanda Realmuto
11513 Hampton Dr
Midwest City, OK 73130


Amber Reckner
PO Box 9232
Napa, CA 94558


American Express
Box 0001
Los Angeles, CA 90096-0001


American Fast Freight Inc
Post Office Box 3606
Seattle, WA 98124-3606

Americana Worldwide Corp
270 Harbor Street
Glencoe, IL 60022


Americas Beauty Show
2064 Paysphere Circle
Chicago, IL 60674


Amerigas Gardena 5402
PO Box 7155
Pasadena, CA 91109-7155


Amg Development Inc
10324 Hillside Rd
Alta Loma, CA 91737


Amy Eagle
1600 Thayer Dr
Winterville, NC 28590


Amy Robinson
1109 N 18th Street
Elwood, IN 46036


Anastasha San Augustin
25722 Kitfox Place
Valencia, CA 91355


Andie Bobrink
2458 7th St Apt 3
Santa Monica, CA 90405-3815

Andres Garcia
20929 Gault St
Canoga Park, CA 91303


Angela Attardo
72 Clara Drive
Ringgold, GA 30736


Angela Maxie
3297 Hollypark Dr Unit 3
Inglewood, CA 90305


Angelika Schubert Inc
Dba Celestine
1548 16th Street
Santa Monica, CA 90404


Angelina Mahoney
50 Fitzpatrick Circle
Brockton, MA 02301


Angelle M Cuevas
9683 W Oaklawn Rd
Biloxi, MS 39532


Angie Guiboa
12843 Winthrop Ave
Granada Hills, CA 91344-1222


Anna Guzman Rivera
Cond Plaza Antillana Apt 2303
151 Calle Cesar Gonzalez
Hato Rey, PR 918

Anna Mae Reece
201 Pioneer Village Dr
Mountain City, TN 37683


Anna Torres
8123 Magnolia Ave
Unit 35
Riverside, CA 92504


Aon Risk Services Northeast
Aon Risk Services Inc
PO Box 7247 7376
Philadelphia, PA 19170


Aramark Refreshment Services
17044 Montanero Ave Unit 4
Carson, CA 90746


Ariane Martin
1016 Millenaire Blvd
Saint Basile Le Grand, Qc
Canada J3n 1t6


Arl Trucking Inc
24935 Ave Kearney
Valencia, CA 91355


Arlene Choto
15247 Lassen St
Mission Hills, CA 91345

Arnolds Inc
8023 Interstate 30
Little Rock, AR 72219


Arthur Resnick dba Salon Direct
253 South Main Street
Middleton, MA 01949


ATT Mobility
PO Box 6463
Carol Stream, IL 60197-6463


ATT
Payment Center
Sacramento, CA 95887-0001


Audax Credit Opportunities
Offshore Ltd
280 Park Avenue 20th Floor
New York, NY 10017


Autumn Federici
10862 Bloomfield St No 106
Toluca Lake, CA 91602


Aware Products
9250 Mason Ave
Chatsworth, CA 91311


Axiom Label Group
1360 W Walnut Parkway
Compton, CA 90220

B and G Executive Group Inc
CO Barbara Guimaraes
425 W Beech St Unit 505
San Diego, CA 92101


BAMM Funding LLC
Bank Of America
100 North Tryon Street
Charlotte, NC 28255


Bank of America NA
800 Fifth Avenue Floor 32
Seattle, WA 98104


Bank Of Montreal
Trade Finace Operations Attn AR
234 Simcoe St 3rd Fl
Toronto Ontario, Canada M5t 1t4


Barbara Seergy Greenfield
Care of Barrdesigns
4332 Garthwaite Ave
Los Angeles, CA 90008


Barbara Yniquez
16423 Tupper St
North Hills, CA 91343


Barbizon Modeling Agency
7525 Forsyth
St Louis, MO 63105

Barcoding Inc
PO Box 17170
Baltimore, MD 21297-1170


Barrdesigns
4332 Garthwaite Avenue
Los Angeles, CA 90008


Bartels Harley Davidson Buell
4141 Lincoln Blvd
Marina Del Rey, CA 90292


Barthco International Inc
PO Box 8500 52958
Philadelphia, PA 19178


Bay Alarm Company
PO Box 7137
San Francisco, CA 94120-7137


Bayard
222 Delaware Ave Suite 900
PO Box 25130
Wilmington, DE 19899


Beauty Brands Inc
4600 Madison Suite 400
Kansas City, MO 64112


Beauty Industry Fund
Regis Corp Attn Norma Knudsen
7201 Metro Blvd
Minneapolis, MN 55439

BehindthechairCom
151 E Hawthorne Lane
West Chicago, IL 60185


Beijing Janlea Trademark Agency
B1 1101 No 9 Chegongzhuang Ave
Xicheng District
Beijing, 100044


Ben Sobon
70 Treasure Island Dr
Troy, MO 63379


Best Overnite
PO Box 90816
City of Industry, CA 91715


Best Yet Express Inc
1718 W 139th Street
Gardena, CA 90249


Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071


Bingham Mccutchen LLP
PO Box 70030
Los Angeles, CA 70074-0030


Bio Screen Clinical Services
3904 Del Amo Blvd Suite 703
Torrance, CA 90503

Blue Ball Enterprises
21530 Gledhill Street
Chatsworth, CA 91311


BMO Capital Markets Financing Inc
115 South LaSalle Street
12 W
Chicago, IL 60603


Board Of Equalization
PO Box 942879
Sacramento, CA 94279-0013


Bob Severins
103 North Pointe
Gifford, IL 61847


Bocchi Labs Medicia
26421 Ruether Ave
Santa Clarita, CA 91350


Boston Financial Data Services
PO Box 8374
Boston, MA 02266-8374


Bradley Component Supplies
545 E Banning Street
Compton, CA 90222


Brandon Reiter
2011 1 2 Fairview Rd
Raleigh, NC 27608

Brian Bennett
380 Copper Lakes Blvd
Grover, MO 63040


Brian Keene
628 Aqua
Little Elm, TX 75068


Britanny Orsborn
531 S 215th St
Elkhorn, NE 68022


Brittany Goodman
6919 Remmet Ave No 210
Canoga Park, CA 91303


Brooke Newman
14789 Nassam Dr
Biloxi, MS 39532


Bruce A Olson
8235 Forsyth Blvd Suite 901
St Louis, MO 63105


Bruce Michael
216 Clubhouse Dr
Austin, TX 78734


BSG Canada
Attn Raman Walia
102 2345 Argentia Rd
Missisauga Ontario, Canada L5n 2S6

Bullet Freight Systems Inc
3576 Paysphere Circle
Chicago, IL 60674

Burrelles Luce
75 East Northfield Road
Livingston, NJ 07039

Byron Aquino
13853 Hubbard St
Sylmar, CA 91342

Caine and Weiner Co Inc
PO Box 5010
Woodland Hills, CA 91367

California Chamber Of Commerce
PO Box 526020
Sacramento, CA 95852-6020

California Dept Of Health Svc
Export Docmnt Proc Ms 7602
1500 Capitol Ave 72436
Sacramento, CA 95899-4713

Camdon Utterback
2735 Parsons Run Ct
Henderson, NV 89074

Canadian Sales Agency
1 Valleybrook Drive Suite 305
Toronto Ontario
Canada, M3b 2s7

Candace Tribe
2649 Valemont Cres
Abbotsford, BC V2t3v6


Candle Onyskevitch
2915 Cranbourn Cres
Regina, SK S5v3b3


Canon Business Solutions Inc
File 51075
707 Wilshire Blvd
Los Angeles, CA 90017


Canon Business Solutions West Inc
110 West Walnut Street
Gardena, CA 90248


Canon Financial Services Inc
14904 Collections Center Drive
Chicago, IL 60693


Carbajal and Mcnutt LLP
625 South Eighth Street
Las Vegas, NV 89101


Carina M Monahan
212 Locust St
Brea, CA 92821


Carl Wiggins
1810 Fairview St
Burlington, NC 28115

Carlene Kearns
4455 Fulton Ave Unit 4
Sherman Oaks, CA 91423


Carlos Martinez
2058 S Harvard Blvd Unit 7
Los Angeles, CA 90018


Carmichael International Service
523 Glendale Blvd
Los Angeles, CA 90026


Carolina Palacios
5947 Crumbling Ridge Street
Henderson, NV 89011


Carpet Bazaar
20834 Lassen St
Chatsworth, CA 91311


Carrie Juhasz
25 Bolles St
Putnam, CT 06260


Cassandra Grant
PO Box 411
Miami, OK 74355


CCL Container
PO Box 95563
Chicago, IL 60694

CCL Plastic Packaging Inc
PO Box 71304
Chicago, IL 60694-1304


Cesar Del Solar
1612 N Frederick St
Burbank, CA 91505


CH Robinson Worldwide Inc
PO Box 9121
Minneapolis, MN 55480-9121


Challenged Athletes Foundation
11199 Sorrento Valley Road
San Diego, CA 92121


Champion Logistics Group
200 Champion Way
Northlake, IL 60164


Chanin Capital Partners LLC
1150 Santa Monica Blvd 6th Floor
Los Angeles, CA 90025


Charm Distributions
Malenkovskaya Street 32 Building 2A
Moscow, Russia 107113


Chatters Canada
274 28042 Hwy 11
Red Deer County, AB Canada T4s 2l4

Chellis R Derr
9446 Rt 422 Hwy West
PO Box 166
Shelocta, PA 15774


Chelsea Blackburn
8931 Quail Hill Way
Fair Oaks, CA 95628


Chelsea Ciari
26 Oregon Trail
Holden, MA 01520


Chemtrec
Accounts Receivable
PO Box 791383
Baltimore, MD 21279-1383


Cheri Bickar
25445 Southwick Dr
Unit 108
Hayward, CA 94544


Cheryl Burke Dance Inc
Care of Img New York
304 Park Ave South 5th Fl
New York, NY 10010


Chic Models
5353 Paoli Way
Long Beach, CA 90803

Chicago Aerosol LLC
1300 North Street
Coal City, IL 60416


Chona Lopez
10729 Sunny Brae Ave
Chatsworth, CA 91311


Chris Corres
1135 Cresthaven Lane
No 202
Naperville, IL 60564


Christian Rivet
79 Louis Saint Laurent
Aylmer, QC J9h5k9


Christie Wilhelm
N111 W15831 Vienna Ct
Unit 6
Germantown, WI 53022


Christina Zavala
24356 Chestnut St
Newhall, CA 91321-2842


Christine A Couture
4573 Willis Ave Apt 305
Sherman Oaks, CA 91403


Christine Smith
7659 Fine Oaks Place
St Louis, MO 63129

Christopher Farmer
406 Perrys School Rd
Colerain, NC 27924


Christopher Gill
3082 honeysuckle Hill Dr
Canyon Country, CA 91387-1524


Christyn C Hannigan
571 Windsor Dr
Fox Lake, IL 60020


Cinemachine Inc
4089 Liberty Canyon Rd
Agoura Hills, CA 91301


Cision Us Inc
PO Box 98869
Chicago, IL 60693-8369


Citrix Online Audio Services
Group LLC
80 River Street 5th Floor
Hoboken, NJ 07030


Citrix Online
File 50264
Los Angeles, CA 90074


City Of Hope
Attn Shayne Cashion
Salon Centric Cbs PO Box 579
Matthews, NC 28106

City Of Hope
National Professional Salon Ind
1055 Wilshire Blvd
Los Angeles, CA 90017


City Of Los Angeles Business Tax
Office Of Finance
PO Box 513996
Los Angeles, CA 90051


Clairian Productions Inc
5856 Hilmore Drive
Troy, MI 48085


Claudia Palacios
5947 Crumbling Ridge Street
Henderson, NV 89011


Click Model Management Inc
129 West 27th St
12th Floor
New York, NY 10001


Close To Home Industries LLC
Care of Josh Wells
5394 Jamies Oak Court
Cincinnati, OH 45248


Coast To Coast Computer Products
4277 Valley Fair St
Simi Valley, CA 93063

Code Management LLC
14 Penn Plaza
West 34th Suite 1315
New York, NY 10122


Columbia Beauty Supply Inc
Att Lee Spencer
PO Box 579
Matthews, NC 28106


Command Transportation LLC
2633 Paysphere Circle
Chicago, IL 60674


Comp24 LLC
PO Box 2292
New York, NY 10116


Complete Hairdressing
Supplies Pty Ltd
112 Greenway Road
Greenside 2193 JHB South Africa


Computer Supply
21540 Prairie St Unit F
Chatsworth, CA 91311


Conde Nast Publications
Care of Pnc Bank
PO Box 822097
Philadelphia, PA 19182-2097

Condensa Sa
Avenida Marathon 2879
Santiago, Chile


Connie Sutherland
412 Sw 6th Circle
Battle Ground, WA 98604


Consolidated Disposal Srvs
PO Box 78829
Phoenix, AZ 85062-8829


Core Talent
PO Box 864377
Plano, TX 75086


Coronet Printing
9260 Owensmouth
Chatsworth, CA 91311


Cosmetic Technologies
823 S Main St
Findlay, OH 45840


Cosmo Group
F 32 2A
Block 4 Clifton
Karachi, Pakistan


Cosway Company Inc
2500 S Edison Way
Dominguez Hills, CA 90220

Cosway Company Inc
Dept 0876
Los Angeles, CA 90084-0876


Courtney Richardson
955 Lewis Ave
Unit 6
Eugene, OR 97402


Craig Sumner
1129 Eastview Dr
Rantoul, IL 61866


Creations By Faye Inc
3473 Coeur Dalene Dr
West Linn, OR 97068


Creative Age Commun Inc
7628 Densmore Avenue
Van Nuys, CA 91406


Creative Management Agency
Christian James
7 Timothy Road
Wayne, NJ 07470


CRG Partners Group LLC
11835 West Olympic Boulevard
East Tower Suite 705E
Los Angeles, CA 90064

CRG Partners Group LLC
2 Atlantic Ave
Boston, MA 02110

Crowe Horwath LLP
15233 Ventura Blvd 9th Floor
Sherman Oaks, CA 91403

Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264-1173

Crown Transportation Inc
Crown Limousine LA
12300 W Washington Blvd
Los Angeles, CA 90066

Ct Coporation
PO Box 4349
Carol Stream, IL 60197

Cyndi Phalor
PO Box 54693
Lexington, KY 40555

Cynthia Cazin
1253 Cedar Blvd
Pittsburgh, PA 15228

Cynthia Filyaw
5611 Hwy 58
Number 2
Harrison, TN 37341

Cynthia Freeman
129 Rebels Rd
Newport, TN 37821


Cynthia Gaudet
21055 Waterfront East Dr
Maurepas, LA 70449


D and B
PO Box 75434
Chicago, IL 60675


Dahlhouse Productions
6351 Primrose Ave
Los Angeles, CA 90068


Dalen Mcmillon
2614 E 8th Ave
Spokane, WA 99202


Dan Rojas
14417 1 2 Terra Bella St
Panorama City, CA 91402


Dana Miller
694 Amwell Road
Hillsborough, NJ 08844


Daniel Love
Fidelity Media Services
PO Box 1791
Studio City, CA 91614

Danielle Danzuso
143 Greenbriar Drive
Pittsburgh, PA 15220


Danielle Lipski
32640 Nantasket Dr
Unit 47
Rancho Palos Verdes, CA 90275


Danielle Mark
421 Doane Ave
Staten Island, NY 10308


Danille Mandap
913 Munroe Ave
Winnipeg, MB R2k1j4


Danis Agency LLC
434 E Southern Rd
Tempe, AZ 85282


Darina Juikova
508 Sherman Street
Unit 37
Canton, MA 02021


David Gulino
467 Ringwood Ave
Wanaque, NJ 07465

David Hensley
2611 W Horatio St
Unit A
Tampa, FL 33609


David Mulhollen
152 Terrace Dr
Ellwood City, PA 16117


David Sean Mccarthy
9911 Rustic Rail Ln
Vienna, VA 22181


David Yaeger
3236 Penzance Ave
Camarillo, CA 93012


Dawn Atkinson
900 N 1535 E
Loda, IL 60948


Daylight Transport
PO Box 93155
Long Beach, CA 90809


Deana Kale
213 Blue Lake Ln
La Vergne, TN 37086


Deb Prouix Gerleman
14600 46th Avenue North
Chippewa Falls, WI 54729

Delaware Secretary Of State
Division Of Corporations
PO Box 11728
Newark, NJ 07101


Delilah Justiniano
688 W Railroad Street
Long Beach, MS 39560


Denise Ottomanelli
26519 Sheringham Rd
Perrysburg, OH 43551


Dept Of Treasury
IRS Acs Support
Stop 813g PO Box 145566
Cincinnati, OH 45250


DesignWorx Packaging
31 Orchard Street
Lake Forest, CA 92630


Desiree Reyes
1325 Parkhurst St
Simi Valley, CA 93065


Dev Rice
5050 Woodman Ave Apt 3
Sherman Oaks, CA 91423


Dfw Zees Group
7021 Falling Springs Rd
Fort Worth, TX 76116

Digital2visual
6159 Santa Monica Blvd
Los Angeles, CA 90038


Dime Box Pictures
Care of Carter Baldwin
8254 W 4th St
Los Angeles, CA 90048


Diplomat Packaging Co
13010 Bradley Avenue
Sylmar, CA 91342


Dmv Renewal
PO Box 942894
Sacramento, CA 94294-0895


Donahue Models
Annette Donahue Models And Workshop
14 Rome Ave
North Providence, RI 02904


Donna Gysin
22431 Collins St
Woodland Hills, CA 91367-4431


Doreen Imperial
22961 Blue Bird Drive
Canyon Lake, CA 92587


Duff and Phelps LLC
12595 Collection Center Dr
Chicago, IL 60693

EA Logistics
PO Box 66459 Ohare Field
Chicago, IL 60666-0459


Earth Axxessories
9808 San Luis Trail
Austin, TX 78733


Easy Way Transportation
PO Box 341474
Arleta, CA 91334


Eckert Seamans Cherin and
Mellot LLC
600 Grant Street 44th Floor
Pittsburgh, PA 15219


Ecoly International Inc
21551 Prairie Street
Chatsworth, CA 91311


Eddie Ozuna
7615 Highcliff St
Rosemead, CA 91770


Edgar Huber
73 Worth St
New York, NY 10013


Eduardo Gonzales
8123 Magnolia Ave
Apt 35
Riverside, CA 92504

Eie Global Sarl
49 Bis Ave Franklin Roosevelt
77210 Fontainebleau, Avon
France


Elaine Dixon
2014 Tower Place
Apt 1
Greenville, NC 27858


Eleen Abadjian
10567 Hillhaven Ave
Tujunga, CA 91042-1542


Elissa Drake
5740 S 2775 W
Roy, UT 84067


Elizabeth Gopwani Nguyen
4515 S Durango Drive
Unit 2080
Las Vegas, NV 89147


Emidio Tripodi
836 Ritchie Hwy 15
Severna Park, MD 21146


Emiliani Enterprises
600 Green Lane
Union, NJ 07083-8074

Emmanuelle Fortin
15940 Bourdages
Sud St Hyacinthe, QC
Canada J2t3p8

Epic The Salon
17247 Ventura Blvd
Encino, CA 91311

Eric J Allen
22000 Napa Street
West Hills, CA 91307

Eric Mclemore
819 Virginia St Unit 2901
Seattle, WA 98101

Erica Conan
15850 N Thompson Peak Parkway
Apt 1169
Scottsdale, AZ 85260

Erica Farnham
4 Bluberry Lane
Holden, MA 01520

Erika Themaras
10000 E Imperial Hwy F202
Downey, CA 90242

Erin Hughes
4826 Cayuga Road
Rockford, IL 61107

Erin Toomey
425a Evans Mill Drive
Evans, GA 30809


Ervin Cohen and Jessup LLP
9401 Wilshire Blvd 9th Fl
Beverly Hills, CA 90212


Esp Salon Sales
210 44th Street East
Saskatoon
Saskatchewan, Canada S7k8a7


Estere Ethel Eman
Care of Voicemedia
Via dei Valtorta 9
Milano, Italy 20127


European Beauty Distribution SRL
Via Poggio Gagliaro N14
Montescudaio, Italy 56040


European Beauty Distribution
Via di Poggio Gagliardo
14 C 56040 Montescudaio, Italy


Events Staging
600 Industrial Dr
Orwigsburg, PA 17961

Exclusive Artist Mgmt Inc
7700 Sunset Blvd
Suite 205
Los Angeles, CA 90046


Expac
8132 Firestone Blvd unit 56
Downey, CA 90241


Extreme Art & Destinations LLC
8635 West Sahara Pmb 577
Las Vegas, NV 89117


Fabian Barcena Trade Solutions
Avenida Vitacura 3568 Of 604
Vitacura
Region Metropolitana, Chile


Falynn Thompson
Care of Flawless Flowers By Falynn
19365 La Guardia
Rowland Heights, CA 91748


Farella Braun and Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104


Fdc Reports Inc
PO Box 7247 8007
Philadelphia, PA 19170-8007

Federal Express
PO Box 7221
Pasadena, CA 91109-7321


Fedex Freight
Dept La
PO Box 21415
Pasadena, CA 91185-1415


Fernando Narro
8123 Magnolia Ave
Unit 35
Riverside, CA 92504


Ford Models Inc
PO Box 29629
General Post Office
New York, NY 10087


Four Star NY
Attn Michael Sudaley
385 Oser Ave
Hauppauge, NY 11788


Fraganica
Col Izaguirre Compleja Industal
San Miguel Bod 1
Tegucigalpa, Honduras


Franchise Tax Board
Attn Ron Balek
600 W Santa Ana Blvd Ste 300
Santa Ana, CA 92701

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0601


Freddie Harris
24935 Ave Kearney
Valencia, CA 91355


Friends A S
Industruveien 9
1890 Rakkestad, Norway


FTI Consulting Inc
PO Box 631916
Baltimore, MD 21263


Furgang and Adwar LLP
Centerock East
2 Crosfield Ave Ste 210
West Nyack, NY 10994


Gabby Nordeman
930 Mission Road Unit 34
South San Francisco, CA 94080


Galpin Jaguar Lincoln Mercury
15430 Roscoe Blvd
Van Nuys, CA 91406


Gary Hunt
1676 Pineview Rd
Randleman, NC 27317

Gateway Military Sales LLC
16024 Manchester Road Suite 235
Wildwood, MO 63011


Gene Hays
532 Channel Ct
Farfield, CA 94534


George Imperial
22961 Blue Bird Dr
Canyon Lake, CA 92587


Girl Bar Inc
652 N Lapeer Drive
West Hollywood, CA 90069


Global Access
5581 Mistridge Dr
Rancho Palos Verdes, CA 90275


Goldberg Kohn Bell Black
Rosenbloom and Moritz Ltd
55 East Monroe St Suite 3300
Chicago, IL 60603-5792


Golden Orchid
New World Offices East Wing
Suite 921 23 24 Salisbury Rd
Tsimshatsui, Kowloon Hong Kong

Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109


Google Inc
Dept 34256
PO Box 39000
San Francisco, CA 94139


Google
1600 Amphitheatre Parkway
Mountain View, CA 94043


Grainger Inc
Dept 853429116
Palatine, IL 60038-0001


Graphics Plus
21110 Nordhoff St Unit N
Chatsworth, CA 91311


Graymar Heating And Air
Conditioning
28381 Connie Ct
Canyon Country, CA 91387


Great Clips Inc
Attn Christie Hansen
7700 France Ave S Suite 425
Minneapolis, MN 55435

Green Guard
PO Box 2524
North Hills, CA 91393


Green Hasson and Janks LLP
10990 Wilshire Blvd 16th Flr
Los Angeles, CA 90024-3929


Gwen Kirpatrick
PO Box 1148
Badin, NC 28009


GXS Inc
9711 Washingtonian Boulevard
Gaithersburg, MD 20878


GXS Inc
PO Box 640371
Pittsburgh, PA 15264-0371


Hairart Inc
400 West 157th Street
Gardena, CA 90248


HairConcepts GmbH
Rheinstrasse 20 22
Mulheim a d Ruhr
45478 Germany


Hairheathens
5812 Wentworth Ave S
Minneapolis, MN 55419

Hairium Ltd
Vapaudenkatu 48 50
Jyvaskyla 40100 Finland


Hannnon Heibert
305 2241 14 Street SW
Calgary, AB T2t3t4


Harco
488 Wellington St West
Suite 204
Toronto, Ontario M5v 1e3


Harris NA
111 W Monroe Street
Suite 1200
Chicago, IL 60603


Hayley Taylor Block
2028 Beachwood Drive No 2
Los Angeles, CA 90068


Hearst Magazines
PO Box 905114
Charlotte, NC 28290-5114


Heartland Payment System
One Heartland Way
Jeffersonville, IN 47130


Heather Frost
23592 Windsong 20j
Aliso Viejo, CA 92656

Heather Hebron
511 S Beachwood Dr
Burbank, CA 91506-3007


Heather Lucht
4341 Horizon North Pkwy
Apt 316
Dallas, TX 75287


Heather Maxwell
1110 Thompson Rd
Bunnlevel, NC 28323


Heather Ruckdaschel
CO State Beauty Supply
10405 B East 55th Place
Tulsa, OK 74146


Salon Centric Bai Stores
Attn Mary Beth Watjen
PO Box 170
Pinellas Park, FL 33780


Heather Sprinkle
610 Sunrise Dr
Unit 2d
Santa Maria, CA 93455


Heidi Bryde
208 Pleasant Grove Lane
Mooresville, NC 28115

Heidi Favia
4408 Murietta Ave No 2
Sherman Oaks, CA 91423


Heidi Meek
4708 Longridge Ave
Sherman Oaks, CA 91423


Henry H Tarica
Dba Tarix Instant Print
6279 Variel Ave Suite H
Woodland Hills, CA 91367


Herbert W Allen Co Inc
7221 A Cangoa Ave
Canoga Park, CA 91303


Holley Munnerlyn
230 Talltree Lane
Columbia, SC 29229


Holli Burdge
538 Bimini Bay Blvd
Apollo Beach, FL 33572


Holli Schmidt
6408 Grenada Island
Apollo Beach, FL 33572


Hollywood Model Management
Dba Hollywood Select Talent
6408 Selma Ave
Hollywood, CA 90028

Home Cooking Inc
Attn Francisco Carvalho
PO Box 48320
Los Angeles, CA 90048


Homero Rojas
14417 1 2 Terra Bella St
Panorama City, CA 90402-1497


Hope Newman
11866 Old Hwy 67
Biloxi, MS 39532


Horacio Carranza
13500 Harley Ave
Sylmar, CA 91342-3070


Horwood Marcus and Berk Chartered
Suite 3700
180 North Lasalle St
Chicago, IL 60601


Housewares Charity Foundation
Attn Judy Colitz
1826 Paysphere
Chicago, IL 60674


Hudson Global Resources
75 Remittance Dr
Suite 645
Chicago, IL 60675

Hugo Mena
3817 Portola Ave
Los Angeles, CA 90032


Ian Browning
136 W Ash Ave
Fullerton, CA 92832


Idesigns Event Services Inc
5661 W Pico Blvd
Los Angeles, CA 90019


Ijs Global Inc
5 High Ridge Park
Suite 100
Stamford, CT 06905


Ileen Carston
31843 Outer Hwy 10
Redlands, CA 92373


Imperial Capital
2000 Ave Of The Stars 9th Fl South
Los Angeles, CA 90067


Instant Fire Protection LLC
7811 Alabama Ave 6
Canoga Park, CA 91304


Institute Of Courage
Care of Michael Orourke
1408 Topanga Canyon Blvd
Topanga, CA 90290

Intercall
PO Box 281866
Atlanta, GA 30384-1866


Internal Revenue Service
Post Office Box 30507
Los Angeles, CA 90030-0507


International Cosmetics &
Regulatory Specialists LLC
947 A Manhattan Beach Blvd
Manhattan Beach, CA 90266


Interscope Geffen A&M
Attn Taylor Maligmat
2220 Colorado Ave
Santa Monica, CA 90404


Ion International Talent Inc
12472 Park Ave
Windermere, FL 34786


Isbn
207 E Ohio St 361
Chicago, IL 60611


Ivory Orourke
Beauty Body and More
17338 Ventura Blvd
Encino, CA 91316

Jack Nadel International Inc
Dept 9649
Los Angeles, CA 90084-9649


Jag Logistics LLC
1058 E 230th St
Carson, CA 90745


Jaguar Credit
Department No 193901
PO Box 55000
Detroit, MI 48255-1939


James Morrison
21815 Ulmus Drive
Woodland Hills, CA 91364


James R Vanderschaaf
Dba Jrs Handling
10229 Glade Ave
Chatsworth, CA 91311


Jamie Ball
84 1 2 Second St
Xenia, OH 45385


Jamie Hartdige
Hartseekers Hair Salon
3564 Potomac Ave
Los Angeles, CA 90016

Janice Greaves
2684 Glendale Blvd
Los Angeles, CA 90039-2763


Janine Cook
6 Jessica Lane
Wakefield, MA 01880


Jasmine Dashtizad
314 N Sierra Bonita Ave
No 208
Los Angeles, CA 90036


Jasmine Tang
13 Hunter Drive
Derry, NH 03038


Javier Rivera
18 Woodland Street
Methuem, MA 01844


Jchristian Studio Inc
7465 Lancaster Pike
Suite F
Hockessin, DE 19707


Jeanine Marie Ferrara
61 Turner St
Mantua, NJ 08051


Jeff Geisinger
17822 Ingleside Rd
Cleveland, OH 44119

Jeffrey Geisinger
17822 Ingleside
Cleveland, OH 44119


Jen Sall
444 S Venice Blvd
Unit 2
Venice, CA 90291


Jen Westley
109 Ne 7th St
Battle Ground, WA 98604


Jenifer Farris
3003 E Ruby Hill Dr
Pleasanton, CA 94566


Jenifer Pietrzak
1630 Saginaw Rd Se
Grand Rapids, MI 49506


Jennifer Buchannan
CO State Beauty Supply
10405 B East 55th Place
Tulsa, OK 74146


Jennifer Hyde
7222 Eccles
Dallas, TX 75227


Jennifer Parks
10300 NW River Hills Drive
Parkville, MO 64152

Jerry Morrison
4853 E Wasatch Dr
Anaheim, CA 92807


Jesseca Turner
989 S South St
Wilmington, OH 45177


Jessica Biggs
2991 Wolverine Rd
East Tawas, MI 48730


Jessica Booker
2900 Fix Road
Grand Island, NY 14072


Jessica Caughron
134 Amity Dr
Waterloo, IA 50701


Jessica Gillespie
2723 Bob White Trl
Duluth, GA 30096


Jessica Palmer
3656 C St
Rocklin, CA 95677


Jessica Perez
1980 Foothill Drive
San Bernardino, CA 92404

Jessica Prinslow
5000 Ne 72nd
Unit D19
Vancouver, WA 98661


Jessica Sciortino
43857 37th Street West
Lancaster, CA 93536


Jessica Wessels
412 Main St
Cedar Falls, IA 50613


Jessica Whigham
400 Burt Dr Apt D57
Dothan, AL 36305


Jet Reports
10450 Sw Nimbus Suite B
Portland, OR 97223


Jh and F Inc
1308 Waterloo Ave
Los Angeles, CA 90026


Jillynn Vicki Snyde
7625 Reseda Blvd Unit 102
Reseda, CA 91335-7401


Jimmy Melton
503 49th Street
Columbus, GA 31904

JJ Keller & Associates
3003 W Breezewood Lane
Post Office Box 548
Neenah, WI 54957-0548


JL Kropp Trucking Inc
PO Box 91691
Los Angeles, CA 90009


JM Wechter and Associates
569 Main Street
Monroe, CT 06468


Joan Raimo
409 Canyon Dr
Glendale, CA 91206


Joar Labs Inc
PO Box 250730
Glendale, CA 91225


Jodi Laurutis
27013 Karns Court Unit 2204
Canyon Country, CA 91351


Jody Domingue
5770 Melrose Ave
Suite 204
Los Angeles, CA 90038


Joelle Giangreco
21 Petersbrook Circle
Lancaster, NY 14086

John Baker
PO Box 13
423 E 3rd St
Bloomsburg, PA 17815


John G Ball
2911 Turtle Creek Blvd
Suite 300
Dallas, TX 75219


John Lew Photography LLC
7725 S Frisco Ave
Tulsa, OK 74132


John Poppee
1108 Gracewind Court
Cincinnati, OH 45231


John Reinhardt
381 Marlborough St
Boston, MA 02115


John Sherlock
109 Sycamore Rd
Greenbrier, TN 37073


John Woodman
22400 Lanark St
West Hills, CA 91304


Jorge M Jimienez
18307 Elkwood St
Reseda, CA 91335

Josh Durham
3206 Harbor Point
Rowlett, TX 75088


Josh Perez
1635 E Washington Ave
Unit 18
Escondido, CA 92027


Josh Smith
9 Marion St
Goffstown, NH 03045


Juan Martin Arias
21217 Gault St
Apt 27
Canoga Park, CA 91303


Julia Gastelum
7520 E Billing St
Unite 1088
Mesa, AZ 85207


Julienne Almario
16855 Blackhawk Street
Granada Hills, CA 91344


Julio Anleu
Super Express Cleaning
211 N Alexander St
San Fernando, CA 91340

Just Imagine
Care of Steve Cohen
8424 Hillcroft Drive
West Hills, CA 91304


Justin Michael Sweat
1409 Division Ave
Boise, ID 83706


Justin Vineyards & Winery Inc
11680 Chimney Rock Road
Paso Robles, CA 93446


K B Contract Interiors
8371 Canoga Ave
Canoga Park, CA 91304


Kaitlan Wilson
Attn Sean Mcpartlen
2001 Meridian Ave Unit 304
Miami Beach, FL 33139


Kaitlyn Addy
103 Benfield Rd
Severna Park, MD 21146


Kalamazoo Store Fixtures
915 Gibson Street
Kalamazoo, MI 49001


Kaluga Pro Beauty Group S A
Blv Espana 2103 Esq Pablo de Maria
Montevideo Uruguay

Kandee Jackson Smith
154 Sandstone Rd
Columbia, SC 29212

Karina Lutzy
4322 Glencoe Ave Apt 5
Marina Del Rey, CA 90292-7617

Karl Heinz Pitsch
5505 Villawood Circle
Calabasas, CA 91302

Kate Endsley
PO Box 86
Mahomet, IL 61853

Kate Reeves
111 Ave Del Poninent
Unit 3
San Clemente, CA 92672

Katherine Frank Creative Inc
1009 N Lombard Rd
Lombard, IL 60148

Katherine J Kyman
Attorney At Law
29309 Bluewater Rd
Malibu, CA 90265

Kathy Bennet
80 Union St
Mt Clemens, MI 48043

Katie Wahl
14185 46th Ave
Chippewa Falls, WI 54729


Katiejo Kardel
30 Prices Lane
Staten Island, NY 10314


Katrina Cahill
105 Craighead Street
Pittsburgh, PA 15211


Kayla Cardona
25484 Mosswood Way
Lake Forest, CA 92630


KC Harte
102 Shinnecock Hill
Avondale, PA 19311


Keith Gulbranson
732 Greewich Dr
Thousand Oaks, CA 91360


Kellie Pickler Touring Inc
Care of Flood Bumstead Mccready
PO Box 331549
Nashville, TN 37203


Kellie Pickler
CO Fitzgerald Hartley
1908 Wedgewood Ave
Nashville, TN 37212

Kelly Bileddo
4645 Kirk Dr
Barnhart, MO 63012


Kelly Deserio
1385 Stuyvesant Ave
Apt 204
Union, NJ 07083


Kelly Mccool
124 Gilroy St
Dunmore, PA 18512


Kendra Hubbarth
3460 S Platte River Dr
Apt 8205
Sheridan, CO 80110


Kendra Teasley
114 Settlers Way
Hendersonville, TN 37075


Kent H Landsberg Company
Dept 6106
Los Angeles, CA 90084


Keren Aks
Dba Catering By Keren
19528 Ventura Blvd
Tarzana, CA 91356

Kerry Kline
3775 Sw 19th St
Fort Lauderdale, FL 33312


Kevin Michael Toomey
425 A Evans Mill Dr
Evans, GA 30809


Kik Custom Products
1120 S. Walton Blvd
Suite 128
Bentonville, Arkansas


Kim Busse
3910 77th Place East
Sarasota, FL 34243


Kim Dolphin
629 Beaty Street
Davidson, NC 28036


Kimberly Donovan
6650 Vista Del Mar Apt 2
Playa Del Rey, CA 90293-7574


Kimberly Mckee
2908 Stanford Ave
Dallas, TX 75225


Kiso Overhead Doors Inc
12025 Vose St Unit 5
North Hollywood, CA 91605

Krista Volker
537 Main St
Denver, PA 17517


Kristi Lynn Unis
63 B 16th Ave
Elmwood Park, NJ 07407


Kristin Newsom
4016 Forrestal Av
Orlando, FL 32806


Kristin Taggart
65 N Edison Street
Murray, UT 84107


L&M Modeling & Talent Agency
Hilton Plaza
1726 Reisterstown Rd Suite 207
Pikesville, MD 21208


LA Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808


La Dolce Vita Inc
Care of Autumn Federici
10862 Bloomfield Street 106
Studio City, CA 91602


La Dove Inc
PO Box 5169
Hialeah, FL 33014

La Maison Amico
3155 Boul J B Deschamps
Lachine, QC H8t 3e4


Lacey Spurgin
PO Box 661
Van Buren, MO 63965


Lance Gines
2121 N 28th St
Boise, ID 83703


Lane Pr
905 Sw 16th Ave
Portland, OR 97205


Laura Gardner Elsen
13842 Se 134th
Clackamas, OR 97015


Laura Hickenboth
518 Glenhaven Drive
Pittsburgh, PA 15116


Laural Packaging Group
743 Via De La Paz
Pacific Palisades, CA 90272


Lauren Dale Schofield
3016 Dotti Drive
Phoenix City, AL 36870

Leah Josie Chava
365 E 46th Ave
Eugene, OR 97405


Leane Coladonato
148 East Mainstreet
Bloomsburg, PA 17815


Leilani Lacson
374 1 2 Walnut Ave
Long Beach, CA 90802


Lesley Thornton
4335 Vinceland
Unit 204
Studio City, CA 91602


Lesli Latt
23116 Lull St
West Hills, CA 91304-4520


Leslie Strickland
504 Sweet Peach Lane
Fort Mill, SC 29715


Levenfeld Pearlstein LLC
2 N Lasalle St
Ste 1300
Chicago, IL 60602


Lightbox Studio
7122 Beverly Blvd
Los Angeles, CA 90036

Linda Bolduc
195 Forest Park Rd
Dracut, MA 01826


Linda Caines
29972 Granger Place
Castaic, CA 91384


Lindsay Counterman
882 S 750 W
Angola, IN 46703


Lindsay Mills
111136 Hesby Street Unit 302
North Hollywood, CA 91601


Lindsay Mundell
1320 N Sycamore Ave Unit 310
Los Angeles, CA 90028


Lindsay Sinclair
102 3010 Washington Ave
Victoria BC, V9a 1p6


Lindsy Atkinson
14902 Old Biloxi Rd
Vancleave, MS 39565


Lionel Sawyer and Collins
1700 Bank Of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Lisa Baker
227 S Lehigh Ave
Frackville, PA 17931


Lisa Beltran
14067 Tyler St
Sylmar, CA 91342


Lisa Clements
2359 Hayes Ave
Fremont, OH 43420


Lisa Doherty
1325 Colby Dr
Lewisville, TX 75067


Lisa Jacobson
9682 Buckingham Drive
Eden Prairie, MN 55347


Liz Mefford
33 South Emerson
Denver, CO 80209


Liza Reyes
16855 Blackhawk St
Granada Hills, CA 91344-7302


Lloyds Global Logistics
615 N Nash Street
Suite 303
El Segundo, CA 90245

Lonn Bogart Jr
144 Carey Ave
Wilkes Barre, PA 18702


Lora Boyer
186 Heckman Rd
Temple, PA 19560


Lorenz and Opdahl LLP
4130 Cahuenga Blvd Suite 205
Toluca Lake, CA 91602


Los Angeles County Tax Collect
PO Box 54027
Los Angeles, CA 90054-0027


Louie Mercado
Dba L and L Logistics
810 S Vincent Ave
Azusa, CA 91702


Ludmila Couture
8271 Melrose Ave
Unit 101
Los Angeles, CA 90046


Luis Espinoza
4922 Gambier St
Los Angeles, CA 90032

Luxe Beauty Holdings Corporation
Thoma Cressey Bravo Inc
300 N La Salle Street Suite 4350
Chicago, IL 60654


Luxe Beauty Midco Corporation
21551 Prairie Street
Chatsworth, CA 91311


Lyncie Radford
3922 E 154 N
Rigby, ID 83442


M Craig & Associates
Attn Jennifer Craig
1112 Montana Ave
Santa Monica, CA 90403


M K Hanrahan Construction
6 Jessica Lane
Wakefield, MA 01880


Mackenzie Grace Perez
1046 Cecil Drive
Kankakee, IL 60901


Madison Capital Funding LLC
30 South Wacker Drive
Suite 3700
Chicago, IL 60606

Maka Beauty Lv
180 Cassia Way Suite 508
Henderson, NV 89104


Malys Midwest
Attn Sue Kableman
4555 Danvers St Se
Grand Rapids, MI 49512


Malys of California
28145 W Harrison Pkwy
Valencia, CA 91355


MAP Corporation
812 Daeryong Dream Tower 1
684 3 Deungchon dong Gangseo gu
Seoul, Korea


Marc Mapile
6210 Reseda Blvd
Unit 102
Reseda, CA 91335


Marcia Thornhill
440 Main St
Moscow Mills, MO 63362


Marcy Ferguson
1727 Meharry Street
Lafayette, IN 47904

Margaret Mcclellan
21 South State St
Unit 1
Concord, NH 03301


Margie Hill
8758 Shady Shore Drive
Frisco, TX 75034


Margot Becker
Brynt University
1150 Douglas Pike Box 1309
Smithfield, RI 02917


Maria A Navarrete
2336 N Bolivar Rd
Unit G3
Springfield, MO 65803


Maria Isabel Delos Santos
29419 Poppy Meadow St
Canyon Country, CA 91387


Maria L Garcia De Rojas
14417 1 2 Terra Bella St
Panorama City, CA 91402


Maria Mccullough
1255 Rockbass Rd
Suwanee, GA 30174

Maria Vansant
10962 South Maple Forrest Way
South Jordan, UT 84095


Maria Venegas
9242 Ventura Way
Chatsworth, CA 91311


Marilyn Huynh
177 Washinton St Unit 3
Lynn, MA 01902


Marilyn S Sylvestre
676 Crane Prairie Way
Osprey, FL 34229


Mario Escamilla
23450 Newhall Ave SPC 137
Newhall, CA 91321-3141


Mariott Warner Center
21850 Oxnard St
Woodland Hills, CA 91367


Marjan Barabian
1170 Foster City Blvd Unit 203
Foster City, CA 94404


Mark Milner
23709 Strathern Street
West Hills, CA 91304

Mark Urias
43857 37th Street West
Lancaster, CA 93536


Marketing Drive
PO Box 95012
Palatine, IL 60095


Marla Juliano
4594 Clubview Drive
Bessemer, AL 35022


Marlene Amezcua
1362 W 19th St
San Pedro, CA 90731


Match Creative Talent
303 North Sweetzer Ave
Los Angeles, CA 90048


Matson America Transportation
Services
PO Box 714491
Columbus, OH 43271


Mayra Guerrero
12345 Bali Street
Victorville, CA 92392


MC Funding Ltd
Monroe Capital LLC
311 South Wacker Drive Suite 6400
Chicago, Illinois 60606

Mccann Florist
PO Box 370412
Reseda, CA 91337-1161


Mckernan Packaging
PO Box 7281
Reno, NV 89510


Megan Christensen
795 West 570 South
Richfield, UT 84701


Megan Costic
25525 Fitzgerald Ave
Stevenson Ranch, CA 91381


Megan Deprinzio
531 Armand Dr
Troy, OH 45373


Mehgan Pearson
345 Woodbine Blvd Sw
Calgary, AB T2w4k8


Mei Han Hsv
245 E 19th St Apt 105
New York, NY 10003


Melanie Knapp
10 Ellis Rd
East Hampton, CT 06424

Melissa Paldino
307 E 85th St
Apt 1ef
New York, NY 10028


Merrill Communications LLC
Cm 9638
St Paul, MN 55170-9638


Michael Frow
638 Crane Prairie Way
Osprey, FL 34229


Michael Lively
1400 Candlelight Cove
Flower Mound, TX 75028


Michael Orourke
Care of Institute Of Courage
1408 Topanga Canyon Blvd
Topanga, CA 90290


Michael P Walsh
601 S Prospect Ave Ste 304
Redondo Beach, CA 90277


Michele Aguilar
3195 Hillview Ct
Concord, CA 94519


Michele Pellerito
24 Graig Ct
Elmwood Park, NJ 07407

Michele Talon
1832 Oriole Drive
Sudbury Ontario
Canada P3e-2w6


Michelle Mercado
260 N Victoria Ave
San Jacinto, CA 92583


Michelle Napierala
741 Burrough Road
Attica, NY 14011


Michelle Rohrer
160 Chester Ave
Phoenixville, PA 19460


Michelle Rondeau
1404 10101 Saskatchewan Dr Nw
Edmonton, AB T6e 4r6


Michelle Rouzer
305 East 66th Street
Savannah, GA 31405


Michelle Webb
Number 3302 1657 E 12th Ave
Vancouver, BC V52a2


Michelle Young
16200 Tanea Drive
Reno, NV 89511

Miguel Angel Lopez
6822 San Luis Ave
Bell Gardens, CA 90201


Mike Mcdonagh
280 Josephine St
Box 871
Winghan, Ontario Nog2wo


Mike Schneberg
1006 Thundrbird Lane
Naperville, IL 60563


Millennium Promotional Models Inc
29770 Shenandoah Ln
Canyon Country, CA 91387


Miranda Griffith
5283 Butternut Ct East
Columbus, OH 43229


Mission Burrito
2161 Tapo Street
Simi Valley, CA 93063


Missy Croquart
420 W River Dr
Apt 404
Davenport, IA 52801

Mma
106 South Bellevue Ave
Ste 212
Langhorne, PA 19047


Mma
8422 Melrose Place
Los Angeles, CA 90069


Mmk Management
Care of Hakop Ketsoyan
8225 Santa Monica Blvd
West Hollywood, CA 90046


Model And Talent Management
875 124th Ave Ne Ste 201
Bellevue, WA 98005


Models Inc Talent Agency
38 Quail Ct 201
Walnut Creek, CA 94596


Modern Salon Media
Attn Dawn Neilson
400 Knightsbridge Pkwy
Lincolnshire, IL 60069


Modern Salon
4309 Paysphere Circle
Chicago, IL 60674

Moore and Van Allen PLLC
PO Box 65045
Charlotte, NC 28265-0045


Morgan Andersen
1096 Lincoln Ave
Pomona, CA 91767


Morvisual Inc
Dba M2 Event Design
7122 Beverly Blvd G
Los Angeles, CA 90036


Motion Picture Duplicating Lab
9943 Canoga Ave
Chatsworth, CA 91311


Mr Bs Flowers
7217 Corbin Ave
Winnetka, CA 91306


Mtm Agency
1090 Lincoln Ave Suite 3
San Jose, CA 95125


Mylene Villaruz
26318 Mitchell Pl
Stevenson Ranch, CA 91381-1139


Nadirah Volpe
11107 Kling St
N Hollywood, CA 91602

Nancy Wilhelm
17627 Nordhoff Street
Northridge, CA 91325


Natalie Morejon
3350 West Hillsborough Ave
Apt 216
Tampa, FL 33614


Natas
Attn Leah Weber One Life To Live
320 W 66th St
New York, NY 10023


Natasha Peters
384 Calhoun School Rd
New Bethlehem, PA 16242


National Model Talent Agency Inc
648 Trade Center Blvd
Chesterfield, MO 63005


National Notary Association
Processing Center
PO Box 541032
Los Angeles, CA 90054


Neil Sullivan
1123 Knollwood Drive
Safety Harbor, FL 34695

Netcentra Inc
556 Riverdale Dr
Suite A
Glendale, CA 91204


Neway Packaging Corp
PO Box 678637
Dallas, TX 75267-8637


Next Management LLC
15 Watts St
New York, NY 10013


Nicholas Hughes
3848 Ventura Canyn Ave
Sherman Oaks, CA 91423


Nicki Trager
414 Euphoria Circle
Cary, NC 27519


Nicole Deangelis
6 Village Rd
Florham Park, NJ 07932


Nicole Dubravski
655 Hazle Street
Apt 2
Wilkes Barre, PA 18702


Nicole Leal
5572 Valley Circle Blvd
Woodland Hills, CA 91367

Nicole Nixon
1321 Valjean Ave
Simi Valley, CA 93065


Nikki Caggiano
Psc 103 Box 2147
Apo, Ae 9603


Niky Vanhatten
1522 Valleybrook Dr Sw
Jacksonville, AL 36265


Nisha Sanok
9961 Lurline Ave
Unit 118
Chatsworth, CA 91311


NMHG Financial Services
PO Box 643749
Pittsburgh, PA 15264-3749


Nrt Ltl All
3000 E Via Mando
Rancho Dominguez, CA 90221


Nys Unemployment Insurance
PO Box 4301
Binghamton, NY 13902


Office Of Finance
PO Box 30359
Los Angeles, CA 90030-0359

OFSI Fund III Ltd
Orchard First Source Capital
2850 West Golf Road 5th Floor
Rolling Meadows, IL 60008


Old Dominion Freight Line Inc
File 030989
PO Box 60000
San Francisco, CA 94160


Omar Chavez
14417 Terra Bella St No 2
Panorama City, CA 91402


One Magnificent Model Inc
Pmb 411 333 W North Ave
Chicago, IL 60610-1293


Onebeacon
PO Box 4002
Woburn, MA 01888-4002


Orix Finance Corp
1717 Main Street
11th Floor
Dallas, TX 75201


Oscar Aguirre
6837 Oakdale Ave
Winnetka, CA 91306

Otto Models Corp
2901 W Coast Hwy 350
Newport Beach, CA 92663


Outsourcing Services Group Inc
425 South Ninth Avenue
City of Industry, CA 91746


Overnight Carrier Inc
PO Box 2909
Fontana, CA 92334


Paetec Communications Inc
PO Box 1283
Buffalo, NY 14240-1283


Pamela Williams
8235 Forsyth Blvd Suite 901
St Louis, MO 63105


Pampas Grill Inc
Attn Francisco Carvalho
PO Box 48320
Los Angeles, CA 90048


Paola Vottero
Firstbank Boulder
4770 Baselne Rd Ste 100
Boulder, CO 80303


Paradigm Packaging
PO Box 92272
Cleveland, OH 44193

Patti Tiffany
411 W 13th Street
Trenton, MO 64683


Pda Group
24935 Ave Kearney
Valencia, CA 91355


Pei Eichel Inc
11729 Santa Monica Blvd
Los Angeles, CA 90025


Pepko Beauty Group SA
Boyaca 661 Buenos Aires CF1406
Buenos Aires Argentina


Phillips Van Heusen Corp
Attn Cobra Corporate Benefits Dept
1001 Frontier Road
Bridgewater, NJ 8807


Photogenics LLC
Photogenics Smashbox
8549 Higuera Street
Culver City, CA 90232


Pinkerton Model And Talent Agency
8721 W Sunset Blvd Ph 1
West Hollywood, CA 90069


Pitney Bowes Financial Services
5101 Interchange Way
Louisville, KY 40229-2161

Pitney Bowes Global Financial
Services LLC
PO Box 856460
Louisville, KY 40285-6460


Pitney Bowes
Reserve Account
PO Box 856056
Louisville, KY 40285-6056


Pitsch Consulting
5505 Villawood Circle
Calabasas, CA 91302


Planet Hollywood Promotions
3667 Las Vegas Blvd
Las Vegas, NV 89109


Playback Studios LLC
14547 Erwin St
Van Nuys, CA 91411


Plaza 7 Talent
The Atrium Building
234 Mall Blvd Suite 110
King Of Prussia, PA 19406


Plus Hair Limitada
Mariano Sanchez Fontecilla 922
Las Condes, Santiago Chile

Pr Newswire Association LLC
GPO Box 5897
New York, NY 10087-5897


Premier Logistics Inc
10911 Cherry Street
Suite 201
Los Alamitos, CA 90720


Premier Salons Ltd
Attn Accounts Dept
3762 Fourteenth Ave Suite 200
Markham, Ontario L3r0g7


Premium Creative Labels Inc
PO Box 679
Murrieta, CA 92564-0679


Premium Equipment Company Inc
9710 Owensmouth Ave Unit H
Chatsworth, CA 91311


Printing Safari
9855 Topanga Canyon Blvd
Chatsworth, CA 91311


Prof consultants & Resources
Care of Cyrus Bulsara
6649 Wickliff Trail
Plano, TX 75023

Professional Beauty Distributors Inc
Attn Shari Wood
1770 Edgewood Dr
Simi Valley, CA 93063


Publimatic
Corso Cairoli 16
Tonrino, Italy 10123


Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Pussycat Dolls LLC
2220 Colorado Ave
Santa Monica, CA 90404


Q Model Management La
8618 W 3rd Street
Los Angeles, CA 90048


Quality Garage Door Co
6656 Charner St
Bell Gardens, CA 90201


Que Management Inc
350 Broadway
New York, NY 10013


Questex Media Group Inc
PO Box 504166
St Louis, MO 63150-4166

Qwest
Business Services
PO Box 52187
Phoenix, AZ 85072


Rachael Ann Horwith
9334 Crebs Ave
Northridge, CA 91324


Rachel Towsend
29972 Granger Pl
Castaic, CA 91384-4529


Rafe Hardy
24154 Vanowen St
West Hills, CA 91307


Raquel Rivera
2201 River Plaza Dr
Apt 303
Sacramento, CA 95833


Reach Chemical Consulting Ltd
947 Manhattan Beach Blvd
Suite A
Manhattan Beach, CA 90266


Rebecca Berro
5854 Roosevelt
Taylor, MI 48180

Rebecca Jacobs
122 Rosebury Dr
Canton, GA 30115


Redcoat Publishing LLC
842502
PO Box 842502
Boston, MA 02284


Regent Media
PO Box 809077
Chicago, IL 60680-9077


Regina Samantha Reyes
16611 Victory Blvd Unit 107
Lake Balboa, CA 91406


Regis Corporation
Care of Laura Holland
7201 Metro Blvd
Minneapolis, MN 55439


Renaissance Hotel Management Co
Dba Renaissance Hollywood Hotel
1755 North Highland Ave
Los Angeles, CA 90028


Renee Brandt
7349 W 110th St
Bloomington, MN 55438

Rent It Inc
2081 First Street Suite 200
Simi Valley, CA 93065-2819


Reyes Caudillo
1423 Stickley Ave
Celebration, FL 34747


Rhode Island Modeling Agency
127 Valley Street
East Providence, RI 02914


Richard Judson
3473 Coeur Dalene Dr
West Linn, OR 97068


Richard Maes
10520 Opus Dr
Riverview, FL 33579


Rina Ferguson
348557 15th Sideroad Rr Unit 5
Orangeville, ON L9w2z2


River Plate Inc
8944 Balcom Avenue
Northridge, CA 91325


Rivera Finance
Assignee For City Model Management
Dept 8244
Los Angeles, CA 90084

Roadway Express
PO Box 100129
Pasadena, CA 91189-0129


Robert J Herbold
The Herbold Group LLC
1106 108th Ave Ne Suite 203
Bellevue, WA 98004


Roberta Hart
4275 Alamo St Unit C
Simi Valley, CA 93065


Roberts Container Corporation
20545 Plummer Street
Chatsworth, CA 91311


Robin Crockett
241 Sheridan St
Brantford, Ontario, N3s4r4


Robin Sears
PO Box 1416
Shady Spring, WV 25918


Rocelia Anderson
210 Third St
Breckenridge, MI 48615


Rocky Sobon
70 Treasure Island Dr
Troy, MO 63379

Rod Sickler
116 S Garrard
Rentoul, IL 61866


Rona Jacobs
224 Holiday Circle
West Des Moines, IA 50265


Roshelle Wimmer
16397 Se Pyrite St
Damascus, OR 97089


Roxanne Perez
3101 E Artesia Blvd Unit 227
Long Beach, CA 90805


Royal Model Management
1827 Walden Office Square
Suite 400
Schaumburg, IL 60173


Ruby Manalansan
4620 Pra Drive
Pico Rivera, CA 90660


Sally L Tillman
11919 Old Hwy 67
Biloxi, MS 39532


Salon Centric
Attn Brittany Hickman
8001 Tower Point Rd
Charlotte, NC 18227

Salon Centric
Attn Howard Gibbs Distr Ctr
8031 114th Ave North 4000
Largo, FL 33773


Salon Innovations
4700 Quebec Ave
Minneapolis, MN 55428


Salvador Eliazo
1845 Phillips Way
Los Angeles, CA 90042


San Fernando Valley Pallet Co
20730 Deaborn St
Chatsworth, CA 91311


Sara Welch
7 Norwood Rd
Salem, NH 03079


Sargas CLO II Ltd
Pangaea Asset Management LLC
311 South Wacker Drive Suite 5200
Chicago, IL 60606


Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Schoeman Updike and Kaufman LLP
60 East 42nd Street
39th Floor
New York, NY 10165-0006


Schoeneman
210 Industrial Park Rd
Pottsville, PA 17901


Scottsdale Models LLC
414 South Mill Avenue
Suite 220
Tempe, AZ 85281


SCS Inc
2120 Colorado Ave Suite 150
Santa Monica, CA 90404


Secretary Of State
1500 11th Street
PO Box 944230
Sacramento, CA 94244-2300


Seeley Seeley Salon Professional
5 Nicole Court Grisborne
Victoria Australia 3437


Serena Rizo
1700 Seaspray Ct
Unit 2141
Houston, TX 77008

Shannon Bryson
14525 Rancho Copa Rd
Valley Center, CA 92082


Shannon Pettyjohn
19364 River Run Dr
Lake Oswego, OR 97034


Sharice Massehians
1715 Glenwood Rd
Glendale, CA 91201


Sharon Hart
702 S Dillingham Ave
Kissimmee, FL 34741


Shawn Bastian
1445 Talcott Road
Park Ridge, IL 60068


Sherry Bienert
9708 93 Ave
Fort Saskatchewan Alberta
Canada T8l1n2


Shipco Transport
311 West Artesia Blvd
Compton, CA 90220


Shotgun Digital Inc
5927 Franklin Ave Suite B
Hollywood, CA 90028

Shred It
North Los Angeles Inc
8600 Tamarack Ave
Sun Valley, CA 91352


Shyewest Inc
Dba Imagine This
1277 S Lyon Street
Santa Ana, CA 92705


Signature Management Inc
13624 Oakmont Dr
Victorville, CA 92395


Six Flags Magic Mountain
26101 Magic Mountain Parkway
Valencia, CA 91355


Skot Foss
935 1 2 Marco Place
Venice, CA 90291


Sloane La Martina
184 Donegal Ave
Newbury Park, CA 91320-3420


Smithstreet Solutions LLC
521 Fifth Ave
17th Floor
New York, NY 10175

Soda Brands Ltd
P 02 8356 9222 F 02 9331 5522
Suite 3A 140 William St
Woolloomooloo NSW Sydney Australia


Sole Icon
8981 Sunset Blvd Suite 306
Los Angeles, CA 90069


Solution Technology Inc
2625 Sandy Plains Rd Ste 106
Marietta, GA 30066


Sony Music Entertainment
Mellon Bank
Lockbox 371651 PO Box 371651
Pittsburgh, PA 15251


Sophi Thao Nguyen
110 Foxloop
Mc Comb, MS 39648


Sophie Wright
5 Monroe Drive
Hooksett, NH 03106


Southwest Sales
2135 S Brea Canyon Rd
Diamond Bar, CA 91765

Southwest Salon Sales
3392 Wonderland South Rd South
London Ontario
Canada, J3v5a4


Sparkletts
PO Box 660579
Dallas, TX 75266-0579


Specialists in Custom Software Inc
2120 Colorado Ave Suite 150
Santa Monica, CA 90404


Sport Clips Inc
Pmb 266
PO Box 3000
Georgetown, TX 78627


Sprint Solutions Inc
12524 Sunrise Valley Drive
Reston, VA 20196


Sprint
PO Box 54977
Los Angeles, CA 90054


Stacey Hornung
777 W Chandler Blvd
Apt 1392
Chandler, AZ 85225

Staffchex Inc
Care of Wells Fargo Business Credit
PO Box 202056
Dallas, TX 75320-2056


Stage Rite Productions
PO Box 683
Mineral Springs, NC 28108


State Beauty Supply
4180 Highway 162
Granite City, IL 62040


State Services Systems Inc
10405 B East 55th Place
Tulsa, OK 74146


Stefan Fanthorpe
644 Sunset Dr
Naperville, IL 60540


Stefanie Oppocher
12351 1 2 Riverside Dr
Valley Village, CA 91607


Stefano Grillini
Via dell Industria 80
Bogogna, Italy 40138


Stephanie Bogojevski
46658 Barbara
Macomb, MI 48044

Stephanie Goranson
35 Lucero Street
Thousand Oaks, CA 91360-2662


Steve Jarvi
2676 Bungalow Place
Corona Del Mar, CA 92625


Steven Barston Photography
3627 Armour Ave
Los Angeles, CA 90032


Steven Melito
292 Lake Ave
St James, NY 11780


Steward Edge Inc For Green Dot
North America
26 Wellington St East Suite 601
Tornoto, Ontario M5e 1s2


Stinson Morrison Hecker LLP
PO Box 219492
Kansas City, MO 64121


Summit West Fire Protection Co
19425 B Soledad Canyon Rd 309
Canyon Country, CA 91351


Super Express Cleaning
211 N Alexander St
San Fernando, CA 91340

Susan G Komen For The Cure
Attn Donor Services
PO Box 650309
Dallas, TX 75265-0309


Sydnee Davidson
17803 Superior St
No 101
Northridge, CA 91325


T Mobile
PO Box 51843
Los Angeles, CA 90051-6143


T Rowe Price Retirement Plan
PO Box 64012
Baltimore, MD 21264-4012


Tailwind Logistics
3755 Mahoning Ave
Youngstown, OH 44515


Talia El Zaatari
18331 Septo Street
Northridge, CA 91325


Tamara Counterman
2350 S 600 West
Angola, IN 46703


Tammie L Trissel
1509 Manor Ave NW
Canton, OH 44708

Tammy Graham
486 Lakeshore Rd
Thunder Bay, Ontario P7b5e4


Tania Quan
704 Nachi Way
Monterey Park, CA 91754


Tanna Massar
1658 Fern Forest Place
Delray Beach, FL 33445


Tanya Boos
3984 139th Street
Chippewa Falls, WI 54729


Tareana Davidson
Care of State Beauty Supply
10405 B East 55th Place
Tulsa, OK 74146


Tasia Marie Lockhart
11116 Mcvine Ave
Sunland, CA 91040


Tatum, LLC
PO Box 535152
Atlanta, GA 30353


Tawnya Pettingill
1829 Sutter Ave
Simi Valley, CA 93065

Tcsociety
1359 Eaglefen Drive
Diamond Bar, CA 91765


Technolene
Care of Louis Katz
174 W Foothill Blvd Unit 514
Monrovia, CA 91016


Tekgroup International Inc
1280 SW 36th Ave 204
Pompano Beach, FL 33069


Teresa Sese
10403 Eastborne Ave
Unit 4
Los Angeles, CA 90024


Terminix Processing Ctr
PO Box 742592
Cincinnati, OH 45274-2592


Terry Sobon
70 Treasure Island Dr
Troy, MO 63379


Thats Great News Thats Great Pr
PO Box 877
Chesire, CT 06410


The Emmrich Agency
5103 Turnberry Court
Plainfield, IL 60586

The Gas Company
PO Box C
Monterey Park, CA 91756


The Hartford
PO Box 2907
Hartford, CT 06104


The Kirschner Group Inc
26017 Huntington Lane
Unit C
Valencia, CA 91355


The Northwestern Mutual
Life Insurance Company
720 East Wisconsin Avenue
Milwaukee, WI 53202


The Rose Agency
2215 N Beachwood Drive
Unit 101
Hollywood Hills, CA 90068


Thoma Cressey Bravo Inc
Attention Carl D Thoma
9200 Sears Tower 233 S Wacker Dr
Chicago, IL 60606-6306


Tiffany and Co
PO Box 27389
New York, NY 10087-7389

Tiffany Ferrill
4163 E Emery Rd
Oreana, IL 62554


Tiffany Garnica
15946 Lahey St
Granada Hills, CA 91344


Tiffany Gray
4632 S Brandy Wood Dr
West Valley City, UT 84120


Tiffany Imbt
604 Harbor Landing
Roswell, GA 30076


Time Warner Business Class
550 N Continental Blvd
El Segundo, CA 90245


Time Warner Cable
PO Box 60074
City Of Industry, CA 91716-0074


Todd Cameron Management
9200 Sunset Blvd
Suite 1130
Los Angeles, CA 90069


Todd Hendrix
5575 Creek Point Drive
Hickory, NC 28601

Tonis International Models
Care of Anthony W Taylor
PO Box 11424
Chattanooga, TN 37401


Tonya Buslun
5774 Nevius Rd
Mobile, AL 36619


Tonya Marler
2440 Hamlet Lane
Unit D
Colorado Springs, CO 80918


Torry Yaeger
3236 Penzance Ave
Camarillo, CA 93012


Tosh Yanez
1135 N New Hampshire Ave
Apt 1
Los Angeles, CA 90029


Total Talent
Care of James Doolittle
3 Grant Square Unit 192
Hinsdale, IL 60521


Tracy Couch Hendricks
5012 Trail Lane Rd
Moss Pont, MS 39532

Tracy Heath
118 Royhill Blvd
Goodman, MO 64843


Trade Secret Beauty Stores Inc
16665 Collections Center Drive
Chicago, IL 60693


Travelers Property Casualty
Company of America
One Tower Square
Hartford, CT 06183


Travelers
Cl Remittance Center
Hartford, CT 06183


Treasury Management Services
Cm 9581
St Paul, MN 55170


Tressa Inc
Accounts Receivable
PO Box 75320
Cinncinati, OH 45275


Tricia Westlind
198 Kitty Hawk Ct
Windsor, CO 80550


Trisha Leach
PO Box 9232
Napa, CA 94558

UBS Printing Group Inc
2577 Research Drive
Corona, CA 92882


Uline
Attn Accounts Receivable
2200 S Lakeside Drive
Waukegan, IL 60085


Ulta Salon Cosmetics and
Fragrance Inc Attn AR Dept
1275 Wyndham Pkwy
Romeoville, IL 60446


Unified Health Services
Immediate Care Med Ctr Glen Bernie
PO Box 1000 Dept 380
Memphis, TN 38148


United Agencies Inc
525 Cordova Ste 200
Pasadena, CA 91101-2552


United Capital Funding Corp
PO Box 31246
Tampa, FL 33631


United Parcel Service
PO Box 894820
Los Angeles, CA 90189-4820

United Sanitary Supply Inc
451 Constitution Ave Unit D
Camarillo, CA 93012-8515


United States Postal Service
Cmrs Pb
PO Box 894766
Los Angeles, CA 90189


United Truck Centers
13101 Foothill Blvd
Sylmar, CA 91342


UPS Canada
PO Box 2127 Cro
Haifax Ns Canada, B3j 3b7


UPS Supply Chain Solutions Inc
28013 Network Place
Chicago, IL 60673-1280


Urban Attitudes LLC
15 W36th Street Floor 11
New York, NY 10018


US Bank NA
PO Box 790117
St Louis, MO 63179-0117


US Bank
Treasury Management Services
Cm 9581
St Paul, MN 55170

US Healthworks
3440 Preston Ridge Rd
Building 4 Suite 250
Alpharetta, GA 30005


US Postmaster
21606 Devonshire Street
Chatsworth, CA 91311-9998


Valentina Silva
559 Milton Ct
Los Angeles, CA 90065


Valerie Pitsch
5505 Villawood Circle
Calabasas, CA 91302


Vance Publishing For In Our Salon
Attn Michelle Musgrove
400 Knightsbridge Parkway
Lincolnshire, IL 60069


Vanessa Duffy
PO Box 7389
Te Ngae Rotorua, NZ 3042


Verizon Wireless
PO Box 660108
Dallas, TX 75266

Verticle Entertainment Group
3030 Olive St
Suite 520
Dallas, TX 75219


Vicki Radovsky
8001 Rothdell Trail
Los Angeles, CA 90046-2052


Victoria Elliott
2736 Eastbrook Dr
Lakeland, FL 33811


Victoria Secret Stores
Brand Management Inc
Four Limited Parkway
Reynoldsburg, OH 43068


Victors International
9808 Paula Drive
River Ridge, LA 70123


Vincent Tanburello
300 Merrimack St
Methren, MA 01844


Vision Express Wrag Time
PO Box 29319
Phoenix, AZ 85038-9319


Vti Staffing Professionals
8841 Canoga Ave
Canoga Park, CA 91304

Wad Productions Inc The Ellen
Degeneres Show Attn Astrid W
4000 Warner Blvd Bldg 19
Burbank, CA 91522


Walter Max Scherer
5265 East Bay Drive
Apt 820
Clearwater, FL 33764


Watkins Motor Lines Inc
PO Box 95001
Lakeland, FL 33804-5001


Wayne Tuggle
4794 Silver Creek Drive
Greensboro, NC 27410


Wells Fargo Financial Capital
300 Tri State International
Suite 400
Lincolnshire, IL 60069


Wells Fargo Financial Leasing
Manufacturer Services Group
PO Box 7777
San Francisco, CA 94120-7777


Wendy Graham
6945 Slippery Rock Dr
Canfield, OH 44406

Wendy Wilson
25302 Juniper Dr
Mission Viejo, CA 92691


Wesley Bjerke
3236 Penzance
Camarillo, CA 93012


Western Aerosol Information
Bureau
PO Box 5068
Fullerton, CA 92838


Western Computer
351 Candelaria Rd
Oxnard, CA 93030


Western Environmental Services Inc
400 Foothill Blvd
Glendora, CA 91740


Westlake Davvar Corp Intl
Dba Go West Events And Multimedia
2248 Townsgate Road, Suite A
Westlake Village, CA 91361


Wgsn Inc
Accounts Receivable
130 Fifth Ave 7th Floor
New York, NY 10011

Wilhelmina PA
101 S 38th St
Harrisburg, PA 17111


Wilhelmina West Inc
300 Park Avenue South
New York, NY 10010


Willis Insurance Services
Of Orange County
PO Box 100022
Pasadena, CA 91189


Windsor Beauty Supply Inc
24280 Middlebelt Road
Farmington Hills, MI 48336


Worldwide Express
910 Hampshire Rd
Suite V
Westlake Village, CA 91361


Xerox Corporation
45 Glover Avenue
PO Box 4505
Norwalk, CT 06850-4505


Xerox Corporation
PO Box 7405
Pasadena, CA 91109

Xs Entertainment
5145 Reiter Ave
Las Vegas, NV 89108


Yale Chase Materials Handling
Dept 8905
Los Angeles, CA 90084-8905


Yrc
PO Box 100129
Pasadena, CA 91189-0129


Z Studios Photography
4411 Dupont Court
Suite 120
Ventura, CA 93003


Zetetic
1148 Sailfish Street
Hitchcock, TX 77563


Western Environmental
PO Box 1375
Glendora, CA 91740


JC Print Packaging & Display Inc
21026 Susan Carole Drive
Santa Clarita, CA 91350


Blue Ball Enterprises
9201 Gazette Avenue
Chatsworth, CA 91311

Cosway Company Inc
20633 Fordyce Ave
Carson, CA 90810


Joar Labs Inc
4115 San Fernando Rd
Glendale, CA 91204


Kik Custom Products
2030 Old Candler Rd
Gainesville, Georgia 30501


La Dove Inc
5701 Miami Lakes Drive
Miami, FL 33014


Macpack
24935 Kearney Ave
Valencia, CA 91355


Bank of Montreal
Administrative Agent
115 S LaSalle St 12W
Chicago, IL 60603


NMHG Financial Services
PO Box 35701
Billings, MT 59107


Araceli Alvarez
9125 Noble Ave Unit 103
North Hills, CA 91343

Luisanna Beltran Del Rio
8726 Independence Ave Apt 109
Canoga Park, CA 91304


Doreen Camporredondo
22961 Blue Bird Dr
Canyon Lake, CA 92587


Michael Correa
1339 Dyer St
Sylmar, CA 91342


Cynthia S Dart
440 Sepulveda Blvd Apt 318
Sherman Oaks, CA 91403


Rene Fabian
15906 Valerio St
Van Nuys, CA 91406


Homero Flores
14417 1 2 Terra Bella St
Panorama City, CA 91402


Scott Foss
935 1 2 Marco Pl
Venice, CA 90291


Cipriano Garcia
2127 Gault St Apt 48
Canoga, Park CA 913033

Sergio Godinez Cobar
1245 S Orange St Apt 204
Glendale, CA 91204


Anjanette R Guiboa
12843 Winthrop Ave
Granada Hills, CA 91344


Kathleen J Harte
102 Shinnecock Hill
Avondale, PA 19311


Esvin Hernandez
40055 Denham Dr
Palmdale, CA 93551


Margaret Hill
8758 Shady Shore Dr
Frisco, TX 75034


Lizeth Ibarra
8508 Garden Grove Ave
Northride, CA 913253


Julio Iraheta
5957 Tujunga Ave
North Hollywood, CA 91601


Stephen M Jarvi
2676 Bungalow Pl
Corona Del Mar, CA 92625

Martha P Jimenez
18307 Elkwood St
Reseda, CA 91335


Anna Joya
9609 Quakertown Ave
Chatsworth, CA 91311


Xarlin Lope
1418 Alvarado Ter
Los Angeles, CA 90006


Josefina Lopez
25275 Via Sistine
Valencia, CA 91355


Silvino Medina Juarez
13212 Garber St
Pacoima, CA 91331


Luis Montero Mendez
5938 Oakdale Ave
Woodland Hills, CA 91367


Daniel Munguia
7447 Denny Ave
Sun Valley, CA 91352


Nelson Pineda
12831 San Fernando Rd Apt 215
Sylmar, CA 91324

Alison Raglin Robinson
26705 Madigan Drive
Santa Clarita, CA 91351


Maria Rivera
14039 Astoria St Unit 114
Sylmar, CA 913422


Antonio Roque
11850 Foothill Blvd Apt 210
Lake View Terrace, CA 91342


Alberto Sanchez
5848 Tujunga Ave Apt 1
North Hollywood, CA 916011


Jillynn Snyder
7625 Reseda Blvd Unit 102
Reseda, CA 91335


Denise Still
15946 Lahey St
Granada Hills, CA 91344


Jane Tanjuaquio
310 Aristotle St
Simi Valley, CA 93065


Rachel Townsend
29972 Granger Pl
Castaic, CA 91384

Francisco Vides
21725 Lanark St Apt 22
Canoga Park, CA 91304


Ashley Wiener
2273 Keystone St
Simi Valley, CA 93063


Direct Hire Associates
15250 Ventura Blvd Suite 1111
Sherman Oaks, CA 91403


Safeguard Business System
PO Box 88043
Chicago, IL 60680


Institute Of Courage
Care of Michael Orourke
1135 N Topanga Canyon Blvd
Topanga, CA 90290


Joar Labs Inc
4218 San Fernando Rd
Glendale, CA 91204


Air Resources Board of CEPA
1001 I Street
PO Box 2815
Sacramento, CA 95812


Baskow & Associates LLC
2948 E Russell Road
Las Vegas, NV 89120

Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245


Leo J Shapiro & Associates LLC
153 West Ohio St
Chicago, IL 60654


Momentum Management Inc
700 Abbey Court
Alpharetta, GA 30004


Sturm Und Drang
Baumwall 3
Hamburg, Germany 20459


ABCO Salon Svcs
3218 Beltline Road Suite 552
Dallas, TX 75234


ABCO Salon Svcs
5400 W Sam Houston Pkwy NC
Houston, TX 77041


Aerial Company
2300 Aerial Drive
Marinette, WI 54143


Alternative Beauty Svcs
9 1680 Courtney Park Drive
Mississauga, ON Canada

Armstrong McCall
PO Box 90219
Denton, TX 76202


Bai Stores
8031 114th Avenue N
Largo, FL 33773


Beauty Alliance Ace Beauty Co
8031 114th Avenue N
Largo, FL 33773


BSG Greenville
PO Box 90219
Denton, TX 76202


Mary Nichols
2111 Pierce Ave
Bloomington, IL 61701


Four Star Salon Svcs NY
385 Oser Avenue
Hauppauge, NY 11788


Friends AS
Ringtunveien 4
Grglum 91712 No Germany


Gulf State Beauty
8031 114th Avenue N Suite 400
Largo, FL 33773

JC Penney
PO Box 45280
Salt Lake City, UT 84145


Luxe Lab Salon
1408 Montana Avenue
Santa Monica, CA 90403


Malys Northwest
28145 W Harrison Pkwy
Valencia, CA 91355


Mane Inc
150 Motor Parkway Suite 205
Hauppauge, NY 11788


MidCity Salon Resources
1749 Paul Avenue
Glendale Heights, IL 60139


Miller Beauty & Barber Supply
525 Broadway
Cape Girardeau, MO 63701


Peerless Beauty Supply
2475 S 2300 West
Salt Lake City, UT 84119


Rod Sickler Salon & Spa
2520 Village Green Place
Champaign, IL 61822

Salon Innovations Inc
4700 Quebec Ave North
New Hope, MN 55428


Schoeneman Beauty Supply
PO Box 90219
Denton, TX 76202


Security Products Dist Corp
2416 Walnut Ridge Street
Dallas, TX 75229


Teca Inc Yellowwood
1804 Cargo Court
Louisville, KY 40299


ULTA Salon & Cosmetics Inc
1135 Arbor Drive
Romeoville, IL 60446


Winners Merchant
6715 Airport Road
Mississauga, Ontario L4V 1Y2


Wizmet
69 Eastern Avenue
La Chine Quebec H8R 1K4


Wynn Salon NxTrend Salon
PO Box 464370
Lawrenceville, GA 30043

Tatum
2321 Rosecrans Ave Suite 2215
El Segundo, CA 90245


KPMG LLP
355 South Grand Ave Suite 2000
Los Angeles, CA 90071


RSM McGladery
8000 Towers Crescent Dr Suite 500
Vienne, VA 22182


ASG Imports
2a Ave 13 35 Zona 17 Condominio
Los Almendros 01013
Guatemala


Beauty Art
Pablo Moncayo 139
Col Colinas de San Jeronimo 64630
Mexico


Belleza Professional Ltda
Carrera 23 No 100 43 Suite 404
Bogota Colombia


Best Collections
Hjulmagervej 32 B
9000 Aalborg
Denmark

Claude Stanley
No 9 98 Lane Au Shi
Chang Road Hsin Tien
Taipei Taiwan ROC


Complete Hairdressing Supplies
PO Box 84164 Greenside
Johannesburg 02034
South Africa


Essei
Hiloarbyggo 43 210
Garoabae Iceland


Friends AS
Ringtunveien 4
1712 Gralun
Germany


Hair FX
PO Box 90515
Auckland Mail Service Center
Auckland New Zealand


Hairium Finland
Vaaudenkatu 48 50
Jyvaskyla 40100
Finland


Jet Apparel Group
2729 Bristol Street Suite 200
Costa Mesa, CA 92626

Kaluga Pro Beauty Group S A
Ruta 8 Km 17,5000
Local 214 Montevideo Uruguay
Montevideo Uruguay


M&E Overnight Consulting
Avenida Perez Aranibar No 1680
San Isidro Lima
Peru


Minco S De R L
Colonia la Reforma No 2614
2 Calle 2 Ave
Tegucigalpa TGU 172 Honduras


Panamerica Cosmeticos Ltda
Av Jeronimo Monteiro 1000 Sala Rio
Vitoria ES 29010-003
Brazil


Pro Cuts
Calle Guayama No 26
San Juan 00927
Puerto Rico


Probel
Frente a Romanas Bellar
Moravia Apartado Postal 552 1000
San Jose Costa Rica


SDL Hair LTD
Unit 2 Lockside Court
Lockside Industrial Estate
Dumfries DG2 0HS UK

Sephora
508 rue du Champ Rouge
Pole 45 Azc Des Vergers
Saran 45770 France


Soda Brands Ltd
Suite 3a Level 3 140 William St
Woolloomooloo, NSW 02011
Australia


Solo Industries BV
Neerloopweg 10 NL 4814 RS BREDA
Holland
The Netherlands


Total Beauty
3 Calle 23 10 z 15 Vista Hermosa 1
Guatemala City
Guatemala


Trade Solutions SA
Republica Francesa 942 ESQ
Cerro Cora, Asuncia
Paraguay


Trend Concept AB
Elementvagen 437 36
Lindome
Sweden


Vanity Trading
Calle 12 Norte 6 an61 Ofi 201
Colombia

World Class
111 55 The Emerald Park Complex
Soi Raewadee 50
Bangkok 11000 Thailand


Christopher Gill
30382 Honeysuckle Hill Dr
Canyon Country, CA 91387


Liza Reyes
9411 Orion Ave
North Hills, CA 91343


Jaime Soto
8617 Tyrone Ave
Panorama City, CA 91402


Erika Themaras
408 Pamela Rd
Duarte, CA 91010


Chartis Specialty Insurance Company
175 Water Street
New York, NY 10038


Mt Hawley Insurance Company
9025 North Lindbergh Drive
Peoria, IL 61615-1499


Illinois Union Insurance Company
525 W Monroe Street Suite 400
Chicago, IL 60661

Kik Los Angeles
Attn Lee Lucas
425 South Ninth Ave.
City of Industry, California


T Scott Avila
11835 W Olympic Blvd
East Tower Suite 650E
Los Angeles, CA 90064


Jova Laboratories
9940 Remmet Avenue
Chatsworth, CA 91311


EDI Express
PO Box 2149
Gardena, CA 90247


Jeff Gesinger
17822 Ingleside
Cleveland, OH 44119


MMA
8436 Melrose Place
Los Angeles, CA 90696


Contemporary Catering
6900 Burbank Boulevard
Burbank, CA 91316


Eric Augusta
1700 1st Street
Manhattan Beach, CA 90266

Leane Coladonato
148 East Main Street
Bloomsburg, PA 17815


Merisel Inc
PO Box 824275
Philadelphia, PA 19182


Bullet Transportation
PO Box 809066
Chicago, IL 60680


Michele Aguilar
407 Euclid Ave
Oakland, CA 94610


Samantha Sanchez
2764 Lancashire Road Apt 1A
Cleveland Heights, OH 44106


Rachel Power
11301 SE 213th Street
Kent, WA 98031


Danielle Lee
2575 A&M Lane
Conway, SC 29526


Lipton Corporation Group Inc
845 3rd Ave 6th Floor
New York, NY 10022

Beth Medina
1116 East Ewing Ave
South Bend, IN 46613


Kathy Moon
PO Box 62468
Lafayette, LA 70596


Kaitlan Wilson
1033 Lenox Ave Apt 303
Miami Beach, FL 33139


Diane Zahuranec
728 Maple Ave
Elmira, NY 14904


Rita Dziedzic
129 East Morning Side Lane
Buffalo Grove, IL 60089


Kristina Loy
5639 Mission Road
Fairway, KS 66205


Kari Harper
2715 Gene Field Road
Saint Joseph, MO 64506


Plaintiffs of Salon Fad v Loreal
1000 Louisiana Street Ste 5100
Houston, TX 77002

United Financial Casualty Company
PO Box 94739
Cleveland, OH 44101


Richard Hess
Susman Godfrey LLP
1000 Louisiana Street Ste 5100
Houston, TX 77002


Progressive
PO Box 30108
Tampa, FL 33630


Jennifer Watson
2233 West 21st Street
Los Angeles, CA 90018


James Stang
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067


Jonathan Friedland
2 North LaSalle Street Suite 1300
Chicago, Illinois 60602


Matt Gates
Chanin Capital
1150 Santa Monica Boulevard 6th Floor
Los Angeles, CA 90025


Deborah St. Rose
50 Dale Street
Boston, MA 02119

Philip G Kaplan
Stinson Morrison Hecker LLP
168 N Meramec Avenue, Suite 400
St Louis, MO 63105